IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC PRESCOTT KAY | § | |
| | § | |
| VS. | § | ACTION NO. 4:25-CV-132-Y |
| | § | (Crim. No. 4:20-CR- 269-Y) |
| UNITED STATES OF AMERICA | § | |

<u>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM</u>

Pending before the Court is movant Eric Prescott Kay's Motion to Extend Time to File Memorandum (doc. 2). In the motion, Kay requests an extension of time to file his brief in support of a motion to vacate sentence under 28 U.S.C. § 2255 that he filed on February 12, 2025 (doc. 1). The certificate of conference to the motion for extension indicates that the government takes no position on the motion. After review, the Court concludes that the motion for extension should be, and it is hereby, GRANTED. Kay's brief in support of his motion must be filed no later than **March 14, 2025,** and shall be limited to argument and authorities in support of only those grounds asserted in his motion.

SIGNED February 14, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE