IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC PRESCOTT KAY**

**vs.**                                            **ACTION NO. 4:25-CV-132**
                                                   **(Crim. No. 4:20-CR-269-Y)**

**UNITED STATES OF AMERICA**

**MOVANT ERIC PRESCOTT KAY'S APPENDIX TO MEMORANDUM
IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE,
<u>SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY</u>**

# TABLE OF CONTENTS

**Page**

Appendix A: *United States v. Kay*, No. 22-11011, 2023 WL 7870590
(5th Cir. Nov. 15, 2023) (unpublished) ..................................................................1

Appendix B: Defense attorney Wynn's notes of Sept. 15, 2020, of phone conversation
with AUSA Lindsey Beran ......................................................................................4

Appendix C: Defense attorney Wynn's May 14, 2021, email to Candace Schoppe, M.D.,
with engagement letter ............................................................................................6

Appendix D: Signed engagement letter returned by Candace Schoppe, M.D.,
on May 18, 2021 ......................................................................................................9

Appendix E: Defense attorney Wynn's notes of July 22, 2021, reverse proffer session ...............12

Appendix F: Defense attorney Wynn's July 27, 2021, memo respecting sentencing exposure....17

Appendix G: Defense attorney Wynn's notes of Oct. 7, 2021, meeting with USAO
respecting new plea offer......................................................................................23

Appendix H: Transcript 1 of October 12, 2021, meeting .................................................................25

Appendix I: Transcript 2 of October 12, 2021, meeting..................................................................140

Appendix J: Declaration of Eric Prescott Kay .................................................................................216

Appendix K: Declaration of Sandra Kay ..........................................................................................220

Appendix L: Declaration of Kelly Elizabeth Miller ........................................................................223

Appendix M: Declaration of Steve Harrison Miller .........................................................................225

Appendix N: Declaration of Candace H. Schoppe, M.D. .................................................................227

Appendix O: Curriculum vitae of Candace H. Schoppe, M.D. ........................................................232

Appendix P: Declaration of James Gill, M.D. ..................................................................................238

Appendix Q: Curriculum vitae of James Gill, M.D..........................................................................243

Appendix R: Declaration of Amanda Culbertson..............................................................................284

Appendix S: Curriculum vitae of Amanda Culbertson.....................................................................291

Appendix T: Declaration of Gregory Jellick .....................................................................................295

Appendix U: Curriculum vitae of Gregory Jellick. ..........................................................................304

Appendix V: Declaration of Emmanuel Ladsous with Exhibits ................................................. 312

Appendix W: *Garcia v. Mendeke*, No. DR:15-CV-070-AM-CW, 2017 WL 3449611
    (W.D. Tex. Feb. 24, 2017) (magistrate judge's report and recommendation) ...... 762

Appendix X:  Garcia *v. Mendeke*, No. DR-15-CV-070-AM/CW, 2017 WL 3471463
    (W.D. Tex. Mar. 21, 2017) (district court order adopting magistrate judge's
    report and recommendation) ................................................................................. 781

Appendix Y: LinkedIn profile of Southlake Police Captain Delaney Green, accessed
    March 7, 2025 ........................................................................................................ 785

Certificate of Service ................................................................................................................. 792