```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

| | | |
|---|---|---|
| ERIC PRESCOTT KAY | § | |
| | § | |
| VS. | § | ACTION NO. 4:25-CV-132-Y |
| | § | (Crim. No. 4:20-CR-269-Y) |
| UNITED STATES OF AMERICA | § | |

<u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Pending before the Court is petitioner Eric Prescott Kay's Unopposed Motion for Extension of Time to File Reply (doc. 18).[1] After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED. Kay shall have until **September 8, 2025,** to file his reply to the government's response to his § 2255 motion.

SIGNED August 13, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court received neither a paper copy of nor an electronic proposed order with the motion. Counsel are reminded of this Court's requirement that a paper copy of every motion be transmitted to chambers upon electronic filing of the motion. *See* N.D. TEX. L. CIV. R. 5.1(b); ECF Admin. Procedures Manual at 3, ¶ II(C). Counsel are also reminded that all motions require an **electronic** proposed order (emailed to means_orders@txnd.uscourts.gov). *See* N.D. TEX. L. CIV. R. 7.1(c); ECF Admin. Procedures Manual at 3, II(F). Providing these items generally expedites the Court's consideration of the motion to which they pertain; failure to provide them may result in the unfiling of the related motion.