**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ERIC PRESCOTT KAY,** | | |
| *Movant*, | | |
| | **No.** | **4:25-CV-132-Y** |
| **v.** | | **(4:20-CR-269-Y-1)** |
| **UNITED STATES OF AMERICA,** | | |
| *Respondent*. | | |

### MR. KAY'S UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF THE DISCOVERY DEADLINE

Movant Eric Prescott Kay respectfully requests a thirty-day extension of the discovery deadline to July 1, 2026. A brief thirty-day extension is warranted given the current status of discovery and the limited amount of time available in which to digest documents and materials in this case.

This case involves complex subject matter and was inherited by Mr. Kay's current counsel seven weeks before the discovery deadline.[1] This unusual posture meant Mr. Kay's counsel would have a tight turnaround time in which to digest the case, review document productions, engage and consult with experts, and/or conduct depositions before the discovery deadline. That short timeframe was further condensed when counsel for one of the entities from whom Mr. Kay seeks discovery fell ill and informed Mr. Kay's counsel that she needed additional time to review and produce responsive documents. Granting a short extension is appropriate under these circumstances.

Mr. Kay does not seek this limited extension of time for purposes of delay, but rather to provide sufficient time for the parties to conduct and conclude discovery. A thirty-day extension of time will not prejudice the parties to this case.

The Government is unopposed to this motion.

---

[1] ECF No. 26 (granting motion to withdraw and appointing current counsel (April 8, 2026)); ECF Nos. 27–28 (current counsel's notices of appearance (April 13, 2026)); ECF No. 24 (ordering discovery to conclude by June 1, 2026).

1

Respectfully submitted,

DATE: April 29, 2026

JASON D. HAWKINS
Federal Public Defender, N.D.T.X.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24116316
mckenzie_edwards@fd.org

Naomi Fenwick
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24107764
naomi_fenwick@fd.org

Office of the Federal Public Defender
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746 (ext. 2770)
214-767-2886 (fax)

*Counsel for Mr. Eric Prescott Kay*

## Certificate of Conference

I hereby certify that on April 29, 2026, I conferred with Jon Bradshaw, counsel for the Government, who is unopposed to this motion for a thirty-day extension of the discovery deadline.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender

## Certificate of Service

I hereby certify that on April 29, 2026, I electronically filed this motion with the clerk of court for the U.S. District Court, Northern District of Texas, which generated service to counsel for the Government.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender