**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **ERIC PRESCOTT KAY,** | |
| *Movant*, | |
| | **No.    4:25-CV-132-Y** |
| **v.** | **(4:20-CR-269-Y-1)** |
| | |
| **UNITED STATES OF AMERICA,** | |
| *Respondent.* | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Movant Eric Kay respectfully requests a 14-day extension of time to conclude discovery pursuant to this Court's Order Partially Granting Motions for Leave to Conduct Discovery. ECF No. 24. The deadline to complete discovery is currently July 2, 2026. ECF No. 31. Mr. Kay requests a 14-day extension, until July 16, 2024, to conclude discovery because, despite his diligent efforts, Mr. Kay has been unable to complete discovery of records in the possession of the Southlake Police Department (Southlake PD). In fact, after weeks of not responding to Mr. Kay's counsel about deficiencies in the limited records it did produce, Southlake PD finally produced an extensive amount of documents and materials on the eve of the discovery deadline and after business hours. Due to this belated production, Mr. Kay cannot adequately review this new production and ensure that all discovery issues have been resolved before the existing deadline. The Government is unopposed to Mr. Kay's request to extend the discovery deadline with regards to records and materials in the possession of Southlake PD.

On February 19, 2026, this Court issued an Order Partially Granting Motions for Leave to Conduct Discovery, granting discovery of records in the possession of the Government, the Tarrant County Medical Examiner's Office (TCME), the Grapevine Police Department (Grapevine PD), and the Southlake Police Department. ECF No. 24. It also granted leave to depose Detective Weber of the Grapevine PD. *Id.* The Court ordered that all discovery conclude by June 1, 2026. *Id.*

1

On March 5, 2026, Mr. Kay accordingly sent Requests for Production to these entities and asked that all responsive records be produced within 30 days, and in no event later than May 15, 2026, to ensure compliance with this Court's June 1, 2026, deadline. *See* App'x at 2–13.. In the interim, counsel for My. Kay withdrew, ECF No. 25, and this Court appointed the Federal Public Defender to represent Mr. Kay, ECF No. 26. The Court also extended the deadline to respond to discovery to two weeks after new counsel entered an appearance, *id.*, which new counsel did on April 13, 2026, ECF Nos. 27 & 28. Undersigned counsel promptly communicated with the entities to which prior counsel had sent RFPs to agree on a deadline for production. On April 29, 2026, Mr. Kay filed an Unopposed Motion for Thirty-Day Extension of Time of the Discovery Deadline. ECF No. 30. In addition to counsel's recent appointment, Mr. Kay sought that extension because the Southlake PD informed Mr. Kay's counsel that they would be unable to meet the deadline for production that they had agreed to. *See id.*, *see also* App'x at 15–17. This Court granted the Motion and ordered that discovery be concluded by July 2, 2026. ECF No. 31.

In that time frame, Mr. Kay has concluded discovery as to the Government, the TCME, and the Grapevine PD, including the deposition of Detective Weber. However, despite diligent efforts, Mr. Kay has been unable to complete discovery as to the Southlake PD. Southlake PD made a partial production on May 8, 2026.[1] Southlake PD also indicated that the majority and remainder of its production was contained on two external hard drives, which Mr. Kay's counsel did not receive until May 26, 2026. App'x at 19–27. On June 15, 2026, Mr. Kay sent a letter to Southlake PD outlining significant deficiencies in Southlake PD's document production and discovery responses. App'x at 30–33, 35. Mr. Kay asked Southlake PD to respond to his deficiency

---

[1] Notably, comparing Southlake PD's production from May 8, 2026, to Mr. Kay pursuant to this Court's order and its production to the Los Angeles Angels' private investigator showed that Mr. Kay has received *even less* information than the Los Angeles Angels' private investigator received. *See generally* ECF No. 11.

letter by June 22, 2026. On June 23, 2026, after receiving no response from Southlake PD, Mr. Kay sent a follow-up email requesting a response and offering to coordinate an extension if Southlake PD needed additional time to respond to the outstanding discovery requests, produce documents, or address the deficiency letter. App'x at 37. Again, Southlake PD did not respond. Mr. Kay's counsel called Southlake PD's counsel on June 25, 2026, in an attempt to resolve these ongoing discovery issues, and was directed to leave a voicemail. App'x at 39.

As of the afternoon of July 1, 2026, Southlake PD had not responded to Mr. Kay's letter, emails, or phone call. Mr. Kay anticipated seeking further relief from this Court to ensure compliance with this Court's discovery order. On July 1, 2026, at 5:05 pm., Mr. Kay received an email from counsel for Southlake PD with a link to a Dropbox folder containing further records. In their email, counsel for Southlake PD also indicated, for the first time, that it could not account for a hard drive containing raw data of the extraction of Tyler Skaggs's cell phone.

Southlake PD's belated production and information on the eve of the deadline for concluding discovery leaves Mr. Kay unable to review Southlake PD's production thoroughly and resolve outstanding issues by this Court's deadline for concluding discovery. Mr. Kay does not seek this limited extension of time for purposes of delay, but rather to provide sufficient time to review Southlake PD's belated production and respond to the new information in Southlake PD's email.

Respectfully submitted,

DATE: July 2, 2026

JASON D. HAWKINS
Federal Public Defender, N.D.T.X.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24116316
mckenzie_edwards@fd.org

*/s/ Naomi Fenwick*
Naomi Fenwick
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24107764
naomi_fenwick@fd.org

Office of the Federal Public Defender
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746 (ext. 2770)
214-767-2886 (fax)

*Counsel for Mr. Eric Prescott Kay*

## Certificate of Conference

I hereby certify that on July 2, 2026, I conferenced this motion with Jon Bradshaw, counsel

for the Government. Mr. Bradshaw indicated that he is unopposed to this motion.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender

## Certificate of Service

I hereby certify that on July 2, 2026, I electronically filed this motion with the clerk of

court for the U.S. District Court, Northern District of Texas, which generated service to counsel

for the Government.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender

4