IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ERIC PRESCOTT KAY                    §
                                     §
VS.                                  §      ACTION NO. 4:25-CV-132-Y
                                     §      (Crim. No. 4:20-CR-269-Y(1))
UNITED STATES OF AMERICA             §

ORDER GRANTING MOTION TO EXTEND TIME

Pending before the Court is the Unopposed Motion for Extension of Time (doc. 34) filed by Eric Prescott Kay.  After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED as follows:

(1) the deadline for completing the discovery permitted by the Court's February 19, 2026 order (doc. 24) is EXTENDED until **July 31, 2026**;

(2) the deadline for Kay to file an amended brief in support of his § 2255 motion is EXTENDED until **September 30, 2026**;

(3) the deadline for the government to file an amended response to Kay's amended brief is EXTENDED until **November 30, 2026**; and

(4) the deadline for Kay's reply to the government's amended response is EXTENDED until **January 8, 2027.**

SIGNED July 7, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE