IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC PRESCOTT KAY | § | |
| | § | |
| VS. | § | ACTION NO. 4:25-CV-132-Y |
| | § | (Crim. No. 4:20-CR-269-Y(1)) |
| UNITED STATES OF AMERICA | § | |

ORDER GRANTING MOTION TO EXTEND TIME

Pending before the Court is the Unopposed Motion for 30-Day Extension of Time (doc. 36) filed by Eric Prescott Kay. After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED as follows:

(1) the deadline for Kay to file an amended brief in support of his § 2255 motion is EXTENDED until **October 30, 2026**;

(3) the deadline for the government to file an amended response to Kay's amended brief is EXTENDED until **December 31, 2026**; and

(4) the deadline for Kay's reply to the government's amended response is EXTENDED until **February 12, 2027**.

SIGNED September 22, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE