**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **ERIC PRESCOTT KAY,** *Movant,* | |
| **v.** | **No. 4:25-CV-132-Y (4:20-CR-269-Y-1)** |
| **UNITED STATES OF AMERICA,** *Respondent.* | |

# MOTION FOR LEAVE TO FILE OVERSIZED AMENDED BRIEF IN SUPPORT OF 28 U.S.C. § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

On February 12, 2025, and pursuant to 28 U.S.C. § 2255, Eric Prescott Kay moved to vacate, set aside, and correct his sentence in the above-referenced criminal cause. ECF No. 1. He timely filed a corrected memorandum and a motion seeking leave to conduct discovery. *See* ECF Nos. 7, 10. On February 19, 2026, this Court partially granted leave to conduct discovery and ordered Mr. Kay to file an amended memorandum in support of his motion by August 3, 2026. ECF No. 24. The deadline for Mr. Kay to file an amended memorandum has been extended by this Court to October 30, 2026. ECF No. 37.

Mr. Kay respectfully requests leave to file an amended memorandum up to 75 pages, in excess of the 25 pages permitted under NDTX Loc. Civ. R. 7.2(c). In support thereof, Mr. Kay shows the following "extraordinary and compelling reasons." NDTX Loc. Civ. R. 7.2(c).

First, the instant case is a collateral attack on the convictions and sentence resulting from a multi-day trial held before this Court in February of 2022. The issues raised at trial were complex, involving pathology, toxicology, and digital forensics. In his initial motion, Mr. Kay raised fact-intensive claims, including: ineffective assistance of counsel, suppression of *Brady* evidence, presentation of materially untrue testimony, and denial of confrontation. Mr. Kay's initial motion was 46 pages. Since that filing, Mr. Kay has conducted discovery in accordance with this Court's

order. *See* ECF No. 24. In the course of that discovery process, Mr. Kay has uncovered significant, new information relating to the claims for relief raised in this Court. Mr. Kay anticipates the amended memorandum will accordingly incorporate numerous facts gleaned during discovery that develop these initial claims. Additional briefing is required to expand on these complex issues in light of the discovery.

Second, Mr. Kay's claims are informed not only by what was turned over by various agencies during discovery, but what discoverable information was requested by Mr. Kay and not produced. Specifically, the memorandum will inform the Court of the difficulties Mr. Kay encountered in his efforts to obtain discoverable information from some agencies and what information was not turned over. These issues may also be relevant to any procedural defenses raised by the Government.

Third, in light of the new information that came to light in the course of discovery, Mr. Kay has needed to both consult with the experts who provided declarations supporting the initial motion and to retain further experts to opine on the information gleaned during discovery. His amended memorandum will incorporate both supplemental and new declarations from his experts relating to both the toxicology and digital forensic issues in the case. Both areas are highly technical and fact-intensive, and Mr. Kay accordingly requires additional briefing to incorporate these supplemental and original declarations and thoroughly brief these complex issues.

For the foregoing reasons, Mr. Kay respectfully requests that this Court grant him leave to file an oversize memorandum up to 75 pages in support of his § 2255 motion.

Respectfully submitted,

DATE: October 26, 2026

JASON D. HAWKINS
Federal Public Defender, N.D.T.X.

*/s/ McKenzie Edwards*
McKenzie Edwards

Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24116316
mckenzie_edwards@fd.org

*/s/ Naomi Fenwick*
Naomi Fenwick
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24107764
naomi_fenwick@fd.org

Office of the Federal Public Defender
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746 (ext. 2770)
214-767-2886 (fax)

*Counsel for Mr. Eric Prescott Kay*

**Certificate of Conference**

I hereby certify that on October 24, 2026, I conferenced this motion with Jon Bradshaw, counsel for the Government. Mr. Bradshaw indicated that the Government takes no position on this motion and will defer to the Court.

*/s/ McKenzie Edwards*
McKenzie Edwards

**Certificate of Service**

I hereby certify that on October 26, 2026, I electronically filed this motion with the Clerk of Court for the U.S. District Court, Northern District of Texas, which generated service to counsel for the Government.

*/s/ McKenzie Edwards*
McKenzie Edwards