# APPENDIX 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY | § | |

**DECLARATION OF SANDRA LEE KAY**

1. My name is Sandra Lee Kay (*née* Davis), and I am of the age of majority and competent to make this declaration.

2. I am the mother of Eric Prescott Kay, the defendant in *United States v. Eric Prescott Kay*, Crim. No. 4:20-CR-269-Y. I am also the mother of Kelly Elizabeth Miller (*née* Kay), who is married to Steve Harrison Miller.

3. On October 11, 2021, I went to Kelly's and Steve's home for a belated celebration of Eric's birthday, which had been on October 7, 2021. Eric was, of course, also present.

4. On that date, Kelly, Steve, Eric, and I had a family meeting to discuss Eric's criminal case. Eric was scheduled to meet with his lawyers the next day in order to give his final decision about whether to accept the prosecutors' plea offer or not.

5. Eric was very anxious about what he should do, and he wanted to discuss the matter with us and receive our advice.

6. Eric did not want to go to trial, and he persisted in that position during our discussion.

7. At the end of the discussion, we were all on the same page: we thought, with no hesitation, that Eric should accept the plea offer, and Eric agreed. We expected that to be the outcome of Eric's meeting with his attorneys the next day.

8. The next day I accompanied Eric to the meeting with his attorneys Michael Molfetta and Reagan Wynn at Mr. Molfetta's office. I audio-recorded the meeting, which Mr. Wynn said was fine.

9. The recording of the meeting speaks for itself. However, I will say that both Eric and I were shell-shocked at how abusive Mr. Molfetta was about the notion of Eric's pleading guilty. He threatened to quit representing Eric if Eric chose to take the plea offer and plead guilty. At one point, Mr. Molfetta even stormed out of the meeting room, leaving us with Mr. Wynn and an assistant of Mr. Molfetta's named Nick.

10. What Eric and I gleaned from the meeting was that Eric was unlikely to get convicted on Count Two (the count charging the death of Mr. Tyler Skaggs) and that, therefore, going to trial was unlikely to be worse for Eric than the plea deal (and could, in fact, possibly be better). I think Eric changed his mind about pleading guilty because of this, and because Mr. Molfetta was so adamantly opposed to Eric's pleading guilty, and because Mr. Wynn did not advocate taking the plea deal. Again, the recording of the meeting speaks for itself.

11. Eric almost immediately regretted agreeing to go to trial, but he did not think there was any way to go back from that decision.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-10-25, 2025, at Orange, California.

Sandra Lee Kay

SANDRA LEE KAY