# APPENDIX 19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY | § | |

**DECLARATION OF KELLY ELIZABETH MILLER**

1. My name is Kelly Elizabeth Miller (*née* Kay), and I am of the age of majority and competent to make this declaration.

2. I am the sister of Eric Prescott Kay, the defendant in *United States v. Eric Prescott Kay*, Crim. No. 4:20-CR-269-Y. I am married to Steve Harrison Miller.

3. On October 11, 2021, Eric came over to Steve's and my home for a belated celebration of Eric's birthday, which had been on October 7, 2021. Eric's and my mother, Sandy Kay, was also present.

4. On that date, Steve, Sandy, Eric, and I had a family meeting to discuss Eric's criminal case. Eric was scheduled to meet with his lawyers the next day in order to give his final decision about whether to accept the prosecutors' plea offer or not.

5. Eric was very anxious about what he should do, and he wanted to discuss the matter with us and receive our advice.

6. Eric did not want to go to trial, and he persisted in that position during our discussion.

7. At the end of the discussion, we were all on the same page: we thought, with no hesitation, that Eric should accept the plea offer, and Eric agreed. We expected that to be the outcome of Eric's meeting with his attorneys the next day.

8. However, Steve and I were shocked and dismayed when we learned that, contrary to our expectations, Eric had rejected the plea offer and decided to go to trial.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/7, 2025, at La Mirada, California.

Kelly Miller

KELLY ELIZABETH MILLER