# APPENDIX 21

# *Curriculum Vitae*

**Date:** 1/10/20285

**Name:** Candace H. Schoppe, MD

**Address:** [redacted]

**Phone:** [redacted]

**E-Mail:** [redacted]@gmail.com; candace.schoppe1@sdcounty.ca.gov

## Education

| Year | Degree | Field of Study | Institution |
|---|---|---|---|
| 2003-2007 | MD | Allopathic medicine | University of Texas- Houston McGovern School of Medicine |
| 1998-2002 | BA | English, Biology | Austin College, Sherman, Texas |

## Postdoctoral Training

| Year(s) | Titles | Specialty/Discipline | Institution |
|---|---|---|---|
| 2012-2013 | Fellowship | Forensic Neuropathology and Cardiovascular Pathology | New York City Office of Chief Medical Examiner, New York, NY |
| 2011-2012 | Fellowship | Forensic Pathology | New York City Office of Chief Medical Examiner, New York, NY |
| 2007-2011 | Residency | Anatomic & Clinical Pathology | Wake Forest University Baptist Medical Center, Winston Salem, NC |

## Other Training

| Year | Training Course | Sponsoring Institution |
|---|---|---|
| January 2012 | Homicide Investigators Course | Police Department of the City of New York, Detective Bureau. New York, New York |
| June 2012 | Medicolegal Death Investigation Training Program – Forensic Sciences: An Overview for Medicolegal Death Investigators. | National Forensic Science Technology Center. Largo, Florida |

## Work History

| Year(s) | Position Title | Institution |
|---|---|---|
| June 2023 - present | Deputy Medical Examiner II | County of San Diego Medical Examiner District, San Diego, CA |
| May 2022 - 2023 | Forensic Pathologist – locum tenens | Rhode Island Office of State Medical Examiners via Forensic Pathology Staffing, Providence, RI |
| July – September 2021 | Forensic pathologist – independent per diem contractor | Tarrant County Medical Examiner District, Fort Worth, TX |
| 2020 - Present | Independent Forensic Pathology Consultant | Self-Employed |
| 2013-2019 | Staff Medical Examiner | Southwestern Institute of Forensic Science/ Dallas County Medical Examiner's Office, Dallas, TX |
| 2008-2011 | County Medical Examiner/ Coroner | Forsyth County, NC |
| 1999-2003 | Laboratory Technician/ Forensic Examiner | Forensic Consultant Services, Ft. Worth, TX |

**Faculty Appointments**

| Year(s) | Academic Title | Department | Academic Institution |
|---|---|---|---|
| 2024-Present | Voluntary Associate Clinical Professor | Pathology | University of California San Diego |
| 2018 - Present | Faculty | Pathology and Cytology | The Osler Institute for Continuing Medical Education |
| 2014 - Present | Instructor | National Criminal Justice Training Center | Fox Valley Technical College |
| 2013 - 2019 | Assistant Professor | Pathology | University of Texas – Southwestern |
| 2011 - 2013 | Clinical Instructor | Forensic Medicine | New York University School of Medicine |

**Current Licensure and Certification**

Licensure
California (current), Texas (current), New York (inactive), North Carolina (inactive), Rhode Island (inactive)

Board and Other Certification
American Board of Pathology:
Forensic Pathology
Anatomic Pathology
Clinical Pathology

**Professional Positions**

| Year(s) | Position Title | Institution |
|---|---|---|
| 2018 - 2019 | Radiation Safety Officer | Dallas County Medical Examiner's Office |
| 2017 | Forensic Pathology Collaborator | Sudden Unexpected Death in Childhood Registry and Research Collaborative |
| 2014 - 2019 | Liaison to the Trauma Program | The Trauma Center at Parkland Hospital, Dallas, TX |

**Committee Service** (*Member, unless noted otherwise)*

| Year(s) | Name of Committee | Institution/Organization |
|---|---|---|
| State/Regional | | |
| 2023- Present | San Diego County Child Fatality Review Committee | County of San Diego |
| 2013 - 2019 | Dallas County Child Death Review Committee | Injury Prevention Center of Greater Dallas |

**Professional Societies**

| Dates | **Society Name, member** |
|---|---|
| 2008 - Present | National Association of Medical Examiners |
| 2009 - Present | American Academy of Forensic Sciences |
| 2013 - Present | Society for Cardiovascular Pathology |
| 2016 - Present<br>2007 - 2013 | American Medical Association |
| 2017 - Present<br>2007 - 2013 | American Society for Clinical Pathology |
| 2017 - 2020<br>2007 - 2013 | College of American Pathologists |
| 2022- Present | International Association of Coroners and Medical Examiners (NAME) |

| | **Society Committees** |
|---|---|
| *National Association of Medical Examiners*: | |
| 2025 - 2027 | Board of Directors |
| 2025 | NAME Committee for Legislative Encroachment on the Practice of Forensic Pathology |
| 2024 | American Medical Association, House of Representatives Alternate Delegate for the NAME |
| 2023 - Present | NAME Strategic Planning Committee |
| 2023 - Present | NAME ad hoc Government Affairs Committee |
| 2023 - Present | NAME Strategic Planning – Workforce Development Subcommittee |
| 2023 - Present | NAME Foundation Long Term Planning Committee |
| 2016 - 2018 | Education, Programs, and Publications (EPP)-Maintenance of Certification and Self-Assessment Modules Committee |
| 2016 - 2018 | EPP - Forensic Fellow In-Service Exam Committee |
| 2016 - 2018 | EPP – Education / Program Committee |
| 2016 - 2018 | Ad hoc - Organ and Tissue Retention Committee |
| *College of American Pathologists* | |
| 2008-2009 | Governance Committee, Resident Representative |

## Editorial Activities

| Year(s) | Journal Name |
|---|---|
| Editorial Board | |
| 2021 - 2023 | American Society of Clinical Pathology Case Reports, Editorial Board Committee Member |
| 2016 - 2018 | American Society of Clinical Pathology Case Reports, Member<br>Forensic Pathology section. |
| Ad Hoc Reviewer | |
| 2015 | American Society of Clinical Pathology Case Reports |

## Invited Lectures

| Year(s) | Title | Location |
|---|---|---|
| *National/International* | | |
| July 2024 | Unveiling the Silent Epidemic: The Vital Role of Autopsies in Drug Overdose Investigations;<br><br>Silent Evidence: Understanding Asphyxia Deaths | 2024 Summer Meeting of the American Association of Pathologists' Assistants (AAPA), San Diego, CA |
| September 2023 | Basic Course Lectures of Death Investigators:<br>Postmortem Changes;<br><br>Medical Terminology | IACME/ Washington State Core Medicolegal Death Investigation Course, Seattle, WA |
| May 2, 2023 | Importance of the Scene and Circumstance in Pediatric Deaths. CH Schoppe. (Virtual) | International Grand Rounds Series. Center for Forensic Science Research and Education. |
| August 2017 | Infant Death Investigation | Crimes Against Children Conference, Dallas, TX |
| October 2016 | Conducting Unexplained Child Death Investigations Training program | NCJTC, Little Rock, Arkansas |
| January 2016 | Forensic Pathology of Child Abuse: What the Clinicians Need to Know. | 2016 International Conference on Child and Family Maltreatment, San Diego, CA |

| | | |
|---|---|---|
| January 2016 - 2020 | Child Homicide Investigation Workshop: Pediatric Forensic Pathology (Instructor) | Ongoing professional education provided through the National Criminal Justice Training Center (multiple locations) |
| August 2015 | Investigation of Sudden, Unexpected Infant Deaths | 27th Annual Crimes Against Children Conference, Dallas, Texas |
| January 2015 | Child Death Investigation: Autopsy of the Child Fatality Victim | National Criminal Justice Training Center (NCJTC)/ Fox Valley College, Appleton, WI |
| *Regional/ Local* | | |
| April 2021 | Robert S. Sparkman Lecture: The Trauma Surgeon and Forensic Pathologist: Partners in Crime | Texas Surgeons Summit, 2021 Virtual Meeting |
| April 2017 | Forensic Pathology and the Investigation of Pediatric Deaths (Workshop) | 2017 Children's Justice Conference, Bellevue, WA |
| April 2015 | Bullets and Bodies: The Forensic Pathology of Gunshot Wounds | 15th Annual Gus Eckhardt Trauma Symposium, San Angelo, TX |
| March 2011 | Asphyxia Deaths | The Annual Western North Carolina Death Investigation Seminar, Winston Salem, NC |

## Service to the Community

| Year(s) | Role | Organization or institution |
|---|---|---|
| April 2023 | Forensic Pathology for High School Students | Plano School District, Colin County, TX |
| March 2023 | Junior High Job Fair | Birdville School District, Tarrant County, TX |
| 2016-2017 | Mentor to high school student - Independent Study and Mentorship program | Frisco Independent School District, Frisco, TX |
| 2008-2012 | Volunteer Instructor for Forensic Science Summer Camp | 4-H Clubs of Wilkes and Surry Counties, NC |

## Bibliography

### Peer-Reviewed Publications

Reviews, Chapters, Monographs and Editorials


| | |
|---|---|
| 1. | Gill JR, Schoppe C. Forensic Toxicology Mistakes by the Forensic Pathologist. Proceedings of a CFSRE/NAME Grand Rounds Series, May 13, 2022. |
| 2. | Schoppe C. "Photomicroscopy." Autopsy Performance & Reporting, 3rd edition, CAP Press 2007 |
| 3. | Lantz, P. E., Schoppe, C. H., Thibault, K. L. and Porter, W. T. (2015), Smartphone Image Acquisition During Postmortem Monocular Indirect Ophthalmoscopy. Journal of Forensic Sciences. August 2015 (e-Pub ahead of print). |
| 4. | Schoppe CH, Maloney, KF. Obesity and non-atherosclerotic cardiovascular disease. AFPj. 2013 Mar; 3(1):8-12. |
| 5. | Schoppe C, Lantz P. Are Peripapillary Intrascleral Hemorrhages Pathognomonic for Abusive Head Trauma? J Forensic Sci. 2013 Jan; 58(1):228-31. |
| 6. | Horney (Schoppe) CW, Marcus KK, Rees CJ, Grier DD. Differential Diagnosis of Spindle Cell Lesions of the Head and Neck. Am Society for Clin Pathol 2009 June;33(4) No. SPII 09-4 (SPII-328). |


Case Reports


| | |
|---|---|
| 1. | O'Malley JT, Schoppe CH, Husain S, Grossman ME. Squamous Cell Carcinoma (Marjolin's Ulcer) Arising in a Sacral Decubitus Ulcer Resulting in Humoral Hypercalcemia of Malignancy. Case Rep Med. 2014;2014:715809 |
| 2. | Watts JM, Singh J, Schoppe CH, Johnson AJ. Calcified Intracranial Masses: An Unexpected Diagnosis In Western Radiology. Clin Neuroradiol. 2012 Sep;22(3):253-6 |
| 3. | Romesburg J, Wasserman P, Schoppe C. Metallosis and Metal-Induced Synovitis Following Total Knee Arthroplasty: Review of Radiographic and CT Findings. J Radiol Case Rep. 2010;4(9):7–17 |

Proceedings of Meetings

| | |
|---|---|
| 1. | Gill J, Keyes K, Schoppe C, Labay L. Investigation and Certification of Intoxication Deaths for the Non-Pathologist Workshop. 76th Annual AAFS Scientific Conference. Denver, CO, February 2024. |
| 2. | Schoppe, C. Benzonatate Toxicity: Perles of Wisdom for the Forensic Pathologist. Platform presentation, 2023 Meeting of the National Association of Medical Examiners. San Jose, CA, October 2023. |
| 3. | Schoppe, C. Asphyxia Deaths. Basic Course lecture at the 2023 Meeting of the International Association of Medical Examiners and Coroners, Las Vegas, NV, July 2023. |
| 4. | Schoppe C*, Gill J. When Identification of Penetrating Injuries Is Not Bulletproof: Confounders In Wound Interpretation. Platform presentation at the 2022 Meeting of the National Association of Medical Examiners. |
| 5. | Schoppe C. Texas Mike and the Snitch. 2021 Meeting of the National Association of Medical Examiners. Abstract accepted for poster presentation. *Withdrawn. |
| 6. | Kreutz K*, Schoppe C, Quinton Q. Reducing Laboratory Rejection Rates of Postmortem Specimens at a County Medical Examiner's Office. 2019 Annual Meeting of the National Association of Medical Examiners. Kansas City, MO. |
| 7. | Drobysheva, A*, Schoppe CH. Acute Splenic Sequestration Crisis in an Infant with Sickle Cell Trait. American Society for Clinical Pathology. 2018 meeting abstract: Am J Clin Pathol 2018;149:S1-S6 |
| 8. | Lantz P*, Schoppe C, McDonald A, Stanulis R, Cuellar M. Retinal hemorrhages associated with pediatric abusive and non-abusive head injury – systematic reviews and their evidence base: a review. 69th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 2017. |
| 9. | Drobysheva A*, Schoppe C. Traumatic Dissection of the Portal Vein: An Unusual Cause of Delayed Death Due to Blunt Force Abdominal Injury. Poster presented at 50th Annual Meeting of the National Association of Medical Examiners, Minneapolis, MN, September 2016. |
| 10 | Lantz P, Schoppe C. Smartphone Postmortem Indirect Ophthalmoscopy Workshop. 66th Annual Meeting of the American Academy of Forensic Sciences, Las Vegas, NV, February 2016. |
| 11 | Lantz P, Schoppe C. Postmortem Indirect Ophthalmoscopy Workshop. 66th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 2014. |
| 12 | Lantz P, McCarthy L, Tatum C, Schoppe C, Lenfest S. Postmortem Indirect Ophthalmoscopy Workshop. 64th Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA, February 2012. |
| 13 | Schoppe C*, Lantz P, Jason D, Stanton C. Are Peripapillary Intrascleral Hemorrhages Pathognomonic for Abusive Head Trauma? Abstract. Presented at the 63nd Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL, February 2011. |
| 14 | Lenfest S*, Schoppe C, Jason D, Lantz P. Sudden Unexpected Infant Death: Peripheral Retinal Hemorrhages Associated with Accidental Positional Asphyxiation (Wedging) Abstract. *Presented at the 63nd Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL February 2011. |
| 15 | Wagner JS*, Chin R, Urbanic J, Oaks T, Schoppe C, Sandifer V, Peacock JE, Cappellari J, Sollenberger MH, Clark H. Interventional Radiology Provides Image-Guided Ablation as a Novel Therapy for Ectopic Adrenocorticotropin Hormone Syndrome. Presented at the World Convention of Interventional Oncology, Philadelphia, PA, June, 2010. |
| 16 | Schoppe, C*, Stanton C, Lantz PE. Association of Retinal Hemorrhages with Fatal Head Injuries in Infant Monkeys. Presented at the 62nd Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 2010. |
| 17 | *Session Moderator*:<br>- 2023, 2022, and 2015 Meetings of the National Association of Medical Examiners.<br>-American Academy of Forensic Sciences, Pathology/Biology Section, 75th, 66th and 63rd Annual Meetings. |

**Non-peer reviewed scientific or medical publications/materials in print or other media**

| | |
|---|---|
| 1. | What Does It Mean to Die in Your Sleep? Candace Schoppe, interview with Lisa Esposito for U.S. News and World Reports, Health. May 18, 2016. |
| 2. | Schoppe C, Lantz P. Sudden Natural Death. www.eMedicine.com. Submitted March, 2011. Revised July, 2016 |
| 3. | Schoppe CH, Sangueza O. Musings on Matters Medical-Legal: A Missive in Remembrance of Dr. A. Bernard Ackerman. Am J Dermatopathol. 2009 Dec;31(8):766-8. |