# APPENDIX 22

# James R. Gill, M.D.

Old Saybrook, CT
[redacted]@gmail.com


## Professional Experience:

**Connecticut Office of the Chief Medical Examiner.** Farmington, CT
Chief Medical Examiner
July 26, 2013 to present
**Office of Chief Medical Examiner.** New York, NY
Deputy Chief Medical Examiner, Bronx County
September 2002 to July 2013
City Medical Examiner, Manhattan Office
July 1997 to August 2002
**Office of Chief Medical Examiner.** Farmington, CT
Regional Medical Examiner, New Haven County, July 1995 to June 1997

## Academic Appointments:

**Yale University, School of Medicine.** New Haven, CT
Clinical Professor, Department of Pathology, 2022-present
Clinical Associate Professor, Department of Pathology, 2018-2022
Clinical Assistant Professor, Department of Pathology, 2004-2017
**Quinnipiac University, Frank H. Netter School of Medicine.** Hamden, CT
Associate Clinical Professor of Pathology, June 15, 2016-June 30, 2026
**University of Connecticut, School of Medicine**
Assistant Professor, Department of Pathology and Laboratory Medicine
January 1, 2019-December 31, 2022
Forensic Pathology Fellowship, Program Director (2021-present)
**New York University School of Medicine.** New York, NY
Clinical Associate Professor, Department of Forensic Medicine, 2008-2013
Clinical Assistant Professor, Department of Forensic Medicine, 1998-2007
New York University, School of Medicine, Faculty Council, 2000-2013
**Albert Einstein College of Medicine of Yeshiva University.** Bronx, NY
Visiting Assistant Professor, Department of Pathology, 2004 to 2015
**John Jay College of Criminal Justice.** New York, NY
Adjunct Assistant Professor, Science Department, 2000, 2002, 2003, 2005.
**University of New Haven.** West Haven, CT
Adjunct Lecturer, School of Public Safety, 2006-2008

## Education:

**University of Connecticut School of Medicine.** Farmington, CT
M.D. Degree, May 28, 1992
**Massachusetts Institute of Technology.** Cambridge, MA
B.S. Degree in Biology, 1988

## Postgraduate and Laboratory Training:

**New York City Office of Chief Medical Examiner.** New York, NY
Forensic Pathology Fellow
July 1997 to June 1998
**Memorial Sloan-Kettering Cancer Center.** New York, NY
Chief Fellow, Oncologic Pathology
July 1996 to June 1997
**Yale-New Haven Hospital.** New Haven, CT
Chief Resident and Resident, Anatomic Pathology
July 1993 to June 1996
**Medical Center Hospital of Vermont.** Burlington, VT
Internship, Internal Medicine
June 1992 to June 1993
**Yale University School of Medicine.** New Haven, CT
Conducted research on mitochondrial DNA using quantitative PCR.
November 1994 to June 1996
**Office of the Chief Medical Examiner.** Farmington, CT
Summer research fellowship.
July and August, 1989
**Massachusetts Institute of Technology.** Cambridge, MA
Conducted research on the down modulation of MHC I expression in neuroblastomas expressing N-myc.
Spring, 1987
**Connecticut State Police Forensic Laboratory.** Meriden, CT
Interned in the serology division. Implemented a new electrophoretic method for the simultaneous separation of red blood cell isoenzymes.
Summer, 1986

## Medical Licensure:

Connecticut (#034498), since July, 1995.
New York (#206274), since July, 1996.

## Certifications:

United States Medical Licensing Exam, Parts 1, 2, and 3.
American Board of Pathology in Anatomic Pathology (97-615, 11/19/1997) and Forensic Pathology (S-98-049, 9/15/1998).

## Medical Societies and Organizations:

College of American Pathologists, Fellow
American Academy of Forensic Sciences, Fellow (97169)
National Association of Medical Examiners, Fellow
United States and Canadian Academy of Pathology (USCAP), Member
Sigma Xi (1988)

## Other Professional Activities:

**American Academy of Forensic Sciences**

Fellow, Pathology-Biology, Section
AAFS Standards Board (ASB), Member 11/1/2024 to present
Plenary Session, Chair. The Role of Forensic Medicine in Forensic Science, American Academy of Forensic Sciences Annual Meeting, Orlando, FL. February 15, 2023

**American Board of Pathology**:

Test Development and Advisory Committee on Forensic Pathology
2010-2019

**American Registry of Pathology**

Board of Directors (2017-2019)

**College of American Pathologists**:

CAP Forensic Pathology Committee, Chair, 2021-2022
CAP Forensic Pathology Committee, 2013-2019
Co-Lead editor, 2017-2019
CAP member research panel, 2008

**National Association of Medical Examiners (NAME)**:

Chair, Board of Directors, 2022
President, 2021
Vice President, 2020
Chair, Standards Committee, 2018-2020
Member, Standards Committee, 2012-2018
Member, NAME Education/Program Committee, 2014-2020
Member, Awards Committee, 2016-present
Chair, Annual NAME Meeting, Charlotte, NC October 2-6, 2015
Chair, Ad Hoc Committee for Bioterrorism and ID, 2009-2016
Chair, Committee for a position paper on the proper autopsy examination of fatal pediatric head injury, 2012-2013
Chair, Ad Hoc State Medical Examiner Committee, 2013-2016
Member, Board of Directors, 2011-2016
Member, Subcommittee on Education, 2008-2009
Member, Nominating Committee, 2014-2015, 2023
Member, Executive Committee, 2015-2016, 2020-2021

**National Institute of Standards and Technology (NIST)**:

-Organization of Scientific Area Committee (OSAC) 2014-2016
-Crime Scene/Death Investigation Scientific Area Committee
-Medicolegal Death Investigation, subcommittee member
-Co-Chairman, Autopsy Standards

**United States and Canadian Academy of Pathology (USCAP)**

-Reviewer of Autopsy Abstract submissions to annual meeting, 2015-2018

## Professional Recognition:

Recipient of College of American Pathologist Lifetime Achievement Award (2023)
Recipient NAME STAR Award, October 17, 2022
Recipient of NAME Outstanding Service Award, September 13, 2016
Recipient of the Distinguished Forensic Science Award (Arnold Markle), University of New Haven and the Henry C. Lee Institute of Forensic Science (2013).
Recipient of certificate of appreciation from *Formación Continuada en Patología Forense*, Institute of Legal Medicine, Malaga, Spain (2010).

## Review Panels and Grant Reviews

National Institute of Justice Medicolegal Death Investigation Technology Working Group (MDI-TWG)
-Member, 2024-present

Medicolegal Death Investigation Data Working Group Meeting (MDI-DWG), National Institute of Justice, RTI, Research Triangle Park, NC. 2023-2024

National Association of Medical Examiners (NAME) and American College of Medical Toxicology Expert Panel on evaluating and reporting opioid deaths (CDC grant), Member, 2012-2013

National Institute of Justice, Grant Reviewer, Multiple, 2020-present

Community Advisory Council, New York State Center for Sudden Infant Deaths
Sudden unexpected death in epilepsy (SUDEP) Surveillance Workshop, NYU, June 16, 2013

## Journal Editorial Board/Manuscript Reviewer:

Editorial Board, Journal of Forensic Sciences (2008-September 16, 2021)
Editorial Board, Forensic Science, Medicine, and Pathology (2008-present)
Editorial Board, Academic Forensic Pathology (2015- 2019)
Section Editor, Archives of Pathology & Laboratory Medicine
Guest Editor, Academic Forensic Pathology 3(1):2013, Extremes of Weight issue.
Guest Editor, Academic Forensic Pathology 6(2):2016, Endocrine.
Reviewer, Academic Forensic Pathology
Reviewer, Archives of Pathology & Laboratory Medicine
Reviewer, Journal of Pediatric and Developmental Pathology
Reviewer, Journal of CNS Drugs
Reviewer, Indian Journal of Medical Sciences
Reviewer, BMC Clinical Pathology
Reviewer, Australian and New Zealand Journal of Psychiatry
Reviewer, American Society of Clinical Pathology Check Sample Series
Reviewer, Diagnostic Pathology
Reviewer, Journal of Pediatrics
Reviewer, American Journal of Public Health

Reviewer, The Quarterly Update
Reviewer, JAMA
Reviewer, New England Journal of Medicine
Reviewer, Cardiovascular Pathology
Reviewer, American Journal of Epidemiology
Reviewer, American Society of Clinical Pathology Case Reports
Reviewer, American Journal of Forensic Medicine and Pathology
Reviewer, Forensic Science International

**Personal:** Born in New Haven, Connecticut.

## Publications:

147. Perforation of the Heart During Elective Removal of an Inferior Vena Cava Filter. Desai SP, Yu CZ, Evangelista F, Gill JR. *Am J Forensic Med Pathol.* 2024;45(4):347-351.

146. Forensic Pathologist Testimony, Part 1: Common Questions and Considerations. Gill JR, Ely SF. *Academic Forensic Pathology.* 2024. doi: 10.1177/19253621241297350.

145. Forensic Pathologist Testimony, Part 2: Special Issues and Considerations. Ely SF, Gill JR. *Academic Forensic Pathology.* 2024. doi: 10.1177/19253621241297295

144. Forensic Pathologists and Clinical Trauma Reviews: Performance Improvement, Public Health, and a Concise Autopsy Documentation Guide. Weyrauch D, Nunez J, Borck Christopher C, Gates J, Nelson, M, Jones TJ, Henneberry L, and Gill JR. Am J For Med Path. Published online on September 16, 2024

143. Cardiovascular Disease in Acute Cocaine Compared to Acute Fentanyl Intoxication Deaths. Burke O, Ely SY, Gill JR. Am J For Med Path. 2024 (in press).

142. Decedents Found in Bathtubs. B Faust, A Dye, JR Gill. Am J For Med Path. 2024 (in press).

141. Youth fatal drug overdose and suicide: trends in Connecticut, 2019–2021. Kaminer Y, Burke R, Zhornitsky S, Gill J, Zajac K, Hesselbrock V. Am J Addict. 2024; 33: 327-334. doi:10.1111/ajad.13506

140. The Canceling of Excited Delirium. JR Gill. American Journal of Forensic Medicine & Pathology. March 18, 2024. | DOI: 10.1097/PAF.0000000000000934

139. Commentary on: Adams RK. Patient termination of a life-sustaining medical device: Suicide or natural death? J Forensic Sci. 2023;68(6):2037–47. https://doi.org/10.1111/1556–4029.15360

138. Falls from Height; Physical Findings – Adult, JR Gill, C Clark. In: Payne-James J. and Byard R.W. (eds.) Encyclopedia of Forensic and Legal Medicine, 3rd edition, Oxford: Elsevier, 2024. ISBN 9780128000557 (in press).

137. Deaths: Iatrogenic Deaths – Pathology, JR Gill, DE Turbiville. In: Payne-James J. and Byard R.W. (eds.) Encyclopedia of Forensic and Legal Medicine, 3rd edition. Oxford: Elsevier, 2024. ISBN 9780128000557, https://doi.org/10.1016/B978-0-12-800034-2.00123-3.

136. Autopsy: Infectious and Serious Communicable Diseases, JR Gill, EG Brooks. In: Payne-James J. and Byard R.W. (eds.) Encyclopedia of Forensic and Legal Medicine, 3rd edition. Oxford: Elsevier, 2024. ISBN 9780128000557, https://doi.org/10.1016/B978-0-12-800034-2.00039-2.

135. Femicide in the United States: A Study of Connecticut Autopsy and Death Investigation Data. Alexander A, Gill J. Am J For Med Path. 2024. DOI: 10.1097/PAF.0000000000000920 (on-line)

134. A Series of 8 Illicit Fentanyl Intoxication Deaths in Infants and Toddlers. Vincent G, Nunez J, Gill JR. *Am J Forensic Med Pathol* 2024. DOI: 10.1097/PAF.0000000000000910

133. Commentary on: Deveci C, Demircin S. A retrospective analysis of cardiovascular deaths: A 5-year autopsy study of 1045 cases in Antalya, Turkey. J Forensic Sci. 2023;68(6):2085–92. https://doi.org/10.1111/1556-4029.15328

132. Youth Fatal Drug Overdose and Suicide: Trends in Connecticut, 2019-2021. Kaminer Y, Burke R, Zhornitsky S, Gill J, Zajac K, Hesselbrock V. American Journal on Addictions. 2023:1-8.

131. The National Association of Medical Examiners (NAME) Position Paper on the Investigation and Certification of Pediatric Deaths from Environmental Neglect. Am J Forensic Med Pathol 2024. DOI: 10.1097/PAF.0000000000000911

130. Forensic Pathology Program: Case 7: Snake Bites (2023 FR-B). Weyrauch D, Zhou J, Dean SA, Gill JR. College of American Pathologists (CAP) Forensic Pathology Committee. Northfield, IL: CAP; 2023.

129. Assessing Neglect in Pediatric Environmental Deaths: A Survey of Manner of Death Determinations. Mahar TJ, Keyes K, Ely SF, Dennison EH, Gill JR. *Am J Forensic Med Pathol*. 2023; 44(4). DOI: 10.1097/PAF.0000000000000882.

128. Death Certificates and Death Investigations in the United States. DeJoseph ME, Gill JR. In: Auerbach A, editor. UpToDate. Waltham, MA: Wolters Kluwer; 8/7/2023.

127. Autopsy Histopathologic Cardiac Findings in 2 Adolescents Following the Second COVID-19 Vaccine Dose. *In Reply*. Gill JR, Tashjian R, Duncanson E. Arch Pathol Lab Med. 2022 Aug 1;146(8):923.

126. Autopsy Histopathologic Cardiac Findings in 2 Adolescents Following the Second COVID-19 Vaccine Dose. Gill JR, Tashjian R, Duncanson E. *Archives of pathology & laboratory medicine.* 2022;146(8):925-929.

125. Forensic Toxicology Mistakes by the Forensic Pathologist. Gill JR, Schoppe CH. In: Pinckard JK, Melendez MJ, eds. *NAME Forensic Pathology Grand Rounds 2022. Volume 1. Toxicological Causes of Death*. CFSRE, Willow Grove, PA. Chapter 10:101-122, 2022.

124. Principles of Forensic Pathology from Investigation to Certification. Ely SF, Gill JR. 1st Edition. Academic Press (Elsevier), 2022

123. Adelson's The Pathology of Homicide: A Guide for Forensic Pathologists and Homicide Investigators. Gill JR. 2nd edition. Charles C Thomas Publisher, 2022.

122. Synthetic Cannabinoids and the Cause of Death. College of American Pathologists (CAP) Forensic Pathology Resource Committee. FR Forensic Pathology Program. Borck C, Jones A, Gill JR. Northfield, IL: CAP (in press)

121. Case 8: Sudden Unexpected Death in Epilepsy. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2022 FR-B Forensic Pathology Program. Turbiville D, McGuone D, Gill JR. Northfield, IL: CAP; 2022.

120. Case 2: Xylazine intoxication. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2022 FR-A Forensic Pathology Program. Gill JR, Nunez J. Northfield, IL: CAP; 2022.

119. Epidemiology and autopsy findings of 500 drowning deaths. Girela-López E, Beltran-Aroca CM, Dye A, Gill JR. Forensic Science International. 2022;330:111137.

118. Improvements in Toxicology Testing to Identify Fentanyl Analogs and Other Novel Synthetic Opioids in Fatal Drug Overdoses, Connecticut, January 2016-June 2019. Clinton HA, Thangada S, Gill JR, Mirizzi A, Logan SB. Public Health Rep. 2021 Nov-Dec;136(1 suppl):80S-6S.

117. Xylazine, a Veterinary Tranquilizer, Identified as an Emerging Novel Substance in Drug Overdose Deaths — Connecticut, 2019–2020. Thangada S, Clinton H, Ali SA, Nunez J, Gill J, Lawlor R, et al. MMWR. 2021;70(37):1303-4.

116. Commentary on: Dror IE, Melinek J, Arden JL, Kukucka J, Hawkins S, Carter J, et al. Cognitive bias in forensic pathology decisions. Gill JR, Pinneri K, Denton JS and Aiken SS, 2021. J Forensic Sci. https://doi. org/10.1111/1556-4029.14697. Epub 2021 Feb 20. Journal of forensic sciences, 66(6), p.2554.

115. Commentary on: Dror IE, Melinek J, Arden JL, Kukucka J, Hawkins S, Carter J, et al. Cognitive bias in forensic pathology decisions. Peterson BL, Arnall M, Avedschmidt S, Beers D, Bell M, Burton S, Case M, Catellier M, Cina S, Cohle S, Collins K., Gill JR, et al. J Forensic Sci. https://doi. org/10.1111/1556-4029.14697. Epub 2021 Feb 20. Journal of Forensic Sciences. 2021 Nov;66(6):2541-4.

114. Accidental Deaths Involving Trees: Professional and Nonprofessional Woodcutting and Tree Failures with Autopsy Findings. Weyrauch D, Gill JR. *Am J Forensic Med Pathol* 42(4):p 350-353, December 2021. | DOI: 10.1097/PAF.0000000000000686

113. Determining Youth Intentional Fatal Drug Intoxication: The Case for a Psychological Autopsy to Complement the Medical Examiner’s Report. Kaminer Y, Burke R, Gill J. Journal of Child & Adolescent Substance Abuse. 2020:1-8.

112. Gill J. Toxicology Q&A (ed. FL Kiechle). CAP TODAY. Chicago, IL; 2020;61.

111. Xylazine, a Veterinary Tranquilizer, Detected in 42 Accidental Fentanyl Intoxication Deaths. Nunez J, DeJoseph ME, Gill JR. Am J Forensic Med Pathol. 2020 Oct 7. doi: 10.1097/PAF.0000000000000622. Epub ahead of print. PMID: 33031124.

110. Autopsy Services and Emergency Preparedness of a Tertiary Academic Hospital Mortuary for the COVID-19 Public Health Emergency: The Yale Plan. McGuone D, Sinard J, Gill JR, et al. Adv Anat Pathol. 2020 (PMID 3264315)

109. The Importance of Proper Death Certification during the COVID-19 Pandemic. Gill JR, DeJoseph ME. JAMA. 2020;324(1):27-28. doi:10.1001/jama.2020.9536. 2020.

108. Skull Fractures. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2020 FR-A Forensic Pathology Program. Gill JR, Hartnett-McCann K. Northfield, IL: CAP;2020.

107. Structural abnormalities in the human diaphragm in drowning and hanging deaths: preliminary results. Girela-López, E., Beltran-Aroca, C.M., Jimena, I., Pablo Pérez-Jorge, P., Ramos-Medina, V., Ruz-Caracuel, Gill, J.R., Peña-Amaro, J. Forensic Sci Med Pathol (2020). https://doi.org/10.1007/s12024-020-00235-2

106. Carbon Monoxide. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2019 FR-B Forensic Pathology Program. Partovi E, Nunez J, Gill JR; Northfield, IL: CAP; 2019.

105. Death Certification and Investigation of Opioid Intoxication Fatalities: The Medical Examiner's Perspective. Gill JR, DeJoseph M. *Connecticut Medicine* 83(5): 203-209, 2019.

104. Cold Case Homicides: DNA Testing of Retained Autopsy Sexual Assault Smears. Clark M, Gill JR, Sasinouski K, and McGuire A. *J Forensic Sci*, 64(4): 1100-4, 2019 doi: 10.1111/1556-4029.14023

103. Medicolegal Investigation for Cremation Clearance: How and Why? Gill JR, Olko HO, DeJoseph ME. *American Journal of Forensic Medicine and Pathology*. 40(3):238-241, 2019

102. U.S. Medical Examiner/Coroner capability to handle highly infectious decedents. Le AB, Brooks EG, McNulty LA, et al. Forensic Sci Med Pathol. 2019;15:31-40.

101. The pitfalls of per se thresholds in accurately identifying acute cannabis intoxication at autopsy. Schwerdt MK, Gill JR. Forensic Sci Med Pathol. 2018;14:497-502.DOI: 10.1007/s12024-018-0019-2

100. Pediatric Nonalcoholic Fatty Liver Disease in New York City: An Autopsy Study. Fernandes DM, Pantangi V, Azam M, Salomao M, Iuga AC, Lefkowitch JH, Gill JR, Morotti R, Lavine JE, Mencin AA. *J Pediatr*. 2018 Jun 11. doi: 10.1016/j.jpeds.2018.04.047 [Epub ahead of print].

99. Sickle Cell Disease. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2018 FR-B Forensic Pathology Program. Gill JR, Wang A. Northfield, IL: CAP; 2018.

98. Placental Abruption. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2018 FR-A Forensic Pathology Program. Gill JR, Morotti RA. Northfield, IL: CAP; 2018.

97. Cannabinoids. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2017 FR-A Forensic Pathology Program. Gill JR; Northfield, IL: CAP; 2017.

96. Body Farms. Gill, JR. *Forensic Science, Medicine, and Pathology*, DOI 10.1007/s12024-017-9919-9.

95. Decreased Prevalence and Severity of NAFLD in African American Children in NYC: An Autopsy Study. Fernandes DM, Pantangi V, Duong J, Salomao M, Iuga A, Morotti R, Gill JR, Lefkowitch J, Lavine JE, Mencin AM. Gastroenterology, Volume 150 (4): S926 - S927 (abstract)

94. Descent from Height. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2016 FR-B Forensic Pathology Program. Gill JR. Northfield, IL: CAP; 2016.

93. Sarcoidosis. College of American Pathologists (CAP) Forensic Pathology Resource Committee. 2016 FR-A Forensic Pathology Program. Gill JR. Northfield, IL: CAP; 2018.

92. The Certification of Fatalities Related to Diabetes Mellitus: A Shot in the Dark? Gill JR. *Acad Forensic Pathol* 6(2):184-90, 2016.

91. Diabetic Cardiomyopathy: A Forensic Perspective. McGuire AR, Gill JR. *Acad Forensic Pathol* 6(2):191-7, 2016.

90. The Pituitary Gland: An Infrequent but Multifaceted Contributor to Death. Wang AR, Gill JR. *Acad Forensic Pathol* 6(2):206-16, 2016.

89. Pancreatitis: A Forensic Perspective. Gill JR. *Acad Forensic Pathol* 6(2):237-48, 2016.

88. From Death to Death Certificate: What do the Dead Say? Gill JR. J Med Toxicol. 2016, DOI 10.1007/s13181-016-0551-y.

87. Manner of death for in-custody deaths. Gill J, Girela-López E. Acad For Path. 5(3): 402-413, 2015.

86. An Underestimation of Heroin Deaths due to the Use of "Acute Opiate Intoxication" on Death Certificates. Gill JR, Vincent GA, Toriello A, Nelson L. *Acad Forensic Pathol* 6(1):114-21, 2016.

85. An Approach to Iatrogenic Deaths. McGuire, AR, DeJoseph, ME, Gill, JR. *Forensic Science, Medicine, and Pathology* 12:68-80; 2016.

84. Bicyclist Fatalities in New York City. Jarvis, HC, Gill, JR. *Acad Forensic Pathol* 5(4): 667-675, 2015.

83. Falls from Height; Physical Findings – Adult, JR Gill. In: Payne-James J. and Byard R.W. (eds.) Encyclopedia of Forensic and Legal Medicine, 2nd edition, pp. 496-500. Oxford: Elsevier, 2016.

82. Deaths: Iatrogenic Deaths – Pathology, JR Gill. In: Payne-James J. and Byard R.W. (eds.) Encyclopedia of Forensic and Legal Medicine, 2nd edition, pp. 80-84. Oxford: Elsevier, 2016.

81. Autopsy: Infectious and Serious Communicable Diseases, JR Gill. In: Payne-James J. and Byard R.W. (eds.) Encyclopedia of Forensic and Legal Medicine, 2nd edition, pp. 279-284. Oxford: Elsevier, 2016.

80. Testing for Infectious Diseases in Sudden Unexpected Infant Death: A Survey of Medical Examiner and Coroner Offices in the United States. EG Brooks, JR. Gill. *J of Ped,* 2015. http://dx.doi.org/10.1016/j.jpeds.2015.04.007

79. Co-sleeping and suffocation, JR Gill. *Forensic Sci Med and Pathol* 11 (2): 279-280, 2015.

78. Two Fatalities Due to Intentional Pentobarbital and Phenytoin Intoxication. B Symbol, Y Milewski, JR Gill. *Acad Forensic Pathol* 5 (1): 116-119, 2015

77. Review of: *Mass Fatality Management, Concise Field Guide*. JR Gill. *Journal of Forensic Sciences* 59(5): 1448, 2014.

76. The syndrome of excited delirium. JR Gill. *Forensic Sci Med Pathol* 10(2):223-28, 2014.

75. State Medical Examiner Systems, 2013: Staffing, Autopsies, Strengths, Limitations, and Needs. JR Gill and the NAME Ad Hoc State Medical Examiner Committee. *Acad Forensic Pathol* 4(1): 24-31, 2014.

74. Adverse Medical Complications: an underreported contributing cause of death in New York City. JR Gill, SF Ely, A Toriello, CS Hirsch. *Public Health* Volume 128, Issue 4, April 2014, Pages 325-331 DOI: 10.1016/j.puhe.2013.12.003.

73. Fatalities Due to Choking: Internal Occlusion of Airway. A Coffey, M Pasquale-Styles JR Gill. *Acad Forensic Pathol* 2014; 4(1): 94-99.

72. Position Paper: Recommendations for the Postmortem Assessment of Suspected Head Trauma in Infants and Young Children. JR Gill, TA Andrew, MGF Gilliland, J Love, E Matshes, RR Reichard. *Acad Forensic Pathol* 4 (2): 206-213, 2013

71. Homicidal Neck Compression of Females: Autopsy and Sexual Assault Findings. JR. Gill, D Cavalli, SF Ely, J Stahl-Herz. *Acad Forensic Pathol* 3(4):454-58, 2013.

70. Subdural Hemorrhage and Hypoxia, K McCubbin, L Thoma, H Mena, JR Gill, *Acad Forensic Pathol* 3(2): 213-221, 2013.

69. Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. Davis GG, National Association of Medical Examiners and American College of Medical Toxicology Expert Panel on Evaluating and Reporting Opioid Deaths. *Acad Forensic Pathol* 3(1):62-76, 2013.

68. NAME Position Paper: Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. Davis GG, National Association of Medical Examiners and American College of Medical Toxicology Expert Panel on Evaluating and Reporting Opioid Deaths. *Acad Forensic Pathol* 3(1):77-83, 2013.

67. Extremes of Weight, JR Gill, guest editor letter, *Acad Forensic Pathol* 3(1):x-xi, 2013.

66. Pediatric Starvation by Neglect, JR Gill, *Acad Forensic Pathol* 3(1):46-53, 2013.

65. Cadaveric Spasm (invited commentary), JR Gill, *Forensic Science, Medicine, and Pathology* 9(2): 251-52, 2013.

64. Toddler Fatalities: The Terrible Twos. JR Gill, G Vincent, RA Morotti. *Acad Forensic Pathol* 2(4): 332-337, 2012.

63. Two Fatalities Associated with Sibutramine. HC Jarvis, JR Gill. *Acad Forensic Pathol* 2(4): 37-373, 2012.

62. Forensic Pathology – The Roles Of Molecular Diagnostics and Radiology at Autopsy. JR Gill, YY Tang, GG Davis, HT Harcke, EL Mazuchowski. In Forensic Science: Current Issues, Future Directions edited by DH Ubelaker, Wiley and Sons, Hoboken, Chapter 4: 102- 130, 2012.

61. The Importance of the Autopsy: Illustrative Cases. JR Gill. Section in Pathobiology of Human Disease: A Dynamic Encyclopedia of Disease Mechanisms, Elsevier, p. 3437–3439, 2014.

60. The Negative Autopsy. JR Gill. Section in Pathobiology of Human Disease: A Dynamic Encyclopedia of Disease Mechanisms, Elsevier, p. 3444-3447, 2014.

59. Classical Mistakes in Forensic Toxicology made by Forensic Pathologists. JR Gill, M Stajíc. *Academic Forensic Pathology* 2(3): 228-34, 2012.

58. The Dilemma of Surrogate Testimony for the Forensic Pathologist. JR Gill. *Academic Forensic Pathology* 2(3): 284-89, 2012.

57. Reliability of Postmortem Fentanyl Concentrations in Determining the Cause of Death. JR Gill, P Lin, L Nelson. *Journal of Medical Toxicology* 9:34-41, 2013.

56. The Consistency and Advantage of Therapeutic Complication as a Manner of Death. JR Gill, KF Maloney, CS Hirsch. *Academic Forensic Pathology* 2(2):176-81, 2012.

55. Fatal Diabetic Ketoacidosis and Antipsychotic Medication. SE Ely, A Neitzel, JR Gill. *Journal of Forensic Sciences J Forensic Sci* 58 (2): 398-403, 2013.

54. Fatal Exsanguination from Hemodialysis Vascular Access Sites. JR Gill, K Storck, S Kelly. *Forensic Sci Med Pathol* 8(3):259-62, 2012.

53. What is Sudden Cardiac Death? JR Gill, R Lange, OP Azar. *Academic Forensic Pathology* 1 (2):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.

52. Homicide by Asthma. JR Gill, K McCubbin, K Landi. *Academic Forensic Pathology* 1(1): 122-127, 2011.

51. Death Certification of "Suicide by Cop." A Neitzel, JR Gill. *Journal of Forensic Sciences* 56(6): 1657-60, 2011.

50. 19 Fatalities Temporally Associated with the Ingestion of Ibogaine. KR Alper, M Stajíc, JR Gill. *Journal of Forensic Sciences* 57(2):398-412, 2012.

49. 2009 H1N1 Swine Flu: the 2010 Perspective. D Bucher, T Tumpey, A Lowen, J Gill, M Shaw, J Matthews, J Galarza, J Minieri Arroyo, P Dormitzer. *Annals of the New York Academy of Sciences* 1205 S1: E10-20, 2010.

48. The 9-11 Attacks: The Medicolegal Investigation of the World Trade Center Fatalities JR Gill, M Desire, T Dickerson, BJ Adams, chapter in Forensic Pathology Reviews, Volume 6, EE Turk editor, Humana Press, 2011.

47. Putrefactive Rigor: Apparent Rigor Mortis Due to Gas Distension. JR Gill, K Landi. *American Journal of Forensic Medicine and Pathology* 32(3):242-244, 2011.

46. 2009 Pandemic Influenza A/H1N1 Viral Infection: Clinical and Pulmonary Pathological Findings in 34 Fatalities [Abstract]. Deshpande, CG; Gill, JR; Sheng, ZM; Ely, SF; Guinee, DG; Beasly, MB; Suh, J; Mollura, DJ; Morens, DM; Bray, M; Taubenberger, JK; Travis, WD. *Modern Pathology* 2010 FEB;23(3):401A-401A and *Laboratory Investigation* 2010 FEB;90(11):401A-401A.

45. Pulmonary Pathological Findings of Fatal 2009 Pandemic Influenza A/H1N1 Viral Infections. JR Gill, ZM Sheng, SF. Ely, DG. Guinee, Jr., MB Beasley, J Suh, C Deshpande, DJ Mollura, DM Morens, Mike Bray, WD Travis, and JK Taubenberger. *Archives of Pathology and Laboratory* 134: 235-243, 2010.

44. Police Shootings: A Review of Firearm Deaths by Law Enforcement. JR Gill. *Minerva Medicolegale* 129 (4): 233-9, 2009.

43. Natural, Unexpected Deaths: Reliability of a Presumptive Diagnosis. JR Gill, IA Scordi-Bello. *Journal of Forensic Sciences* 55 (1):77-81, 2010.

42. Russian Roulette and Risk-Taking Behavior (letter). JR Gill, CS Hirsch. *American Journal of Forensic Medicine and Pathology* 32(2): e12, 2011.

41. Delayed Homicides and the Proximate Cause. P Lin, JR Gill. *American Journal of Forensic Medicine and Pathology* 30 (4): 354-57; 2009.

40. Santeria and Palo Mayombe: Skulls, Mercury, and Artifacts. JR Gill, CW Rainwater, BJ Adams. *Journal of Forensic Sciences* 54 (6):1458-1462, 2009.

39. Subway Train-Related Fatalities in New York City: Accident vs. Suicide. PT Lin, JR Gill. *Journal of Forensic Sciences* 54 (6):1414-1418, 2009.

38. Homicides of Pregnant Women. Lin P, Gill JR. *Am J Forensic Med Pathol.* 2011;32(2):161-163.

38A. Homicides of Pregnant Women (abstract). JR Gill, P Lin. *American Journal of Forensic Medicine and Pathology* 30 (1): 106-7, 2009.

37. Pseudo-stab Wounds: Putrefactive Dehiscence of Remote Surgical Incisions Masquerading as Stab Wounds. JR Gill, DP Cavalli, SF Ely. *Journal of Forensic Sciences* 54 (5): 1152-1154, 2009.

36. Fatal Head Injury in Children Under Two Years of Age in New York City and an Overview of the Shaken Baby Syndrome. JR Gill, LB Goldfeder, V Armbrustmacher, A Coleman, H Mena, CS Hirsch. *Archives of Pathology and Laboratory Medicine* 133 (4):619-627, 2009.

35. Medical Homicide and Extreme Negligence. E Duncanson, V Richards, KM Luce, JR Gill *American Journal of Forensic Medicine and Pathology* 30 (1): 18-22, 2009.

34. Natural, Unexpected Deaths: Reliability of a Presumptive Diagnosis (abstract #28). IA Scordi-Bello, JR Gill. *Modern Pathology* 22 (1) suppl: 9A, 2009.

33. Invited book review of Explosion and Blast-Related Injuries by NM Elsayed and JL Atkins,

*Journal of Forensic Sciences* 54 (1):236, 2009.

32. Firearm Deaths by Law Enforcement. JR Gill, M Pasquale-Styles. *Journal of Forensic Sciences* 54 (1):185-188, 2009.

32A. Firearm Deaths by Law Enforcement (letter). JR Gill, M Pasquale-Styles. *Journal of Forensic Sciences* 54 (3):732, 2009.

31. "The Medicolegal Evaluation of Excited Delirium" JR Gill, chapter in Forensic Pathology Reviews, Volume 5, M Tsokos editor, Humana Press, 2008.

30. Fatal Migration of Vena Caval Filters. Z Shmuter, F Frederic, JR Gill. *Forensic Science, Medicine, and Pathology* 4:116-121; 2008.

29. Delayed Homicides Due to Infant Head Injury Initially Reported as Natural (Cerebral Palsy) Deaths. JR Gill, RA Morotti, V Tranchida, J Morhaime, H Mena. *Pediatric and Developmental Pathology* 11: 39-45, 2008.

28. Use of "Therapeutic Complication" as a Manner of Death. JR Gill, LB Goldfeder. CS Hirsch. *Journal of Forensic Sciences*: 51(5): 1127-1133, 2006.

28A. Authors' response, Gill JR, Goldfeder LB, Hirsch CS. Use of "therapeutic complication" as a manner of death. J Forensic Sci. 2006;51(5):1127-1133. *J Forensic Sci.* 2007;52(2):492

27. Fatal Complications of Bariatric Surgery. LB Goldfeder, CJ Ren, JR Gill. *Obesity Surgery* 16(8): 1050-56; 2006.

26. "Forensic Pathology", JR Gill, chapter in Lefkowitch Anatomic Pathology Board Review, J. Lefkowitch editor, Elsevier Press, 2006.

25. 9/11 and the New York City Office of Chief Medical Examiner. JR Gill. *Forensic Science, Medicine, and Pathology* 2(1): 29-32; 2006.

24. Fatal Pulmonary Thromboembolism and Hereditary Thrombophilias. S Ely, JR Gill. *Journal of Forensic Sciences,* 50 (2): 411-418; 2005.

23. Traumatic Asphyxial Deaths due to an Uncontrolled Crowd. JR Gill, K Landi. *American Journal of Forensic Medicine and Pathology* 25 (4): 358-361; 2004.

22. "The Medicolegal Evaluation of Fatal Pulmonary Thromboembolism", JR Gill, chapter in Forensic Pathology Reviews, Volume 3, M Tsokos editor, Humana Press, 2005.

21. Suicide by Cyanide: 17 Deaths. JR Gill, E Marker, and M Stajíc. *Journal of Forensic Sciences* 49 (4): 826-828; 2004.

20. "Practical Toxicology for the Forensic Pathologist", JR Gill, chapter in Forensic Pathology Reviews, Volume 2, M Tsokos editor, Humana Press, 2004.

19. Gunshot Fatalities in Children and Adolescents in New York City (letter). JR Gill, KA Lenz. *Journal of Forensic Sciences* 49 (3):638; 2004.

18. Marked Calvarial Thickening and Dural Changes Following Chronic Ventricular Shunting for Shaken Baby Syndrome (letter). JR Gill. *Archives of Pathology and Laboratory Medicine* 127(9):1081-1082; 2003.

17. Gunshot Fatalities in Children and Adolescents in New York City. JR Gill, KA Lenz, MJ Amolat. *Journal of Forensic Sciences* 48 (4):832-835; 2003.

16. The Happy Land Homicides: 87 Deaths due to Smoke Inhalation. JR Gill, LB Goldfeder, M Stajíc. *Journal of Forensic Sciences* 48 (1): 161-163; 2003.

15. Inhalational Anthrax. JR Gill, J Melinek. *Archives of Pathology and Laboratory Medicine* 126 (August): 993-994; 2002.

14. Ten Years of "Body Packers" in New York City: 50 Deaths. JR Gill, SM Graham. *Journal of Forensic Sciences* 47 (4): 843-846; 2002.

13. Sharp Injury Fatalities in New York City. JR Gill, C Catanese. *Journal of Forensic Sciences* 47 (3): 554-557; 2002.

12. Environmental Gas Displacement: Three Accidental Deaths in the Workplace. JR Gill, SF Ely, Z Hua. *American Journal of Forensic Medicine and Pathology* 23(1):26-30; 2002.

11. Bodies Found in Water in New York City. J Lucas, L Goldfeder, JR Gill. *Journal of Forensic Sciences* 47 (1): 137-141; 2002.

10. Ecstasy (MDMA) Deaths in New York City: A Case Series and Review of the Literature. JR Gill, JA Hayes, IS deSouza, E Marker, and M Stajíc. *Journal of Forensic Sciences* 47 (1): 121-126; 2002.

9. Fatal Descent from Height in New York City. JR Gill. *Journal of Forensic Sciences* 46 (5): 1132-1137; 2001.

8. Ebstein-Barr Virus RNA Detection and Glandular Differentiation in Nasopharyngeal Carcinoma. D Jain, V Parkash, M Li, J Gill, J Crouch, G Howe, G Tallini. *Archives of Pathology and Laboratory Medicine* 124 (9):1369-1372; 2000.

7. Ketamine in Non-Hospital and Hospital Deaths in New York City. JR Gill, M Stajíc. *Journal of Forensic Sciences* 45 (3): 655-658; 2000.

6. Detection of Thyroglobulin, Thyroid Peroxidase, and RET/PTC1 mRNA transcripts in the Peripheral Blood of Patients with Thyroid Disease. G Tallini, R Ghossein, J Emanuel, J Gill, G Yu, B Kinder, A Dimic, J Costa, R Robbins, G Burrow, J Rosai. *Journal of Clinical Oncology* 16: 1158-1166; 1998.

5. Case Records of the Massachusetts General Hospital: A Home Court Advantage? Letter to the Editor. JR Gill. *New England Journal of Medicine* 334 (3): 197; 1996.

4. Early Presentation of Metastatic Medullary Thyroid Carcinoma in MEN IIa: Implications for Therapy. JR Gill, M. Reyes-Mugica, S Iyengar, KK Kidd, R Touloukian, C Smith, M Keller, M Genel. *Journal of Pediatrics* 129(3):459-64; 1996.

3. Autonomous Inflammation. Yale Medical School Internet Interactive Pathology Case. http://info.med.yale.edu/pathcase/P1-intro.html. 1995.

2. Fatal Hemorrhage Following Laser Hemorrhoidectomy. JR Gill, JS Morrow, AB West. *Journal of Clinical Gastroenterology* 19(4): 343-346. 1994.

1. Pulmonary Embolism and the Medical Examiner. JR Gill. *Vermont Office of the Chief Medical Examiner News* 3(3): 1-3. 1992.

## Presentations, Abstracts, Courses, Posters, and Platforms:

Hyperactive Delirium, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. December 19, 2024 (virtual).

Role of the Medical Examiner. JR Gill. UCONN Law School lecture. Farmington, CT. November 13, 2024

Forensic Pathology: Autopsy, Public Health, and Death Certification, JR Gill, Yale University, School of Medicine, medical student Epidemiology and Biostatistics course lecture, New Haven, CT. November 6, 2024

Role of the Medical Examiner. JR Gill. Quinnipiac Law School lecture. Farmington, CT. October 31, 2024

Role of the Medical Examiner. JR Gill. Forensic Class, Idaho State University (virtual). October 29, 2024

Role of the Medical Examiner. JR Gill. Forensic Class, Torrington High School, Torrington, CT. September 27, 2024

The Forensic Autopsy in Suspected Drug Caused and Related Deaths. JR Gill. Postmortem Toxicology for Forensic Pathology Fellow and Toxicologists Course. Center for Forensic Science Research and Education, Philadelphia, PA September 7, 2024.

Molecular Genetic Testing in Medicolegal death Investigation: A Survey of Where We Stand (Platform). J Aungst, K Pinneri, JR Gill. National Association of Medical Examiners, Annual Meeting, Denver, CO. September 22, 2024.

Forensic Pathologists and Clinical Trauma Reviews: Performance Improvement, Public Health, and a High-yield “Quick Reference” Autopsy Documentation Guide for Medical Examiners and Coroners(Platform). D Weyrauch, J Nunez, CC Borck, J Gates, M Nelson, TJ Jones, L Henneberry, JR Gill. National Association of Medical Examiners, Annual Meeting, Denver, CO. September 20, 2024.

Assessing Trends in drug Positivity in Traffic-related Fatalities in Connecticut (Platform). ALA Mohr, G Cieri, JR Gill, BK Logan. National Association of Medical Examiners, Annual Meeting, Denver, CO. September 20, 2024.

Center for Forensic Science Research and Education (Centers for Disease Control and Prevention (CDC) and the National Network of Public Health Institutes (NNPHI)) sponsored webinar series.
Best Practices in Certification of Drug-Caused and Drug-Related Deaths:
Drugs on Contributory Causes or Incidental Findings? Labay L, Davis G, Gill JR
June 18, 2024

The Bureau of Justice Assistance National Training and Technical Assistance Center (BJA NTTAC) Criminal Justice Workforce of the Future Convening. Invited Speaker. Wichita, KS. April 16-17, 2024.

National Academies of Sciences, Engineering, and Medicine consensus study committee for Advancing the Field of Forensic Pathology: Lessons Learned from Death in Custody Investigations. Invited Speaker. Washington, DC April 2, 2024

The Forensic Pathology of Electricity, NAME Series for Pathology Interest Groups. March 21, 2024 (virtual)

Deaths due to Sharp Force Injury, JR Gill, American Academy of Forensic Sciences Annual Meeting, Denver, CO. Jay Dix Invited Lecture. February 23, 2024 (invited)

Evaluating Drug Positivity Trends in Fatally Injured Drivers, Passengers, and Pedestrians in Connecticut. Poster. ALA Mohr, G Cieri, JR. Gill, BK Logan, PhD. American Academy of Forensic Sciences Annual Meeting, Denver, CO. February 20, 2024 (accepted)

Investigation and Certification of Intoxication Deaths for the Non-Pathologist, Workshop W21, Co-Chair, American Academy of Forensic Sciences Annual Meeting, Denver, CO. February 20, 2024 (accepted)

Forensic Genetic Genealogy: Not Just for Solving Homicides (platform), M Clark, JR Gill. Annual AAFS Scientific Conference, Denver, Colorado, February 19-24, 2024 (accepted).

Role of the Medical Examiner. JR Gill. Quinnipiac Law School lecture. Farmington, CT. November 1, 2023

Forensic Pathology: Autopsy, Public Health, and Death Certification, JR Gill, Yale University, School of Medicine, medical student Epidemiology and Biostatistics course lecture, New Haven, CT. November 8, 2023

Role of the Medical Examiner. JR Gill. UCONN Law School lecture. Farmington, CT. November 15, 2023

Interdisciplinary Education in Forensic Pathology: A Collaborative Approach to Addressing the Physician Workforce Shortage (platform). JL Aungst, GL Parker, M Giffen, A Kolatorowicz, JE Fedor, CD Lee, MJ Menendez, G Gowitt, M Johnson, JR Gill. National Association of Medical Examiners, Annual Meeting, San Jose, CA. October 14, 2023.

Update on the 2023 Forensic Pathology Fellowship Match (platform), JR Gill, ME DeJoseph. National Association of Medical Examiners, Annual Meeting, San Jose, CA. October 16, 2023.

Acute Cocaine Intoxication Deaths and Cardiovascular Disease (Poster). O Burke, JR Gill. National Association of Medical Examiners, Annual Meeting, San Jose, CA. October 13-17, 2023.

Femicide in the United States: A Pilot Study of Connecticut Autopsy and Death Investigation Data (Poster). AL Alexander, JR Gill. National Association of Medical Examiners, Annual Meeting, San Jose, CA. October 13-17, 2023.

Decedents Found in Bathtubs (Poster). B Faust, JR Gill. National Association of Medical Examiners, Annual Meeting, San Jose, CA. October 13-17, 2023.

Causes of Death in Therapeutic Complication Fatalities in Connecticut (platform). D Turbiville, ME

DeJoseph, JR Gill. National Association of Medical Examiners, Annual Meeting, San Jose, CA. October 13-17, 2023

Pediatric Death Investigation. JR Gill. Fairfield County Detectives Investigation Course. Fairfield, CT 10/11/23.

Pitfalls in Forensic Toxicological Death Investigation for the Hospital Pathologist. JR Gill, C Bitting. Course at CAP23, Chicago, IL October 8, 2023.

Molecular Autopsy Implementation Expert Panel, Forensic Technology Center of Excellence, Virtual, September 26, 2023

Postmortem Toxicology for Forensic Pathology Fellow and Toxicologists Course. Forensic Pathologist panelist, JR Gill, Center for Forensic Science Research and Education, Philadelphia, PA September 11-13, 2023.

The Forensic Autopsy in Suspected Drug Caused and Related Deaths. JR Gill. Postmortem Toxicology for Forensic Pathology Fellow and Toxicologists Course. Center for Forensic Science Research and Education, Philadelphia, PA September 11, 2023.

Court. JR Gill, July 18, 2023. International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas.

Asphyxia, JR Gill. Connecticut Chief State's Attorney Annual Training Course. Rocky Hill, CT June 8, 2023

OCME Update. JR Gill, Connecticut Funeral Directors Association Annual meeting. Westbrook, CT. June 1, 2023

Toddlers, Toxicology, and Neglect. JR Gill. Center for Forensic Science Research and Education Grand Round Series. May 2, 2023 (virtual).

Toxicology and Substance Abuse. JR Gill. University of New Haven Forensic Lecture, University of New Haven, West Haven, CT. March 21, 2023.

Deaths due to Blunt (and Sharp) Trauma, JR Gill, American Academy of Forensic Sciences Annual Meeting, Orlando, FL. Jay Dix Invited Lecture. February 17, 2023

Plenary Session: The Role of Forensic Medicine in Forensic Science, Chair, American Academy of Forensic Sciences Annual Meeting, Orlando, FL. February 15, 2023

Medical Examiner and Court, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. January 5, 2023.

Role of the Medical Examiner. JR Gill. Quinnipiac Law School lecture. Farmington, CT. November 2, 2022

Role of the Medical Examiner. JR Gill. UCONN Law School lecture. Farmington, CT. November 16, 2022

When Identification of Penetrating Injuries is not Bulletproof: Confounders in Wound Interpretation (platform). CH Schoppe, J Gill. National Association of Medical Examiners, Annual Meeting, Dallas, TX. October 17, 2022.

A Series of Seven Illicit Fentanyl Intoxication Deaths in Infants and Toddlers (platform). J Nunez, D McGuone, G Vincent, J Gill. National Association of Medical Examiners, Annual Meeting, Dallas, TX. October 16, 2022.

Pediatric Environmental Neglect: Survey Results and NAME Position Paper (platform). TJ Mahar, EH Dennison, K Keyes, JR Gill. National Association of Medical Examiners, Annual Meeting, Dallas, TX. October 16, 2022.

Update on the 2023 Forensic Pathology Fellowship Match, JR Gill, ME DeJoseph (platform). National Association of Medical Examiners, Annual Meeting, Dallas, TX. October 16, 2022.

Expert Testimony: What Happens After You Receive the Subpoena? (M2219) JR Gill, B Frost. Lecture at CAP22, New Orleans, LA October 9, 2022.

Pathology Fellows Training Course. JR Gill. Speaker. Center for Forensic Science Research and Education. Horsham, PA. September 19-21, 2022.

Investigating Deaths Associated with Drug Abuse, JR Gill. New England Seminar in Forensic Sciences at Colby College, Waterville, ME, July 25, 2022.

The Office of the Chief Medical Examiner and Death Certification, JR Gill. American Academy of Professional Coders, New Haven Chapter, July 20, 2022 (virtual).

Medicine for the Medicolegal Death Investigator, JR Gill. International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas, July 18, 2022.

The Role of the Medical Examiner in the Investigating Deaths due to Therapeutic Complications and COVID-19 Pandemic, JR Gill. Rutgers Robert Wood Johnson Medical School, May 27, 2021 (Virtual)

Classical Mistakes Made in Forensic Toxicology by Forensic Pathologists. JR Gill. Center for Forensic Science Research and Education and NAME Grand Round Series. May 13, 2022 (virtual).

Interpretation – Forensic Pathologist Perspective. JR Gill. Virtual. Investigation and Certification of Drug Toxicity Deaths in Today's Complex Drug Environment" course by NAME, National Network of Public Health Institutes (NNPHI) with support from the CDC and the CFSRE. April 22, 2022 (virtual).

The Medical Examiner's Role in Therapeutic Complications and COVID-19, JR Gill. Montefiore Medical Center, Department of Pathology, Grand Rounds. April 14, 2022 (virtual).

Pediatric Environmental Deaths. JR Gill. National Association of Medical Examiners, Interim Meeting, April 12, 2022 (virtual).

Toxicology and Substance Abuse. JR Gill. University of New Haven Forensic Lecture, University of New Haven, West Haven, CT. March 29, 2022.

Deaths due to Drugs and Other Toxic Agents, JR Gill, American Academy of Forensic Sciences Annual Meeting, Seattle, WA. Jay Dix Invited Lecture. February 24, 2022

Deaths due to Electricity, JR Gill, American Academy of Forensic Sciences Annual Meeting, Seattle, WA. Jay Dix Invited Lecture. February 24, 2022

Plenary Session: A Responsive Academy—Meeting and Surpassing the Challenges of a Modern Forensic Science World, Co-Chair. American Academy of Forensic Sciences Annual Meeting, Seattle, WA. February 23, 2022

Forensic Pathology: Autopsy, Public Health, and Death Certification, JR Gill, Yale University, School of Medicine, first year medical student Epidemiology and Biostatistics course lecture, New Haven, CT. February 16, 2022

Introduction to Forensic Pathology, Brown University, School of Medicine, Pathology Interest Group. January 12, 2022 (virtual).

Police-Involved Shootings, JR Gill, Arnold Markle Symposium, University of New Haven. West Haven, CT. December 11, 2021.

The Medical Examiner, Public Health, and Death Certification. JR Gill, Virtual. Texas Vital Statistics Annual Conference. December 8, 2021.

OCME Update. JR Gill, Connecticut Funeral Directors Association Annual meeting. Cromwell, CT. December 2, 2021

COVID-19 and the CT OCME Lecture at the Lowell P. Weicker, Jr. Clinical Research Center (CRC) Seminar Series On Methods in Clinical Research. University of Connecticut School of Medicine, Farmington, CT. November 16, 2021

Role of the Medical Examiner. JR Gill. UCONN Law School lecture. Farmington, CT. November 10, 2021

Role of the Medical Examiner. JR Gill. Quinnipiac Law School lecture. Farmington, CT. November 3, 2021

Interpretation – Forensic Pathologist Perspective. JR Gill. Virtual. Investigation and Certification of Drug Toxicity Deaths in Today's Complex Drug Environment" course by NAME, National Network of Public Health Institutes (NNPHI) with support from the CDC and the CFSRE. October 29, 2021

Introduction to Forensic Pathology, NAME Series for Pathology Interest Groups. October 26, 2021 (virtual)

Dr. Charles Hirsch: Mentor, Teacher, Researcher, and Certifier. Platform. Gill, JR. Susan, Ely. National Association of Medical Examiners, Annual Meeting, West Palm Florida. October 19, 2021.

The Importance of Forensic Toxicology Testing of Hospital Admission Samples in Delayed Suspected Intoxication Deaths, Turbiville D, DeJoseph ME, Clark M, Gill JR. National Association of Medical Examiners, Annual Meeting, West Palm Florida. October 16, 2021.

Perforations of the Heart during Elective Removal of an Inferior Vena Cava Filter: A Case Report. Desai, S, Evangelista, F, Gill JR. National Association of Medical Examiners, Annual Meeting, West Palm Florida. October 17, 2021.

Medical Examiner and Court, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. September 23, 2021 (virtual).

Pediatric Forensic Pathology: SUID, Abuse, and Accidents, JR Gill. 2021 International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas, July 19, 2021.

Forensic Pathology of Fire, Smoke, and Motor Vehicle Collisions. JR Gill. International Association of Arson Investigators Conference, North Haven, CT June 23, 2021

Substance Abuse and Forensic Toxicology, JR Gill and L Labay, Harvard Medical Toxicology program, Boston, MA, May 11, 2021 (virtual).

Interesting Cases, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. April 1, 2021 (virtual).

Death Investigation Course, Central Connecticut State University. JR Gill and M Clark, New Britain, CT. Director and Instructor, Spring, 2021 (virtual).

Identification of Unrecognized COVID-19 Deaths by Nasopharyngeal Swabs at Funeral Homes. Platform. Maura DeJoseph DO, Christina, Schock MS, Donald Turbiville MD, James R. Gill MD American Academy of Forensic Sciences Annual Meeting, Virtual. February, 2021

Survival Intervals Following Fatal Single Gunshot Wounds of the Head. Platform. Michelle Clark MS, Deland Weyrauch, MD*, James R. Gill. MD American Academy of Forensic Sciences Annual Meeting, Virtual. February, 2021

Introduction to Forensic Pathology, JR Gill, Council of Forensic Science Educators (COFSE) annual meeting. February 11, 2021 (virtual).

Forensic Pathology: Autopsy, Public Health, and Death Certification, JR Gill, Yale University, School of Medicine, first year medical student Epidemiology and Biostatistics course lecture, New Haven, CT. February 10, 2021

Classification of Autopsy Findings: Degrees of Certainty. Platform, M DeJoseph, A Dye, JR Gill. National Association of Medical Examiners, Annual Meeting, Virtual. October 16-17, 2020.

Accidental Deaths Involving Trees: Professional and Nonprofessional Woodcutting and Tree Failures with Autopsy Findings. Platform. Weyrauch, D, Gill, JR. National Association of Medical Examiners, Annual Meeting, Virtual. October 16-17, 2020.

Medical Examiner and Court, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. September 24, 2020 (virtual).

Determining youth intentional lethal Opioids overdose: The case for a psychological autopsy to complement the Medical Examiner's report. Y Kaminer, J Gill, R Burke European Association for Opiates Addiction, Grenoble, France. May 29-31, 2020

Asphyxia, JR Gill, American Academy of Forensic Sciences Annual Meeting, Anaheim, CA. Jay Dix Invited Lecture. February 20, 2020

Blunt and Sharp Injury, JR Gill, American Academy of Forensic Sciences Annual Meeting, Anaheim, CA. Jay Dix Invited Lecture. February 20, 2020

Introduction to Forensic Pathology and Substance Abuse. J. Gill. University of New Haven Forensic Lecture, University of New Haven, West Haven, CT. February 4 and March 31, 2020.

A Serial Killer and Seven Homicides: Finding the Graves—A Multijurisdictional Investigation, Platform, MS Clark, JR Gill K Hartnett-McCann, American Academy of Forensic Sciences Annual Meeting, Anaheim, CA. February 20, 2020

Xylazine Fatalities in Connecticut, Platform, J Nunez, JR Gill. National Association of Medical Examiners, Annual Meeting, Kansas City, MO. October 19, 2019.

Death Certification, JR Gill. 2019 International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas, July 25, 2019.

Court. J. Gill. 46th Annual Florida Association of Medical Examiners Educational Conference, Manalapan, FL. July 10, 2019.

The Negative Autopsy. J. Gill. 46th Annual Florida Association of Medical Examiners Educational Conference, Manalapan, FL. July 11, 2019.

Cold Case Homicides: DNA Testing of Retained Autopsy Sexual Assault Smears. M Clark, J Gill, K Sasinouski, and A McGuire. American Academy of Forensic Sciences Annual Meeting, Baltimore, MD. February 21, 2019.

Medicolegal Investigation for Cremation Clearance: How and Why? J Gill, HG. Olko, ME. DeJoseph. American Academy of Forensic Sciences Annual Meeting, Baltimore, MD. February 21, 2019.

Introduction to Forensic Pathology. J. Gill. University of New Haven Forensic Lecture, University of New Haven, West Haven, CT. February 5, 2019.

Forensic Pathology: Autopsy, Public Health, and Death Certification, JR Gill, Yale University, School of Medicine, first year medical student Epidemiology and Biostatistics course lecture, New Haven, CT. February 6, 2019

Asphyxia, JR Gill, American Academy of Forensic Sciences Annual Meeting, Baltimore, MD. Jay Dix Invited Lecture. February 22, 2019

Opioid Intoxication Deaths in Connecticut: An Update and Medical Examiner's Perspective. JR Gill, Grand Rounds, Yale School of Medicine, Department of Pathology, New Haven, CT. January 10, 2019.

OCME Update. JR Gill, Connecticut Funeral Directors Association Annual meeting. Cromwell, CT. December 6, 2019

Medical Examiner and Court, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. November 1, 2018.

Forensic Pathology. JR Gill, Greenwich Police Department, Detective Course. Greenwich, CT. October, 26, 2018

Drug Investigation, JR Gill, Arnold Markle Symposium. University of New Haven. West Haven, CT. October 23, 2018.

Accidental Drug Intoxication Deaths in Connecticut: An Update and Medical Examiner's Perspective. JR Gill, Bridgeport Health Department Forum, August 31, 2018.

Notification of the Office of the Chief Medical Examiner and Death Certification, JR Gill, Invited Lecture, Lawrence and Memorial Hospital, New London, CT. July 24, 2018.

Forensic Pathology, JR Gill, New Haven Police Department, Detective Course, University of New Haven. June 28, 2018

Death Certification and the Autopsy. JR Gill, American Academy of Forensic Sciences Annual Meeting. Jay Dix Invited Lecture. Seattle, WA. February 22, 2018.

Environmental Pathology and Toxicology/Substance Abuse, JR Gill, Medicolegal Investigation and Identification Course. University of New Haven. West Haven, CT. Winter Trimester, 2018.

Forensic Pathology, Opioid Crisis, and Mass Disaster, JR Gill, Grand Rounds for the New Zealand Forensic Science Society, ESR Wellington, New Zealand. January 25, 2018

Forensic Pathology, Opioid Crisis, and Mass Disaster, JR Gill, Grand Rounds for the New Zealand Forensic Science Society, Christchurch (video link), New Zealand. January 25, 2018

Forensic Pathology, Opioid Crisis, and Mass Disaster, JR Gill, Grand Rounds for the New Zealand Forensic Science Society, Dunedin, New Zealand. January 18, 2018

Introduction to Forensic Pathology, Postmortem Changes, and Disaster Victim Identification lectures (3), JR Gill, Otago University, invited lecturer for Forensic Science course. Dunedin, New Zealand. January 17-19, 2018.

Forensic Pathology, Opioid Crisis, and Mass Disaster, JR Gill, Grand Rounds for the New Zealand Forensic Science Society, ESR Auckland, New Zealand. January 15, 2018

Certification of Opioid Deaths, JR Gill, American College of Medical Toxicology Conference. Opioids, Toxicology, and the Law: Medicolegal Aspects of the Opioid Epidemic. Philadelphia, PA. December 11, 2017.

Opioids in Death: Alternative Diagnoses and Co-Morbidities, JR Gill, American College of Medical Toxicology Conference. Opioids, Toxicology, and the Law: Medicolegal Aspects of the Opioid Epidemic. Philadelphia, PA. December 11, 2017.

OCME Update. JR Gill, Connecticut Funeral Directors Association. Cromwell, CT. December 7, 2017

Role of the Medical Examiner. JR Gill, University of Connecticut School of Law lecture. Farmington, CT. November 14, 2017

Fire Investigation, JR Gill, Arnold Markle Symposium, University of New Haven. West Haven, CT. October 23, 2017.

Medical Examiner and Court, JR Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. October, 19 2017.

What's the Huff? A Review of Seven Difluoroethane Fatalities. Platform, L Havrilla, JR Gill. National Association of Medical Examiners, Annual Meeting, Scottsdale, AZ. October 14, 2017

Accidental Drug Intoxication Deaths in Connecticut: An Update and Medical Examiner's Perspective, at The Opioid Crisis in Connecticut, Panel Presenter, JR Gill. Yale School of Law, New Haven, CT September 29, 2017

The Office of the Chief Medical Examiner and Death Certification, JR Gill, Connecticut Town Clerks Association, Annual Conference, Westbrook, CT, September 28, 2017

Forensic Pathology: Autopsy, Public Health, and Death Certification. JR Gill, Yale University, School of Medicine, First year medical student Epidemiology and Biostatistics course lecture, New Haven, CT. September 27, 2017 and February 12, 2020.

Opioid Update in Connecticut, JR Gill, Senator Christopher Murphy's Opioid Epidemic Summit, presentation on Housatonic Community College, Bridgeport, CT. July 10, 2017

Forensic Pathology, J. Gill. Hartford Hospital pathology Resident lecture, Hartford, CT. March 22, 2017.

Postmortem Changes, J. Gill. Pathologists' Assistants of New England, Quinnipiac University, North Haven, CT. March 10, 2017

American Academy of Forensic Sciences Annual Meeting, Co-Chair of Workshop on *Child abuse: a multidisciplinary approach*. New Orleans, LA. February 13, 2017.

Postmortem Assessment of Suspected Head Trauma in Infant and Young Children in workshop on *Child abuse: a multidisciplinary approach*. American Academy of Forensic Sciences Annual Meeting, Presenter of New Orleans, LA. February 13, 2017.

Medical Examiner and Court, J Gill, New York City Office of Chief Medical Examiner Grand Rounds, New York, NY. February 2, 2017.

OCME Update. Connecticut Funeral Directors Association. Cromwell, CT. December 1, 2016

Role of the Medical Examiner. J. Gill. UCONN Law School lecture. Farmington, CT. November 22, 2016

Therapeutic Complication, J. Gill. Annual Florida Association of Medical Examiners Educational Conference, Naples, FL. July 14, 2016.

Role of the Medical Examiner. J. Gill. Grand Rounds, Mid-State Medical Center, Meriden, CT. April 1, 2016.

Role of the Medical Examiner. J. Gill. Department of Medicine, Yale-New Haven Hospital, New Haven CT. May 3, 2016.

Role of the Medical Examiner. J. Gill. Department of Medicine, Medical Grand Rounds, The Hospital of Central Connecticut, New Britain, CT. March 24, 2016.

From Death to Death Certificate: What do the Dead Say? J. Gill. American College of Medical Toxicology Conference. A Legal "Potpourri": The New World of Legal Marijuana and Challenges in Toxicologic Consulting", Denver, CO. December 10, 2015.

Forensic Pathology and Ethanol. J. Gill. American College of Medical Toxicology Conference. A Legal "Potpourri": The New World of Legal Marijuana and Challenges in Toxicologic Consulting", Denver, CO. December 10, 2015.

Role of the Clinician and Medical Examiner in Appropriate and Accurate Certification of Death. J. Gill. Grand Rounds, Hartford Hospital, Hartford CT November 12, 2015.

Role of the Clinician and Medical Examiner in Appropriate and Accurate Certification of Death. J. Gill. Grand Rounds, Stamford Hospital, Stamford CT October 14, 2015.

Forensic Pathology Lecture Series: Blunt and Sharp Injury, Substance Abuse, Gunshot Wounds, Death Certification, Histopathology, Pediatric Forensic Pathology, Time of Death, Forensic Neuropathology, Asphyxia, Forensic Autopsy, Sudden Cardiac Death, Burn Injury. Yale University, School of Medicine, Department of Pathology. New Haven, CT. 2003 to present (monthly).

Introduction to Forensic Pathology. Yale University, School of Medicine, second year medical student pathology class lecture, New Haven, CT. 2004 to present (yearly).

Forensic Pathology, J. Gill. Quinnipiac University, School of Medicine, second year medical student class lecture. August 14, 2015.

Anthrax Fatalities, J. Gill. Annual Regional Mass Fatality Management Response System Training, Fort Wadsworth, Staten Island, NY August 11, 2015

Substance Abuse and Toxicology for the Medicolegal Death Investigator and Forensic Pathologist. J. Gill. Masters 16 Medicolegal Death Investigator Training Conference. St Louis, MO. July 19, 2015

Ask the Medical Examiner. J. Gill. The Melanie Ilene Rieger Memorial Conference, Central Connecticut State University, New Britain, CT June 3, 2015

Forensic Pathology, J. Gill. Hartford Hospital pathology Resident lecture, Hartford, CT. May 19, 2015.

Role in DCF critical cases and how we might enhance working relationships, J. Gill. Nursing lecture. Department of Children and Families. Rocky Hill, CT. April 28, 2015.

Forensic Pathology, J. Gill. Quinnipiac University, School of Law, lecture. March 31, 2015.

Role of the Clinician and Medical Examiner in Appropriate and Accurate Certification of Death. J. Gill. Lecture, VA Hospital, Newington, CT March 26, 2015.

Role of the Clinician and Medical Examiner in Appropriate and Accurate Certification of Death. J. Gill. Lecture, The Connecticut Hospice, Branford, CT March 18, 2015.

Pediatric Toxicology Cases. J. Gill. American Academy of Forensic Sciences Annual Meeting, Orlando, FL. February 20, 2015.

The Certification of Toxic Death with Case Examples. J. Gill. Postmortem Interpretive Toxicology course by The Center for Forensic Science Research & Education. Philadelphia, PA. January 30, 2015

The Erasmus Mundus Masters in Forensic Science (a joint venture between the Universities of Lincoln and Cordoba and the Instituto Superior de Ciencias da Saude Egas Moniz, Portugal), gave invited forensic pathology lectures, University of Cordoba. Cordoba, Spain. January 14-16, 2015.

Therapeutic Complications. J. Gill. Grand Rounds, Yale School of Medicine, Department of Pathology, New Haven, CT. December 11, 2014.

Forensic Pathology in the United States. J. Gill. University of New Haven Forensic Lecture, University of New Haven, Orange, CT. December 9, 2014.

Dealing with High-Profile Medical Examiner Cases. J. Gill. Issues in Trauma Care 2014, Bridgeport Hospital, Bridgeport, CT. September 29, 2014

Abusive Head Trauma. J. Gill. Pediatric Inflicted Head Trauma: A Collaborative Approach Conference, Yale University west campus, Orange, CT. September 9, 2014

Postmortem Changes, J. Gill. Pathologists' Assistants of New England, Quinnipiac University, North Haven, CT. April 26, 2014

Introduction to Forensic Pathology, J. Gill. Guest lecture, Forensic Anthropology Course, Quinnipiac University, North Haven, CT. April 17, 2014.

Introduction to Forensic Pathology, J Gill. University of New Haven. West Haven, CT. April 10, 2014

Bicyclist Fatalities in New York City, HC Jarvis, J. Gill, BJ Adams. American Academy of Forensic Sciences Annual Meeting, Seattle, WA. February 21, 2014.

The Erasmus Mundus Masters in Forensic Science (a joint venture between the Universities of Lincoln and Cordoba and the Instituto Superior de Ciencias da Saude Egas Moniz, Portugal), gave invited forensic pathology lectures, University of Cordoba. Cordoba, Spain. January 14-16, 2014.

Medical Examiner and Court, J. Gill, ACMT Seminars in Forensic Toxicology: Consultation in the Civil & Criminal Arenas, November 12-13, 2013, Baltimore, MD.

Opioid Deaths, J. Gill, Connecticut Department of Public Health Laboratory Preparedness Conference. October 24, 2013. Department of Public Health Rocky Hill, CT.
Platform on Homicidal Neck Compression of Females: Autopsy and Sexual Assault Findings, JR Gill, D Cavalli, J Stahl-Herz. National Association of Medical Examiners, Annual Meeting, Milwaukee, WI. October 12, 2013.

Poster on Fatalities Due to Choking: Internal Occlusion of Airway. A Coffey, JR Gill. National Association of Medical Examiners, Annual Meeting, Milwaukee, WI. October 13, 2013.

Poster on Two fatalities associated with sibutramine. National Association of Medical Examiners, Annual Meeting, Milwaukee, WI. HC Jarvis, JR. Gill. October 13, 2013.

Medical Records and Injury, JR Gill, Continuing Legal Education Program at the New York County District Attorney's Office, New York, NY. July15, 2013.

Forensic Toxicology, JR Gill, 40th Annual Florida Association of Medical Examiners Educational Conference, Sarasota Florida, July 10-12, 2013

Guest lecture, Death Investigation course. University of New Haven. West Haven, CT. April 18, 2013.

Lidocaine Intoxication, JR Gill, New York City Poison Control Center Toxicology Consultant's Conference, April 4, 2013.

Medical Records and Injury, JR Gill, New York Metropolitan Prosecutor's Training Institute, New York, NY. April 3, 2013.

The Erasmus Mundus Masters in Forensic Science (a joint venture between the Universities of Lincoln and Cordoba and the Instituto Superior de Ciencias da Saude Egas Moniz, Portugal), gave invited forensic pathology lectures, University of Cordoba. Cordoba, Spain. January 15-17, 2013.

Platform on Therapeutic complication as a manner of death. JR Gill, KF Maloney, CS Hirsch. National Association of Medical Examiners, Annual Meeting, Baltimore, MD. October 9, 2012.

Fatal Head Injury and Subdural Hemorrhages in Children in New York City. International Conference on Shaken Baby Syndrome/Abusive Head Trauma. Cambridge, MA. September 29, 2012.

Patterns of Suicide. JR Gill, Homicide Investigator's Course, New York City Police Department, NY, NY. 2003-2012 (biannually).

Forensic Pathology. JR Gill, Albert Einstein, School of Medicine, Department of Pathology. Bronx, NY. Multiple lectures, 2003 to 2013.

Blunt and Sharp Injury, Substance Abuse, Gunshot Wounds, Death Certification, Histopathology, Pediatric Forensic Pathology, Time of Death, Forensic Neuropathology, Asphyxia, Forensic Autopsy, Sudden Cardiac Death, Burn Injury, Negative Autopsy. New York City Office of Chief Medical Examiner, Lecture Series. NY, NY. 1998 to 2013 (monthly).

Subdural hematomas and hypoxia (platform). K McCubbin, L Thoma, H Mena, JR Gill. National Association of Medical Examiners, Annual Meeting, Baltimore, MD. October 6, 2012.

Fatal Diabetic Ketoacidosis and Antipsychotic Medication, American Academy of Forensic Sciences Annual Meeting, Atlanta, GA. SE Ely, A Neitzel, JR Gill. February 24, 2012.

Lecture on Death Investigation and the Feds: Federally Funded Death Investigation Training via New York City OCME. National Association of Medical Examiners, Interim Meeting, Atlanta, GA. February 21, 2012.

Abusive Head Trauma/Shaken Baby Syndrome, Lecture at Westchester County Detective Association meeting. Thornwood, New York. February 9, 2012.

The Erasmus Mundus Masters in Forensic Science (a joint venture between the Universities of Lincoln and Cordoba and the Instituto Superior de Ciencias da Saude Egas Moniz, Portugal), gave invited forensic pathology lectures, University of Cordoba. Cordoba, Spain. January 18-20, 2012.

Medicolegal Investigation and Identification Course. Lectures on Asphyxia and Toxicology/Substance Abuse. University of New Haven. West Haven, CT. Winter Trimester, 2011.

Death Certification of "Suicide by Cop." A Neitzel, JR Gill. American Academy of Forensic Sciences Annual Meeting, Chicago, IL. February 26, 2011.

Lecture on Cardiac Channelopathies as a Cause of Sudden Death. JR Gill. National Association of Medical Examiners, Interim Meeting, Chicago, IL. February 22, 2011.

American College of Medical Toxicology Seminars in Forensic Toxicology: Opioids. Invited lecture on Forensic Pathology of Opiate-Related Deaths. Philadelphia, PA. November 8, 2010.

Formación Continuada en Patología Forense (Forensic Pathology course sponsored by the Institute of Legal Medicine of Malaga). Invited lecture on The Medicolegal Investigation of Excited Delirium. Malaga, Spain. September 22, 2010.

Eleventh International Conference on Shaken Baby Syndrome/Abusive Head Trauma. Invited lecture on Fatal Head Injury in Children under 2 Years of Age in New York City. Atlanta, GA. September 14, 2010.

New York Academy of Sciences. H1N1 Swine Flu: the 2010 Perspective Conference, presenter. New York, NY. May 24, 2010.

Albert Einstein, School of Medicine, medical student pathology class, Lecture on Introduction to Forensic Pathology, 2010-2013 (yearly).

United States and Canadian Academy of Pathology Annual Meeting, Pulmonary Pathological Findings of Fatal 2009 Pandemic Influenza A/H1N1 Viral Infections. C Deshpande, JR Gill, ZM Sheng, SF. Ely, DG. Guinee, Jr., MB Beasley, J Suh, DJ Mollura, DM Morens, Mike Bray, WD Travis, and JK Taubenberger. Washington, D.C. March 23, 2010.

New York Metropolitan Prosecutor's Training Institute, lecture on Forensic Pathology, New York, NY. March 4, 2010

American Academy of Forensic Sciences Annual Meeting, Seattle, WA. Platform on Fatalities occurring with ingestion of ibogaine. JR Gill, KR Alper. February 26, 2010.

American Academy of Forensic Sciences Annual Meeting, Seattle, WA. Jay Dix Invited Lecture: Investigation of drug-related deaths. February 25, 2010.

Bridging the gap: integrating radiology and pathology in the study of viral infections (H1N1), workshop hosted by Center for Infectious Disease Imaging, Clinical Center, NIH, and the Integrated Research Facility, Division of Clinical Research, NIAIS, NIH at Memorial Sloan-Kettering Cancer Center, NY. February 8 and 9, 2010.

2009 New York City Abusive Head Trauma/Shaken Baby Syndrome Training Conference, New York, NY. Invited lecture on Fatal Head Injury in Children in New York City. September 21, 2009.

National Institute of Justice's Forensic Sciences Training Program, Medicolegal Investigation of Death Course, New York, NY. Lecture on Substance Abuse and Forensic Toxicology. 2009.

United States and Canadian Academy of Pathology Annual Meeting, Boston, MA. Platform on Natural, Unexpected Deaths: Reliability of a Presumptive Diagnosis. JR Gill, IA Scordi-Bello. March 9, 2009.

New York City Office of Chief Medical Examiner, Grand Rounds. New York, NY. The Shaken Baby Syndrome. March 5, 2009.

National Association of Medical Examiners, Annual Meeting, Lexington, KY. Homicides of Pregnant Women (platform). P Lin, JR Gill. September 19, 2008.

Maryland Public Defender's Continuing Education Conference, Forensic Pathology lecture, Ocean City, Maryland, September 2008.

American Academy of Forensic Sciences Annual Meeting, Washington, D.C. Subway Train-Related Fatalities in New York City: Accident vs. Suicide (platform). P Lin, JR Gill. February 21, 2008.

American Academy of Forensic Sciences Annual Meeting, Washington, D.C. Firearm Deaths by Law Enforcement (platform). JR Gill, M Pasquale-Styles. February 22, 2008.

First Annual New York City Shaken Baby Syndrome Training Conference, New York, NY. Invited lecture on Fatal Head Injury in Children in New York City. September 17, 2007.

National Association of Medical Examiners, Annual Meeting, Savannah, GA. Delayed Homicides and the Proximate Cause (platform). P Lin, JR Gill. October 15, 2007.

National Association of Medical Examiners, Annual Meeting, Savannah, GA. Medical Homicide and Extreme Negligence (poster). E Duncanson, V Richards, KM Luce, JR Gill. October 14, 2007.

Cornell Institute for Translational Research on Aging (CITRA), consensus workshop on Elder Abuse, May 14, 2007.

Society for Pediatric Pathology Conference, San Diego, CA, Platform presentation on Delayed homicides due to infant head injury initially reported as natural (cerebral palsy) deaths. JR Gill, RA Morotti, V Tranchida, H Mena. March 24, 2007.

National Association of Medical Examiners, Annual Meeting, San Antonio, TX. Giant Berry Aneurysms in the Forensic Setting: a Series of 14 Cases (poster). NL Davis, JM Lacy, C Catanese, JR Gill. October 15, 2006.

John Jay College of Criminal Justice. New York, NY. Homicide Investigation Course. Lecture on Suicide. March 28, 2006.

University of New Haven. West Haven, CT. Director, Medicolegal Investigation and Identification Course. Winter Trimester, 2006, 2007, 2008, and 2010.

National Association of Medical Examiners, Annual Meeting, Los Angeles, CA. Platform presentation on September 11, 2001 and the New York City Office of Chief Medical Examiner. JR Gill. October 15, 2005.

American Academy of Forensic Sciences Annual Meeting, New Orleans, LA. Fatal Pulmonary Thromboembolism and Hereditary Thrombophilias (platform). JR Gill, S Ely. February 24, 2005.

Jacobi Medical Center, Department of Emergency Medicine, Lecture on Forensic Pathology, September 8, 2004.

National Association of Medical Examiners, Annual Meeting, Nashville, Tennessee. Traumatic Asphyxia in an Uncontrolled Crowd (platform). JR Gill, K Landi. September 13, 2004.

North Central Bronx Hospital, Department of Internal Medicine, Morbidity and Mortality Rounds, August 11, 2004.
John Jay College of Criminal Justice. New York, NY. Director, Forensic Medicine Course. Spring Terms, 2000, 2002, 2005 and Fall 2003

The Fifth American Congress in Emergency Medicine, Puerto Vallarta, Mexico. Ecstasy (MDMA) Deaths in New York City: A Case Series and Review of the Literature, abstract.
JR Gill, JA Hayes, IS deSouza, E Marker, and M Stajic, February 17-21, 2003.

American Academy of Forensic Sciences Annual Meeting, Chicago, Illinois. The Happy Land Homicides: 87 Deaths due to Smoke Inhalation (platform). JR Gill, LB Goldfeder, M Stajic. February 14, 2003.

New York Hospital-Cornell, Department of Pathology, Forensic Pathology. December 13, 2002.
John Jay College of Criminal Justice. New York, NY. Guest speaker for Intimate Violence course on Elder Abuse. November 14, 2002.

Jamaican Association of Clinical Pathologists, 9th Annual Scientific Symposium, Kingston, Jamaica. Professor Stanley Brooks Memorial Lecture: Post-mortem examinations in cases of suspected drug trafficking and abuse. November 10, 2002.

Jamaican Association of Clinical Pathologists, 9th Annual Scientific Symposium, Kingston, Jamaica. Invited lectures at the University of West Indies on: sharp injuries, gunshot wounds, drowning, rape homicide, and time of death. November 9, 2002.

New York City, Department of Health, Grand Rounds: Suicide. August 14, 2002.

Homicide Investigator's Course, New York City Police Department, Time of Death and Postmortem Artifacts. June, 2002.

Ohio State Coroners Association, Cincinnati, Ohio. Invited keynote address: Patterns of Suicide. May 2, 2002.

Yale University, School of Medicine, Department of Pathology. Forensic Pathology. April 22, 2002.

American Academy of Forensic Sciences Annual Meeting, Atlanta, Georgia. Sharp Injury Fatalities in New York City (platform). JR Gill and C Catanese. February 15, 2002.

New York University School of Medicine, Health and Public Systems Preparedness: A View from New York, round table discussion with Governor Tom Ridge, Director, Office of Homeland Security. January 14, 2002.

New York University School of Medicine, Department of Obstetrics, Pulmonary Embolism. December 7, 2001.

National Association of Medical Examiners Annual Meeting, Richmond, Virginia. Environmental Gas Displacement: Three Accidental Deaths in the Workplace (platform). JR Gill, SF Ely, Z Hua. October, 2001.

New York Hospital-Cornell, Department of Pediatrics, SIDS. September 24, 2001.

St. Lukes-Roosevelt Hospital Grand Rounds, Department of Pediatrics, SIDS. June 29, 2001.

American Academy of Forensic Sciences Annual Meeting, Seattle Washington. Bodies Found in Water in New York City (platform). L Goldfeder, J Lucas, JR Gill. February 22, 2001.

American Academy of Forensic Sciences Annual Meeting, Seattle Washington. Platform presentation on Fatal Descent from Height in New York City. JR Gill. February 22, 2001.

American Academy of Forensic Sciences Annual Meeting, Seattle Washington. Lecture on Raves, Night Clubs, and the New Youth Drug Culture Workshop: *Rave Drugs and Fatalities: The New York City Experience.* JR Gill. February 19, 2001.

New York University School of Medicine, New York City, Pediatric Morbidity and Mortality Conference, Acute Pancreatitis. January 25, 2001.

New York Organ Donor Network, New York City, Introduction to Forensic Pathology. December 13, 2000.

Pace University, Sexual Assault Examiner Training Program, New York City, Invited lecture on Mechanics of Injury. April, 2000.

New York State Bar Association, Criminal Justice Section Annual Meeting, Mock Trial. Asphyxia. January, 2000.

American Medical Students Association Convention, New York University, Workshop on Forensic Pathology. January, 2000.

North General Hospital, Departments of Emergency Medicine and Primary Care, New York City, Death Certification. January, 2000.

Mount Sinai School of Medicine, Department of Pathology, Forensic Histopathology. January, 2000
New York State Center for Sudden Infant Deaths Council Meeting, Sudden Infant Death Syndrome. May, 1999.

Homicide Investigator's Course, New York City Police Department, Elder Abuse. June, 1999; January and June, 2000; January and June, 2001; June, 2002; January and May, 2003; January and June, 2004.

New York University Medical Center, Department of Internal Medicine, Death Certification. January, 1999.

Cardozo School of Law, Intensive Trial Advocacy Program. January, 1998, 1999, 2000, 2001, and 2002.

New York City Poison Center Conference, Carbon Monoxide Poisoning. March, 1998.

New York City Office of Chief Medical Examiner Grand Rounds, Judicial Hanging. December, 1997.

Memorial Sloan-Kettering Cancer Center and New York Hospital-Cornell Pathology Grand Rounds, Multiple Endocrine Neoplasia. April, 1997.

Society for Pediatric Pathology Conference, Washington, D.C., Early Presentation of Metastatic Medullary Thyroid Carcinoma in MEN IIa: Implications for Therapy. March, 1996.

Yale University School of Medicine, Department of Pathology, Resident Lecture Series. The Hospital Autopsy Service. 1996.

Yale University School of Medicine, Department of Pathology, Resident Lecture Series. Sudden Infant Death Syndrome. 1995.

Yale University School of Medicine, Department of Pathology, Resident Lecture Series. Malignant Fibrous Histiocytoma. 1994.

An Epidemiologic Comparison of Firearm Fatalities in Connecticut and North Carolina in 1986. JR Gill, KB Nolte, DW Broudy, JD Butts. Platform University of Connecticut Research Day, 1990.

## Continuing Education:

October 18-20, 2024. CAP24, College of American Pathologists Annual Meeting. Las Vegas, NV

October 7-9, 2024 Postmortem Toxicology for Forensic Pathology Fellow and Toxicologists Course. Center for Forensic Science Research and Education, Philadelphia, PA

September 13-17, 2024. National Association of Medical Examiners, Annual Meeting, Denver, CO.

September 8, 2024. 36th European Congress of Pathology, Florence, Italy.

October 13-17, 2023. National Association of Medical Examiners, Annual Meeting, San Jose, CA.

October 7-9, 2023. College of American Pathologists Annual Meeting, CAP23, Chicago, IL

September 11-13, 2023 Postmortem Toxicology for Forensic Pathology Fellow and Toxicologists Course. Center for Forensic Science Research and Education, Philadelphia, PA

July 16-20, 2023. International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas.

April 11, 2023. NAME Interim Scientific Program (Virtual)

February 12-18, 2023. American Academy of Forensic Sciences Annual Meeting, Orlando, FL.

CAP22, New Orleans, LA October 8-10, 2022.

July 17-21, 2022. International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas.

February 20-25, 2022. American Academy of Forensic Sciences Annual Meeting, Seattle Washington.

October 15-20, 2021. National Association of Medical Examiners, Annual Meeting, West Palm, FL.

February 16-19, 2021. American Academy of Forensic Sciences Annual Meeting, Virtual.

October 16-17, 2020. National Association of Medical Examiners, Annual Meeting, Virtual.

February 17-22, 2020. American Academy of Forensic Sciences Annual Meeting, Anaheim, CA.

February 18, 2020. National Association of Medical Examiners, Interim Meeting, Anaheim, CA.

October 18-22, 2019. National Association of Medical Examiners, Annual Meeting, Kansas City, MO.

International Association of Coroners and Medical Examiners (IAC&ME) Annual Training Symposium, Las Vegas, July 23-25, 2019.

46th Annual Florida Association of Medical Examiners Educational Conference, Manalapan, FL. July 10-11, 2019.

American Academy of Forensic Sciences Annual Meeting, Baltimore, MD. February 18-22, 2019.

February 19, 2019. National Association of Medical Examiners, Interim Meeting, Baltimore, MD.

October 12-16, 2018. National Association of Medical Examiners, Annual Meeting, West Palm, FL.

February 19-24, 2018. American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

February 20, 2018. National Association of Medical Examiners, Interim Meeting, Seattle, WA.

December 11-12, 2017. American College of Medical Toxicology Conference. Opioids, Toxicology, and the Law: Medicolegal Aspects of the Opioid Epidemic. Philadelphia, PA.

February 13-14, 2017. American Academy of Forensic Sciences Annual Meeting, New Orleans, LA.

February 13, 2017. American Academy of Forensic Sciences Annual Meeting, Workshop on *Child abuse: a multidisciplinary approach*. New Orleans, LA.

September 9-13, 2016. National Association of Medical Examiners, Annual Meeting, Minneapolis, MN.

July 14, 2016. 43rd Annual Florida Association of Medical Examiners Educational Conference, Naples, FL.

February 22-26, 2016. American Academy of Forensic Sciences Annual Meeting, Las Vegas, NV.

February 23, 2016. National Association of Medical Examiners, Interim Meeting, Las Vegas, NV.

December 9-10, 2015. American College of Medical Toxicology Conference. A Legal "Potpourri": The New World of Legal Marijuana and Challenges in Toxicologic Consulting, Denver, CO

October 2-6, 2015. National Association of Medical Examiners, Annual Meeting, Charlotte, NC.

February 16-20, 2015. American Academy of Forensic Sciences Annual Meeting, Orlando, FL.

February 17, 2015. National Association of Medical Examiners, Interim Meeting, Orlando, FL.

September 19-22, 2014. National Association of Medical Examiners, Annual Meeting, Portland, OR.

September 9, 2014. Pediatric Inflicted Head Trauma: A Collaborative Approach, Yale University West Campus, Orange, CT

September 4-6, 2014. Joint meeting of The Paediatric Pathology Society and The Society for Paediatric Pathology, Birmingham UK

March 24-27, 2014. Emergency Management Institute (FEMA), IEMC Community Specific (active shooter), New Haven, CT.

February 17-22, 2014. American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

February 18, 2014. National Association of Medical Examiners, Interim Meeting, Seattle, WA.

November 12-13, 2013. ACMT Seminars in Forensic Toxicology: Consultation in the Civil & Criminal Arenas, Baltimore, MD.

July 10-12, 2013. 40th Annual Florida Association of Medical Examiners Educational Conference, Sarasota, FL.

March 1-5, 2013. United States and Canadian Academy of Pathology Annual Meeting. Baltimore, MD.

February 17-22, 2013. American Academy of Forensic Sciences Annual Meeting, Washington, DC.

October 5-9, 2012. National Association of Medical Examiners, Annual Meeting, Baltimore, MD.

September, 28-October 1, 2012. International Conference on Shaken Baby Syndrome/Abusive Head Trauma. Cambridge, MA.

April 25-27, 2012. International Mass Fatality Management Conference and Workshop, OCME, New York, NY.

February 20-25, 2012. American Academy of Forensic Sciences Annual Meeting, Atlanta, GA.

February 21, 2012. National Association of Medical Examiners, Interim Meeting, Atlanta, GA.

September 22-23, 2011. New York City Abusive Head Trauma/Shaken Baby Syndrome Training Conference, OCME and Queens DA, New York, NY.

February 21-25, 2011. American Academy of Forensic Sciences Annual Meeting, Chicago, IL.

February 22, 2011. National Association of Medical Examiners Interim meeting. Chicago, IL.

October 1-6, 2010. National Association of Medical Examiners Annual Meeting. Cleveland, OH.

September 21-24, 2010. Formación Continuada en Patología Forense (Forensic Pathology course sponsored by the Institute of Legal Medicine of Malaga). Malaga, Spain.

September 12-14, 2010. Eleventh International Conference on Shaken Baby Syndrome/Abusive Head Trauma. Atlanta, GA.

March 20-23, 2010. United States and Canadian Academy of Pathology Annual Meeting. Washington, D.C.

February 24-26, 2010. American Academy of Forensic Sciences Annual Meeting. Seattle, Washington.

March 7-11, 2009. United States and Canadian Academy of Pathology Annual Meeting. Boston, MA.

September 5-10, 2008. National Association of Medical Examiners Annual Meeting. Lexington, KY.

March 4-5, 2008. Bloodstain Pattern Analysis Course. OCME. New York, NY.

February 18-22, 2008 American Academy of Forensic Sciences Annual Meeting. Washington, DC.

October 12-17, 2007. National Association of Medical Examiners Annual Meeting. Savannah, GA.

March 24-28, 2007. United States and Canadian Academy of Pathology Annual Meeting. San Diego, CA.

October 13-17, 2006. National Association of Medical Examiners, Annual Meeting. San Antonio, TX.

October 14-19, 2005. National Association of Medical Examiners Annual Meeting. Los Angeles, CA.

February 19-23, 2005. United States and Canadian Academy of Pathology Annual Meeting. San Antonio, TX

September 10-14, 2004. National Association of Medical Examiners Annual Meeting. Nashville, TN.

March 22-24, 2003. United States and Canadian Academy of Pathology Annual Meeting. Washington, DC.

February 23-28, 2002. United States and Canadian Academy of Pathology Annual Meeting. Chicago, IL.

February 10-16, 2002. American Academy of Forensic Sciences Annual Meeting. Atlanta, GA.

September 20-23, 2001. Society of Pediatric Pathology, Interim Meeting. Memphis, TN.

February 19-24, 2001. American Academy of Forensic Sciences Annual Meeting. Seattle, WA.

March 25-29, 2000. United States and Canadian Academy of Pathology Annual Meeting. New Orleans, LA.

March 20-25, 1999. United States and Canadian Academy of Pathology Annual Meeting. San Francisco, CA.

May 11-15, 1998. Armed Forces Institute of Pathology: Forensic Anthropology. Bethesda, MD.

March 1-5, 1998. United States and Canadian Academy of Pathology Annual Meeting. Boston, MA.

October 20-24, 1997. Armed Forces Institute of Pathology: Forensic Pathology Course. Rockville, MD.

May 5-9, 1997. Memorial Sloan-Kettering Cancer Center. Department of Pathology. Surgical Pathology of Neoplastic Diseases. Rome, Italy.

February 17-22, 1997. American Academy of Forensic Sciences Annual Meeting. New York, NY.

February 13-16, 1997. ASCP: Surgical Pathology. Las Vegas, NV.

March 25-29, 1996. United States & Canadian Academy of Pathology Annual Meeting. Washington, D.C.

March 22-24, 1996. Society for Pediatric Pathology Conference, Washington, D.C.

March 15-16, 1996. Henry C. Lee Institute of Forensic Sciences, Ledyard, CT.
October 22-25, 1995. National Association of Medical Examiners Annual Meeting. San Diego, CA.

May 6-10, 1995. Memorial Sloan-Kettering Cancer Center. Department of Pathology. Surgical Pathology of Neoplastic Diseases. New York, NY.

12/21/24