# APPENDIX 23

# AMANDA CULBERTSON, MS, JD

## EDUCATION

**SOUTH TEXAS COLLEGE OF LAW** Houston, TX
*Doctor of Jurisprudence, with honors* 2016

**UNIVERSITY OF MICHIGAN** Ann Arbor, MI
*Master of Science, Ph.D. candidate, Chemistry (Analytical)* 2001

**UNIVERSITY OF NORTH TEXAS** Denton, TX
*Bachelor of Science in Chemistry, ACS certified* 1999

**UNIVERSITY OF NORTH TEXAS** Denton, TX
*Bachelor of Science in Biology* 1999

## EMPLOYMENT

**ALTEISDI CONSULTING, LLC** 2011 – Present
*Owner/Consultant*
- Review laboratory records and documents for compliance with accreditation standards
- Provide education, evaluation and expert opinion for the legal community
- Testify in criminal courts of law (100 + times)
- ISO/IEC 17025 Lead Assessor trained

**LONE STAR COLLEGE** 2011
*Technical Supervisor/Trainer*
- Adhered to internal policies and procedures as well as accreditation standards
- Certified Technical Supervisor for the Texas Breath Alcohol Testing Program
- Maintained and repaired analytical instrumentation
- Supervised 200 end users of field equipment and ensured compliance with state regulations
- Testified as an expert witness in county and district criminal courts of law

**CITY OF HOUSTON** 2006 – 2011
*Criminalist Specialist – Forensic Toxicology/Technical Supervisor*
- Adhered to internal policies and procedures as well as accreditation standards
- Analyzed biological samples in cases where impairment was at issue (DWI, DFSA, Etc)
- Certified Technical Supervisor for the Texas Breath Alcohol Testing Program
- Maintained and repaired analytical instrumentation
- Prepared and reviewed reports of forensic analysis for use in criminal courts of law
- Supervised 70 end users of field equipment and ensured compliance with state regulations
- Testified as an expert witness in county and district criminal courts of law (60+ times)

**HARRIS COUNTY MEDICAL EXAMINER'S OFFICE** 2005 – 2006
*Toxicologist*
- Analyzed biological samples for the presence of alcohol and drugs
- Analyzed and interpreted data
- Maintained analytical instrumentation
- Performed extractions on biological samples

**STATE OF MICHIGAN** 2004 – 2005
*Chemical Terrorism Lab Coordinator-Contract*
- Coordinated statewide implementation of CDC project activities
- Developed protocols for specimen collection, handling, and shipment of toxicological samples
- Provided in-service training and continuing education credits for hospital staff
- Evaluated the statewide laboratory program for the detection and identification of chemical agents of terrorism
- Provided presentations to over 80% of the hospitals in Michigan

**NSF INTERNATIONAL** 2001 – 2004
*Chemist*
- Operated and maintained multiple ion chromatographs
- Analyzed and interpreted data

**UNIVERSITY OF MICHIGAN** 1999 – 2001
*Graduate Student Researcher*
- Conducted research with human cancer proteins
- Imaged rRNA using atomic force microscopy

**LOS ALAMOS NATIONAL LABORATORY** 1997
*Researcher*
- Conducted research on ambient temperature molten salt eutectics

**LOS ALAMOS NATIONAL LABORATORY** 1996
*Researcher*
- Performed separation experiments on uranium slag

## MEMBERSHIPS

**SOCIETY OF TOXICOLOGY, associate member**

**ASSOCIATION OF OFFICIAL ANALYTICAL CHEMISTS INTERNATIONAL (AOCC International)**

**AMERICAN ACADEMY OF FORENSIC SCIENCES, associate member**

**ASPET (American Society for Pharmacology and Experimental Therapeutics)**
- Division for Toxicology (TOX)
- Division for Behavioral Pharmacology (BEH)
- Division for Drug Metabolism and Disposition (DMDD)
- Division for Neuropharmacology
- Translational & Clinical Pharmacology

**AMERICAN CHEMICAL SOCIETY**
- Analytical Chemistry Division
  - Chromatography & Separation Subdivision
- Chemical Toxicology Division
- Chemistry & the Law Division

**AMERICAN SOCIETY FOR QUALITY**

- Inspection Division

**ADLM (Association for Diagnostics & Laboratory Medicine)**

- Mass Spectrometry and Separation Sciences Division

**TEXAS DISTRICT AND COUNTY ATTORNEYS ASSOCIATION (TDCAA), associate member**