# APPENDIX 24

# Greg A. Jellick

## EDUCATION

**The University of Central Oklahoma**, Edmond, Oklahoma
MSFS, December 2004
Major: Forensic Science- Criminalistics

**The Ohio State University**, Columbus, Ohio
BA, June 1997
Major: Criminology

## CERTIFICATIONS

**Diplomate**- American Board of Forensic Toxicology

## EXPERIENCE

**Forensic Toxicologist** February 2014-Present
**Forensic and Clinical Consultant**
Spectra Forensic Services, San Antonio, Texas
- Provide expert consultation on case proceedings
- Conduct data interrogation and case discovery review
- Testify globally in military, civil, and criminal courts
- Assist in lab preparations for ISO 17025 and COLA/CLIA lab inspections
- Provide technical assistance with lab issues and method validations

**Quality Manager** September 2016-December 2019
Quality Forensic Toxicology, San Antonio, Texas
- Managed and maintained Quality Management System in accordance with ISO 17025 standards with successful completion of three ISO assessments
- Monitored QC/QA program, performed root cause analyses, and directed corrective actions
- Supervised laboratory's participation in proficiency testing program
- Reviewed and certified analytical results (LC/MS/MS, QTOF, HSGC, EIA) from urine, oral fluid, and blood analyses and approved final case reports
- Provided expert consultation, discovery review and testified in court

**VP, Clinical and Forensic Toxicology Services** February 2014-December 2019
**Technical Director**
Quality Toxicology, San Antonio, Texas
- Responsible for overseeing scientific operations, staff, and instrumentation
- Evaluated and implemented new methods and technologies in advancement of laboratory's goals
- Monitored QC/QA program, performed root cause analyses, and directed corrective actions
- Coordinated with marketing to promote lab services to prospective clients
- Conducted and directed lab buildout and validation of LC/MS/MS, QTOF, and EIA methods, increasing number of validated instruments from zero to seven
- Provided troubleshooting assistance on quality control and instrument issues

**Laboratory Operations Manager** February 2013-February 2014
Hill Country Toxicology, San Antonio, Texas
- Responsible for front office, sample processing, and instrumental operations while ensuring compliance with accreditation standards
- Supervised, monitored, and resolved employee issues
- Implemented and maintained QC/QA program including the review and certification of urine analytical results
- Provided consultation to medical personnel on interpretation of results

[redacted] • **spectraforensics@gmail.com**

**EXPERIENCE (Continued)**

**Adjunct Faculty** August 2006-December 2014
Saint Mary's University, Department of Criminal Justice and Criminology
University of Texas at San Antonio, Department of Criminal Justice
San Antonio College, Department of Criminal Justice

- Prepared and presented lectures introducing fundamentals of forensic science
- Organized and supervised student laboratory modules demonstrating forensic principles
- Provided students with academic feedback and career advice

**Toxicology Chemist** February 2005-February 2013
Bexar County Medical Examiner's Office, San Antonio, Texas

- Performed forensic analyses on biological specimens and submitted evidence for the presence of drugs, drug metabolites, poisons, and toxins
- Operated, maintained, and conducted troubleshooting on GC, GC/MS, LC/MS/MS, UV/Vis, and immunoassay systems
- Monitored and assisted in evaluation of laboratory QC/QA data
- Disseminated results and maintained accurate records of case analyses

**RESEARCH PRESENTATIONS AND PUBLICATIONS**

*Fluazuron- A Prospective Acaricide for Feedthrough Control of Cattle Fever Ticks at the US/Mexico Border.* Presentation. University of Texas at San Antonio. San Antonio, TX. October 2023.

*An Enhanced Avermectin Extraction Method for Characterization of Bovine Pharmacokinetics Utilizing Tandem Mass Spectrometry.* **Greg Jellick,** Kim Lohmeyer, Dee Ellis, Stephan Bach. Poster Presentation. American Society of Mass Spectrometry Conference. Houston, TX. June 2023

*The Story of Diflubenzuron- When Negative Results Matter.* **Greg Jellick,** Kim Lohmeyer, Stephan Bach. Poster Presentation. University of Texas at San Antonio. Chemistry Research Symposium. San Antonio, TX. September 2022.

*Characterization of Acaricide Pharmacokinetics, Bioavailability, and Dosing Strategies to Improve Control of Cattle Fever Ticks*. **Greg Jellick**. Dissertation Research Proposal. Analytical Chemistry PhD Program. University of Texas at San Antonio. San Antonio, TX. July 22, 2022.

*Qualitative Identification and Quantitation of Barbiturates Utilizing Liquid Chromatography Tandem Mass Spectrometry (LC-MS/MS).* Samantha Parma, Natalie Alvarez, Michael Frontz, and **Greg Jellick**. Presentation. Southwestern Association of Toxicologists Conference. Houston, TX. May 2019.

*Quantitation and Identification of 370+ Synthetic Cannabinoids in Blood using Liquid Chromatography Quadrapole Time-of-Flight Mass Spectrometry (LC-QTOF/MS).* Amanda Moore, Michael Frontz, **Greg Jellick**, and Jeff Walterscheid PhD. Presentation. Society of Forensic Toxicologists. Minneapolis, MN. October 2018.

*Qualitative Identification of Synthetic Cannabinoids using Liquid Chromatography Quadrapole Time-of-Flight Mass Spectrometry (LC-QTOF/MS).* Amanda Moore, Michael Frontz, **Greg Jellick**, and Jeff Walterscheid PhD. Presentation. Southwestern Association of Toxicologists Conference. San Antonio, TX. December 2017.

*A Comparison of Ethanol Concentrations in Oral Fluid.* Michael Frontz, Crystal Garcia, Stephanie Troupe, and **Greg Jellick**. Presentation. Southwestern Association of Toxicologists Conference. Wichita, KS. April 2017.

**RESEARCH PRESENTATIONS AND PUBLICATIONS (Continued)**

*Simultaneous Solid Phase Extraction and GC/MS Quantitation of Cocaine, Cocaine Metabolites, Standard and Extended Opiates, and Opiate Metabolites from Whole Blood.* **Greg Jellick**, Mike Frontz, Rod McCutcheon, and Paul Whitter. Poster presentation. SOFT-TIAFT Joint Meeting. San Francisco, CA. September 2011.

*Isopropyl Alcohol: Not for Human Absorption*. **Greg Jellick**, Michael Neerman, PhD, and Randall Frost, MD. Presentation. Southwestern Association of Toxicologists Conference. Wichita, KS. September 2011.

*How Low Can You Go? Validation of an LC/MS/MS Fentanyl Method.* **Greg Jellick**, Mike Frontz, and Rod McCutcheon. Presentation. Southwestern Association of Toxicologists Conference. San Antonio, TX. May 2009.

*Dilute or Pollute: Potential Passive Diffusion of Ethanol from Vitreous Humor in Postmortem Submersion Cases*. **Greg Jellick** and Rod McCutcheon. Presentation. Southwestern Association of Toxicologists Conference. Galveston, TX. Nov. 2007.

*Comparative Study of Overnight vs. Same-day Acid Neutral Extraction Evaporation Steps*. Intra-laboratory Report. Bexar County Forensic Toxicology Lab. March 2007.

*Effects of Ethyl Acetate Reconstitution vs. TMS Derivatization on Acetaminophen and Pentobarbital MPQ Calibration Curves*. Intra-laboratory Report. Bexar County Forensic Toxicology Lab. August 2006.

*Forensic Comparison of Diatom Population Ratios in Samples Extracted from Immersed Denim*. Poster presentation. University of Central Oklahoma. Research Day 2004.

*Forensic Elemental Profile Comparison of Oklahoma Red Dirt Roads Using Atomic Absorption Spectrophotometry*. Poster presentation. University of Central Oklahoma. Research Day 2002.

**OTHER PRESENTATIONS**

*Mechanisms of P450 Metabolism.* **Greg Jellick**. Presentation. Southwestern Association of Toxicologists Conference. Georgetown, TX. November 2021.

*The Importance of the Discovery Request: The 28.3 Revisited.* **Greg Jellick** and Mike Frontz. Presentation. DUI Defense Lawyers Association. Spring Seminar. April 2017.

*LC-MS/MS Interferences and Artifacts: Experiences from a Forensic Urine Drug Testing Laboratory.* **Greg Jellick** and Mike Frontz. Presentation. Southwestern Association of Toxicologists Conference. Austin, TX. April 2016.

**PROFESSIONAL DEVELOPMENT**

- *Assessing Impaired Driving Trends using Comprehensive Testing and a Multistate Approach.* Webinar. CFSRE. December 2023
- *TOF/QTOF Mass Spectrometry for Identification, Screening, and Confirmation in Forensic Toxicology and Chemistry*. Workshop. RTI. FTCOE. October 2023
- *Mass Spectrometry Imaging Reveals Hidden Biological and Clinical Insights*. Dr. Erin Seeley. Seminar. University of Texas at San Antonio. October 2023.
- *Cannabinoid Pharmacology: Three Decades of Controlled Human Cannabinoid Administration Studies.* Workshop. ICITAP. September 2022
- *Preparing for the 2023 Farm Act: Proactive Collaboration for Laboratory Success*. Webinar. NMS Labs. September 2023

**PROFESSIONAL DEVELOPMENT**
**(Continued)**

- *Updates on the Pharmacology and Toxicology of Xylazine in the US Opioid Supply*. Webinar. CFSRE. July 2023
- *Ion Mobility Mass Spectrometry: An Introduction to Instrumentation, Applications, and Data Analysis*. Short Course. American Association for Mass Spectrometry. June 2023
- *Labeling with Love or Lethal Consequences for CBD Containing Products.* Webinar. RTI. FTCOE May 2023
- *Mass Spectrometry Standards ASB 098 and 113*. Webinar. Society of Forensic Toxicologists. April 2023
- *Clandestine Synthesis of Methamphetamine*. Webinar. American Academy of Forensic Sciences. February 2023
- *Triaging Cases- Case Management and All that Means*. Webinar. RTI International. FTCOE. January 2023
- *Developing Successful Solid Phase Extraction Methods*. Webinar. Agilent Technologies. October 2022
- *Novel Psychoactive Substances.* Workshop. ICITAP. September 2022
- *Analytical, Interpretive, and Legal Issues Surrounding THC Analogs in DUID Casework*. Workshop. Society of Forensic Toxicologists. August 2022
- *Using Risk Management to Optimize Forensic Laboratory Operations*. Webinar. RTI. FTCOE. June 2022
- *Three Days, Three Experts, Three Toxicology Talks*. Webinar. International Association of Clinical and Forensic Toxicologists. April 2022
- *Method Validation of a Comprehensive Drug Screen Using Supported Liquid Extraction and LC/QTOF-MS*. Webinar. Agilent Technologies. January 2022
- *Specialized Forensic Toxicology, Pathology, and Certification of Drug Related Death for Forensic Pathologists*. Webinar. CFSRE. December 2021
- *Interpretation of Forensic Toxicology Results around the Globe and into the Future*. Society of Forensic Toxicologists. Webinar. December 2021
- *Evaluation and Certification of Drug Caused and Related Deaths for Forensic Pathologists, Toxicologists, and Death Investigators*. Webinar. CFSRE. October 2021
- *Cannabis Testing Town Hall: FAQs and Open Session*. Webinar. Agilent Technologies. July 2021
- *Therapeutic Use of Psychedelic Drugs* and *Minimum Requirements for Drug Identification*. Continuing Education Webinar. The International Association of Forensic Toxicologists. July 2021
- *Novel Psychoactive Substances: Analytical Methods and Encountered Challenges*. Workshop. SOFT Designer Drug Committee. April 2021

**PROFESSIONAL DEVELOPMENT (Continued)**

- *Quality Assurance*. SOFT Topics Discussion Group. April 2021
- *Reliable Quantification of THC in Chocolate and Identifying Fentanyl Analogs and Illicit Drugs using Mass Hunter*. Webinar. Agilent Technologies. April 2021
- *COVID-19 Emerging Issues: Remote Testimony*. Webinar. American Society of Crime Lab Directors. March 2021.
- *Structural Characterization of Emerging Synthetic Drugs by Mass Spectrometry*. National Institute of Justice, RTI International. March 2021.
- *Shimadzu LC/MS, GC/MS, ICP-MS Training*. January-March 2021. University of Texas at San Antonio, San Antonio, TX
- *Mass Spectrometry*. Graduate Level Coursework. January 2021. University of Texas at San Antonio, San Antonio, TX
- *Cannabis Impaired Driving*. Workshop. September 2020. Society of Forensic Toxicologists Conference. San Antonio, TX
- *Driving High: The Emerging DUI.* Webinar. Association of Public Health Laboratories. November 2019.
- *Cannabidiol and Hemp: Separating Fact From Fiction*. Workshop. October 2019. Society of Forensic Toxicologists Conference. San Antonio, TX
- *Drug Metabolism*. Graduate Level Coursework. January 2019. University of Texas at San Antonio, San Antonio, TX
- *Hooked on Drugs: Opioids' Impact on the Justice System.* Houston Forensic Science Center Symposium. Rice University. September 2018. Houston, TX
- *Quantitative Clinical and Forensic Toxicological Analysis with LC HR-MS.* Workshop. January 2018. Society of Forensic Toxicologists-International Association of Forensic Toxicologists Joint Meeting. Boca Raton, FL.
- *Different Approaches to Evaluate the Prevalence of Novel Psychoactive Substances (NPS).* Workshop. January 2018. Society of Forensic Toxicologists-International Association of Forensic Toxicologists Joint Meeting. Boca Raton, FL
- *Advanced Organic Chemistry*. Graduate Level Coursework. August 2017. University of Texas at San Antonio, San Antonio, TX
- *Intoxilyzer 9000 Breath Test Operator Training.* Fondren Forensics. Corpus Christi, TX. June 2017.
- *Robert E. Borkenstein Course on Alcohol and Highway Safety: Testing, Research and Litigation.* Center for Studies of Law in Action. Indiana University. May 2017.
- *Advanced Biochemistry*. Graduate Level Coursework. January 2017. University of Texas at San Antonio, San Antonio, TX
- *Managing a Forensic Toxicology Laboratory: A New Mindset and Approach*. Workshop. October 2015. Society of Forensic Toxicologists Conference. Atlanta, GA

**PROFESSIONAL DEVELOPMENT**
**(Continued)**

- *Pharmacology and Toxicology.* Graduate Level Coursework. January 2015. University of Texas at San Antonio, San Antonio, TX
- *Pharmacology and Toxicology of Synthetic Cannabinoids.* Workshop. October 2013. Society of Forensic Toxicologists Conference. Orlando, FL
- *Advanced Analytical Chemistry*. Graduate Level Coursework. September 2013. University of Texas at San Antonio, San Antonio, TX
- *Administrative Management of a Medicolegal Death Investigation Office.* Online course. National Institute of Justice, RTI International. December 2012.
- *Recreational Asphyxia: Chemical and Mechanical*. Online course. National Institute of Justice, RTI International. July 2012.
- Forensic Cheminformatics Spectral Database Workshop. RTI International. Southwestern Association of Toxicologists Conference. San Antonio, TX. May 2012.
- Event Judge. Forensic Medicine. Health Occupations Students of America (HOSA) State Competition. San Antonio, TX. March 2009.
- *Effects of Drugs on Performance Behavior in DUID Cases*. SOFT/AAFS Drugs and Driving Committee Seminar. Houston, TX. May 2009.
- *Pharmacology and Pharmacokinetics for Forensic Toxicologists*. Workshop. American Academy of Forensic Science Conference. Denver, Colorado. February 2009.
- *Chemstation Productivity Workshop*. American Academy of Forensic Science Conference. Washington, DC. February 2008.
- *Advances in the Use of LC/MS/MS for Drug Screening and Confirmation*. Workshop. American Academy of Forensic Science Conference. Washington, DC. February 2008.
- Drinking Study Dosing Participant. Southwestern Association of Toxicologists Conference. Galveston, TX. November 2007.
- *Postmortem Pharmacokinetics*. Workshop. October 2006. Society of Forensic Toxicologists Conference. Austin, TX.
- *New Antidepressants and Epileptics: Clinical Pharmacology, Pharmacogenomics, Gene Expression, and Neurobiology of Depression and Suicide and Forensic Toxicology*. Workshop. October 2006. SOFT Conference. Austin, TX.
- *Chemical Microscopy*. Workshop. October 2004. Southwestern Association of Forensic Sciences Meeting. Oklahoma City, OK
- *Photography, Sexual Abuse, Fingerprint Recognition and Enhancement, and ASCLD Certification*. Scientific Training Seminar. September 2004. International Association of Identification. Oklahoma City, OK
- *Pressure Sensitive Adhesive Tape Analysis*. Workshop. October 2004. Southwestern Association of Forensic Sciences. Oklahoma City, OK

[redacted] • **spectraforensics@gmail.com**

**PROFESSIONAL DEVELOPMENT**
**(Continued)**

- *New Technologies and Crime Scene Investigation*. Workshop. August 2003. International Association of Identification. Oklahoma Chapter Meeting. Oklahoma City, OK

- Attended 2021, 2022, 2023 *Current Trends in Forensic Toxicology Symposium*. CFSRE. Online Conferences.

- Attended 2022, 2023 *Current Trends in Seized Drugs Analysis Symposium*. CFSRE. Online Conference.

- Attended *Impaired Driving and Traffic Safety Conference*. International Association of Chiefs of Police. San Antonio, TX. August 21-23, 2022.

- Attended 1996, 1997, 2002, 2003, 2004, 2005, 2007, 2008, 2009, 2011, 2016, 2022 American Academy of Forensic Science Conferences

- Attended 2006, 2011, 2013, 2015, 2018, 2019, 2020, 2022 Society of Forensic Toxicologists Conference

- Attended 2011, 2018 The International Association of Forensic Toxicologists Conference

- Attended Spring and Fall 2005, Spring 2006, Spring and Fall 2007, Spring 2008 and Fall 2008, Spring 2009, Spring 2010 and Fall 2010, Spring and Fall 2011, Spring and Fall 2012, Spring and Fall 2013, Summer 2014, Spring 2016, Fall 2017, Fall 2022 Southwestern Association of Toxicologists Conferences

- Attended 2017, 2018 Alcohol Testing Alliance Meetings

- Attended 2014 Pain Week Conference

- Attended the 2023 San Antonio Drug Discovery Symposium, UTHSCSA San Antonio, TX

**PROFESSIONAL AFFILIATIONS**

- **Past President**- Southwestern Association of Toxicologists, 2013-2014
- **President**- Southwestern Association of Toxicologists, 2012-2013
- **President Elect**- Southwestern Association of Toxicologists, 2011-2012.
- **Secretary**- Southwestern Association of Toxicologists Board of Directors, 2009-2011.
- **Councilor**- Southwestern Association of Toxicologists Board of Directors, 2007-2009.
- **Committee Member**- Southwestern Association of Toxicologists, Constitutional Review Committee, 2007-present
- **President**- The Ohio State University Alumni Club of San Antonio, 2013-2016.
- **Member**- American Academy of Forensic Sciences, Criminalistics Section
- **Member**- Society of Forensic Toxicologists
- **Member**- International Association for Chemical Testing
- **Member**- American Society of Mass Spectrometry

[redacted] • **spectraforensics@gmail.com**