# APPENDIX 26

REAGAN WYNN LAW PLLC

October 20, 2021

***VIA EMAIL TO Derek.hinch@gmail.com***

Derek Hinch
12604 Oro Valley C
Austin, TX 78729

**RE:** ***Consulting with Defense in <u>United States v. Kay,</u> Cause No. 4:20-CR-269-Y, United States District Court, Northern District of Texas***

Dear Derek:

This letter will serve as our Employment and Agency Agreement whereby you are being retained as a consultant and agent for my firm and my co-counsel, Michael Molfetta, in our representation of Eric Prescott Kay. As such, you will be exposed to confidential information as well as confidential and privileged communications between our firm and our client.

By your approval of this Agreement, any and all information and/or facts that you receive as our agent and consultant will be the work product of this law firm and will be subject to the work product and/or attorney-client communication privileges. Accordingly, you are instructed that you are prohibited from disclosing to any and all persons and entities any and all facts that come to your knowledge by reason of your employment as a consultant and agent to our firm in this matter without the express written consent of Eric Prescott Kay.

In the event you are served with legal process seeking to compel disclosure of any such privileged information, you are directed to immediately contact this office so our firm may take appropriate steps to protect any and all legally privileged information.

Please direct any and all billing directly to Reagan Wynn Law, PLLC.

If this Agreement meets with your approval, please sign in the appropriate space below and return the original to me. Thank you for your consideration in this matter.

Sincerely yours,

Wm. Reagan Wynn
rw@reaganwynn.law

Cc: Michael Molfetta
(via email michael@michaelmolfettalaw.com)

APPROVED AND AGREED TO:

Derek Hinch