# APPENDIX 27

## Confirmation: Make Payment

The following payments were successfully scheduled.You can edit or cancel a payment until the payment begins to process by going to Scheduled Activity.

| Pay To | $ Amount | Send On | Deliver by | Type | Confirmation |
|---|---|---|---|---|---|
| Derek Hinch | 2,500.00 | 10/20/21 | 10/26/21 | Check #5064 | RB5CDKU5 |

Pay **2,500.00** from Reagan Wynn Law Operating Accoun, ...4238