# APPENDIX 29

**From:** Alicia Kreh
**To:** McKenzie Edwards; Naomi Fenwick
**Cc:** Natalee Maxwell; Ellie Schulte
**Subject:** Kay v. United States
**Date:** Tuesday, April 14, 2026 9:36:28 AM
**Attachments:** Brett Ordiway Request.pdf

---

Some people who received this message don't often get email from akreh@toase.com. Learn why this is important

EXTERNAL SENDER

Good morning Ms. Edwards and Ms. Fenwick,

My firm represents the City of Southlake. I have been forwarded your entry of appearance from Mr. Bradshaw at the US Attorney's Office. The City had previously received the attached request for additional production from Brett Ordiway. I'm writing to inquire if you are wanting the City to produce this same information, or if there is something in this list that is no longer needed. Additionally, it is my understanding that the Order granting Mr. Ordiway's request to withdraw allowed the US Attorney's Office two weeks from the appointment of new counsel to provide additional discovery. Would you please grant a similar extension to the City of Southlake, until May 1st?

Sincerely,

**Alicia K. Kreh**
Attorney at Law
**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Phone: 817.332.2580
Fax: 817.332.4740
www.toase.com
-
TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM L.L.P.
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.