# APPENDIX 31

**From:** Alicia Kreh
**To:** McKenzie Edwards
**Subject:** RE: Kay v. United States
**Date:** Tuesday, May 26, 2026 12:49:02 PM

EXTERNAL SENDER

All set! Thank you very much and we apologize again as we do not know what happened to the original flash drives that were sent by mail.

**Alicia K. Kreh**
Attorney at Law
**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Phone: 817.332.2580
Fax: 817.332.4740
www.toase.com

-

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM LLP
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Tuesday, May 26, 2026 12:41 PM
**To:** Alicia Kreh <akreh@toase.com>; Ellie Schulte <eschulte@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** Re: Kay v. United States

We are sending someone down right now to grab it. Thank you for letting us know.

Get Outlook for iOS

---

**From:** Alicia Kreh <akreh@toase.com>
**Sent:** Tuesday, May 26, 2026 12:30:30 PM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>; Ellie Schulte <eschulte@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov <jonathan.bradshaw@usdoj.gov>
**Subject:** RE: Kay v. United States

EXTERNAL SENDER

Ms. Edwards,

We have a courier at your building trying to deliver the flash drives but we have not been able to get ahold of anyone at your office and security will not let her leave the flash drives. Is there anyone available to come get these from her?

**Alicia K. Kreh**
Attorney at Law
**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Phone: 817.332.2580
Fax: 817.332.4740
www.toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Thursday, May 21, 2026 10:59 AM
**To:** Ellie Schulte <eschulte@toase.com>; Alicia Kreh <akreh@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** Re: Kay v. United States

Good morning,

I received an envelope on May 12 with a letter and a business records affidavit, but there were no USBs in that envelope. I had our paralegals comb the mail room for another envelope or box but they couldn't find anything. Can you resend the USBs?

Thanks,
McKenzie

---

**From:** Ellie Schulte <eschulte@toase.com>
**Sent:** Wednesday, May 20, 2026 3:54 PM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>; Alicia Kreh <akreh@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov <jonathan.bradshaw@usdoj.gov>
**Subject:** RE: Kay v. United States

EXTERNAL SENDER

Hi McKenzie,

The flash drive was sent to 525 S. Griffin Street, Suite 629, Dallas, Texas 75202, on May 12 and the tracking number is 9589 0710 5270 3541 2788 12. It was sent Certified, and it says it was delivered.

Ellie Schulte

Legal Assistant to Annabelle Ackling,

Bessie Bronstein,

Jennifer Drysdale, Alicia Kreh,

& Rachel Raggio

6000 Western Place Suite 200

Fort Worth, TX 76107

817-332-2580 x252

817-332-4740 Fax

eschulte@toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM LLP
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it.

Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Wednesday, May 20, 2026 3:42 PM
**To:** Alicia Kreh <akreh@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; Ellie Schulte <eschulte@toase.com>; Jonathan.Bradshaw@usdoj.gov
**Subject:** Re: Kay v. United States

Good afternoon,

Can you send us the tracking information for the external hard drive? We haven't received it yet.

Thank you,

McKenzie

---

**From:** Alicia Kreh <akreh@toase.com>
**Sent:** Friday, May 8, 2026 10:07 PM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; Ellie Schulte <eschulte@toase.com>
**Subject:** FW: Kay v. United States

EXTERNAL SENDER

https://www.dropbox.com/scl/fo/lj0wf765c1xknr7uljrii/AAYMQj5tNTrLnQlFUflIT1s?rlkey=3g7k6wadv8q518573x36h6nht&st=t8n4ijns&dl=0

Good evening Ms. Edwards,

Above is a link for a Dropbox file for some of the requested records. I have been trying to upload the cell phone information, but the file sizes are too large. I am going to have to send the remaining information to you on an external hard drive. I will have it sent overnight first thing on Monday.

The drobox does have the files that are not too large.

Sincerely,

**Alicia K. Kreh**

Attorney at Law

**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**

6000 Western Place, Suite 200

Fort Worth, Texas 76107

Phone: 817.332.2580

Fax:  817.332.4740

www.toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM L.L.P.
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete

it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Wednesday, April 29, 2026 3:07 PM
**To:** Alicia Kreh <akreh@toase.com>; Naomi Fenwick <Naomi_Fenwick@fd.org>
**Cc:** Ellie Schulte <eschulte@toase.com>
**Subject:** RE: Kay v. United States

Ms. Kreh,

Yes, we can extend your response and production deadline to May 8, 2026. Just as a heads up, it is unlikely that we will be able to grant any other extensions due to the discovery deadline in this case.

Thank you for letting us know the circumstances. I've heard this year's flu is particularly ghastly, but I hope you and your family feel better soon!

Best,

McKenzie

---

**From:** Alicia Kreh <akreh@toase.com>
**Sent:** Wednesday, April 29, 2026 10:07 AM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>; Naomi Fenwick <Naomi_Fenwick@fd.org>
**Cc:** Ellie Schulte <eschulte@toase.com>
**Subject:** RE: Kay v. United States

Some people who received this message don't often get email from akreh@toase.com. Learn why this is important
EXTERNAL SENDER

Good morning Ms. Edwards,

My family and I have been suffering from the flu for about a week now. Due to the amount of information, I don't believe I will be able to have it all reviewed and to you by Friday. Could I have one additional week?

Sincerely,

**Alicia K. Kreh**

Attorney at Law

**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**

6000 Western Place, Suite 200

Fort Worth, Texas 76107

Phone: 817.332.2580

Fax: 817.332.4740

www.toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM LLP
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Tuesday, April 14, 2026 5:11 PM
**To:** Alicia Kreh <akreh@toase.com>; Naomi Fenwick <Naomi_Fenwick@fd.org>
**Cc:** Natalee Maxwell <nmaxwell@toase.com>; Ellie Schulte <eschulte@toase.com>
**Subject:** RE: Kay v. United States

Ms. Kreh,

Thank you for reaching out to confirm. Yes, we would still like all of the information listed. We are happy to grant you an extension until May 1, 2026.

Let us know if there is anything else you need from us.

Best,

McKenzie

---

**From:** Alicia Kreh <akreh@toase.com>
**Sent:** Tuesday, April 14, 2026 9:35 AM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>; Naomi Fenwick <Naomi_Fenwick@fd.org>
**Cc:** Natalee Maxwell <nmaxwell@toase.com>; Ellie Schulte <eschulte@toase.com>
**Subject:** Kay v. United States

Some people who received this message don't often get email from akreh@toase.com. Learn why this is important
EXTERNAL SENDER

Good morning Ms. Edwards and Ms. Fenwick,

My firm represents the City of Southlake. I have been forwarded your entry of appearance from Mr. Bradshaw at the US Attorney's Office. The City had previously received the attached request for additional production from Brett Ordiway. I'm writing to inquire if you are wanting the City to produce this same information, or if there is something in this list that is no longer needed. Additionally, it is my understanding that the Order granting Mr. Ordiway's request to withdraw allowed the US Attorney's Office two weeks from the appointment of new counsel to provide additional discovery. Would you please grant a similar extension to the City of Southlake, until May 1st?

Sincerely,

**Alicia K. Kreh**

Attorney at Law

**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**

6000 Western Place, Suite 200

Fort Worth, Texas 76107

Phone: 817.332.2580

Fax: 817.332.4740

www.toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM L.L.P.
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.