# APPENDIX 32

**From:** McKenzie Edwards
**To:** akreh@toase.com; sblum@cityofsouthlake.com
**Cc:** Naomi Fenwick; jonathan.bradshaw@usdoj.gov
**Subject:** Kay - Southlake Production Deficiencies
**Date:** Monday, June 15, 2026 4:05:00 PM
**Attachments:** 2026.06.15 (Kay) Southlake Deficiency Letter.pdf
image001.png

---

Good afternoon,

Please see the attached letter regarding Southlake's document production from May 8, 2026.

Best,
McKenzie

McKenzie Edwards
Assistant Federal Public Defender
Northern District of Texas
Capital Habeas Unit
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
Phone: (214) 767-2746 (ext. 2770)
Fax: (214) 767-2886

# Federal Public Defender

Northern District of Texas

JASON D. HAWKINS
**Federal Public Defender**

SHERY KIME-GOODWIN
**First Assistant**

JEREMY SCHEPERS
**Supervisor-Capital Habeas Unit**

525 GRIFFIN STREET
SUITE 629
DALLAS, TEXAS 75202

PHONE (214) 767-2746
FAX (214) 767-2886

819 TAYLOR STREET
ROOM 9A10
FORT WORTH TX 76102-4612
817/978-2753

1205 TEXAS AVENUE
ROOM 506
LUBBOCK, TX 79401
806/472-7236

500 S. TAYLOR
SUITE 110
AMARILLO, TX 79101
806/324-2370

June 15, 2026

*Via email*

Alicia K. Kreh
Attorney at Law
Taylor, Olson, Adkins, Sralla & Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107
akreh@toase.com

Sarah Blum
Records Manager
Southlake Police Department
1400 Main Street, Suite 460
Southlake, Texas 76092
sblum@cityofsouthlake.com

Jonathan Bradshaw
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242
jonathan.bradshaw@usdoj.gov

Dear Ms. Kreh,

This letter is an attempt to resolve the deficiencies I have identified in your response to the Request for Production (RFP) sent to Sarah Blum, Southlake PD Records Manager, on March 5, 2026, in the matter of *Kay v. United States*, No. 4:25-cv-132-Y. I have attached the RFP to this letter.

In response to that RFP, you provided certain records on May 8, 2026. With respect to that production, I have identified the following deficiencies:

1. We requested production of all communications, documents, and materials relating to the Southlake Police Department's handling of Skaggs's cell phone (RFP No. 1). Upon information and belief, the following records have been omitted:
   - Initial and supplemental narratives by, but not limited to, Detective Delaney Green narrating her handling and investigation of Skaggs's iPhone and iPad;
   - Documents or logs reflecting the seizure and collection of Skaggs's iPhone, other than the Southlake Police Department's P&E Report;
   - Item History log(s) for Skaggs's iPhone or iPad;
   - Transfer Receipt(s) for Skaggs's iPhone or iPad;
   - Southlake Police Department's Offense Report and any narratives or supplements thereto; and
   - Records reflecting the involvement of the Keller Police Department in the investigation of Skaggs's iPhone and iPad.

   To the extent that Southlake claims it has no more documents or materials responsive to this request (including, but not limited to, the documents described above), please provide a statement confirming that it has never had or no longer has such materials. If the latter, please include information on when, how, and why such materials are no longer in Southlake's possession.

2. We requested production of all communications between Southlake Police Department Detective Delaney Green and Grapevine Police Department Detective Richard Weber relating to Skaggs's cell phone (RFP No. 2). To date, Southlake has produced no responsive documents or information related to this request. If Southlake has no documents or materials responsive to this request, please provide a statement confirming that it has never had or no longer has such materials. If the latter, please include information on when, how, and why such materials are no longer in Southlake's possession.

3. We requested production of all documents and materials relating to the full chain of custody of Skaggs's cell phone (RFP No. 3). The records provided to date contain only a document titled "Property & Evidence Log" (or "P&E Report") dated 7/01/2019. The production does not contain any other responsive records. Upon information and belief, the following records have been omitted:
   - Documentation reflecting Southlake PD's seizure of Skaggs's iPhone and iPad;
   - Chain of Custody log(s) for Skaggs's iPhone;
   - Chain of Custody log(s) for Skaggs's iPad;
   - Chain of Custody log(s) for Skaggs's iPhone and iPad reflecting those items' release to Grapevine Police Department and their return therefrom;
   - Transfer Receipts reflecting the transfer of Skaggs's iPhone and iPad to other law enforcement agencies, including but not limited to, Grapevine Police Department and the Drug Enforcement Agency; and
   - Inventory log, including but not limited to, barcode, inventory time, description, and location of Skaggs's iPhone and iPad.

4. We requested production of all extractions, downloads, uploads, and reports of Skaggs's cell phone created by Detective Green or anyone else at the Southlake Police Department (RFP No. 4).
   - With respect to the file titled SKAGGS > UFED Capture Images USB Camera 2019_07_23 (001) > Logical 02 > Snapshots, the file names start at "image0004" and continue sequentially until "image0048." It therefore appears that the files corresponding to "image0001," "image 0002," and "image0003" have been omitted. Please produce the missing images. If Southlake is no longer in possession of these images, or of any other omitted images related to this iPhone or case, please provide a statement confirming as much and explaining when, how, and why it no longer possesses those images.
   - Please produce any evidence number(s) or reference to Detective Green's or Southlake's extraction(s) of Skaggs's iPhone in the Southlake Police Department Virtual Evidence Locker.
   - Please produce notes and reports related to forensic work Detective Green performed on Skaggs's iPhone, including documentation of any steps she took during the extraction and analysis process.

   If Southlake has no documents or materials responsive to this request, please provide a statement confirming that it has never had or no longer has such materials. If the latter, please include information on when, how, and why such materials are no longer in Southlake's possession.

5. We requested production of all documents and materials reflecting any and all Southlake Police Department document-retention policies for criminal investigations involving a death for 2019 through to the present (RFP No. 5). To date, Southlake has produced no responsive documents or information related to this request. If Southlake claims that it does not have any document-retention policies or protocols for criminal investigations involving death, please provide a statement confirming as much.

6. We requested production of the raw extraction data from the July 2019 extraction(s) of Skaggs's cell phone and iPad (RFP No. 6). To date, Southlake has not produced raw data for either extraction. Upon information and belief, Detective Green reported having added extraction data, including a "logical dump," to Southlake's Virtual Evidence Locker. Upon information and belief, such data should also exist on external drives provided to the Southlake Police Department by Detective Weber at Grapevine Police Department. If Southlake has no documents or materials responsive to this request, please provide a statement confirming that it has never had or no longer has such materials. If the latter, please include information on when, how, and why such materials are no longer in Southlake's possession.

The documents identified under Items 1-6 are not intended as an exhaustive list of omitted records.

Because the deadline to complete discovery is July 2, 2026, I respectfully ask that you respond to this letter by June 22, 2026. Should you need more time to respond or to supplement your production of records, please inform me by that same date. If your office is unable to produce any of the requested materials or disagrees as to whether I am entitled to the requested materials, please contact me immediately so that we may work together to resolve any disagreements. All communications should be via email to mckenzie_edwards@fd.org and naomi_fenwick@fd.org.

Thank you for your assistance.

Sincerely,

*/s/ McKenzie Edwards*
Assistant Federal Public Defender

Naomi Fenwick
Assistant Federal Public Defender

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste 629
Dallas, TX 75202
214-767-2746