# APPENDIX 33

# Federal Public Defender

Northern District of Texas


JASON D. HAWKINS
**Federal Public Defender**

SHERY KIME-GOODWIN
**First Assistant**

JEREMY SCHEPERS
**Supervisor-Capital Habeas Unit**

525 GRIFFIN STREET
SUITE 629
DALLAS, TEXAS 75202

PHONE (214) 767-2746
FAX (214) 767-2886

819 TAYLOR STREET
ROOM 9A10
FORT WORTH TX 76102-4612
817/978-2753

1205 TEXAS AVENUE
ROOM 506
LUBBOCK, TX 79401
806/472-7236

500 S. TAYLOR
SUITE 110
AMARILLO, TX 79101
806/324-2370


June 22, 2026

*Via email*

Jennifer Wilson, MPH
Records Supervisor
Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
JKWilson@tarrantcountytx.gov

Paul K. Nguyen
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office
Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
pknguyen@tarrantcountytx.gov

Jonathan Bradshaw
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242
jonathan.bradshaw@usdoj.gov

Dear Ms. Wilson,

This letter is an attempt to resolve the deficiencies I have identified in your response to the Request for Production (RFP) sent to the Tarrant County Medical Examiner (TCME), Evidence Department, on March 5, 2026, in the matter of *Kay v. United States*, No. 4:25-cv-132-Y. I have attached the RFP to this letter.

I have identified several deficiencies in the document production you made in response to that RFP. We requested production of all documents and materials relating to the TCME's lab protocols from 2019 to 2022 (RFP No. 1). The documents provided pertaining to opiates (labeled

"Opiates by LC_MS_MS-5," "Opiates by LC_MS_MS-6," and "Opiates by LC_MS_MS-7") do not include any information on limit(s) of detection (LOD) and limit(s) of quantitation (LOQ), nor any reporting criteria or guidelines. These documents also refer to a "Quantitative LC/MS Procedure Supplement," which has not been provided.

Please provide the information described above and any other documents you believe are responsive to RFP No. 1 that may have been overlooked. To the extent that the TCME claims to have no further documents and materials responsive to RFP No.1, please provide a written response to that effect.

Because the deadline to complete discovery is July 2, 2026, I respectfully ask that you respond to this letter by June 29, 2026. Should you need more time to respond or to supplement your production of records, please inform me by that same date. If your office is unable to produce any of the requested materials or disagrees as to whether I am entitled to the requested materials, please contact me immediately so that we may work together to resolve any disagreements. All communications should be via email to mckenzie_edwards@fd.org and naomi_fenwick@fd.org.

Thank you for your assistance.

Sincerely,

*<u>/s/ McKenzie Edwards</u>*
Assistant Federal Public Defender

Naomi Fenwick
Assistant Federal Public Defender

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste 629
Dallas, TX 75202
214-767-2746

Ordiway PLLC
APPELLATE & POST-CONVICTION ATTORNEYS

8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206
469.205.1600
www.ordiway.com

March 5, 2026

Tarrant County Medical Examiner
Evidence Department
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
tcmeevidence@tarrantcountytx.gov

Re: Request for Production
*Kay v. United States*, No. 4:25-CV-132-Y

To Whom It May Concern:

Pursuant to the enclosed order granting Eric Prescott Kay leave to conduct discovery, and under Federal Rule of Civil Procedure 34, I request that the Tarrant County Medical Examiner produce the following documents and materials in connection with case number 1911392 for inspection and copying:

1. all documents and materials relating to the Tarrant County Medical Examiner's lab protocols from 2019 to 2022;

2. all documents and materials relating to autopsy photographs of Tyler Skaggs, including photographs of organs such as the lungs;

I request that all documents and materials be produced to my office within 30 days, but in no event later than May 15, 2026, to ensure compliance with the court's June 1, 2026, discovery cutoff, in electronic format (searchable PDF or native format where applicable, such as raw extraction data) via a secure file-sharing link or encrypted external storage media. Under Federal Rule of Civil Procedure 34(b)(2)(A), service of a written response to this request is due from you within 30 days of the date of service of this request.

Sincerely,

Ordiway PLLC
APPELLATE & POST-CONVICTION ATTORNEYS

8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206
469.205.1600
www.ordiway.com

Brett Ordiway
Texas Bar No. 24079086
brett@ordiway.com