# APPENDIX 34

**From:** McKenzie Edwards
**To:** "akreh@toase.com"; "sblum@cityofsouthlake.com"
**Cc:** Naomi Fenwick; "jonathan.bradshaw@usdoj.gov"
**Subject:** RE: Kay - Southlake Production Deficiencies
**Date:** Tuesday, June 23, 2026 9:36:00 AM
**Attachments:** image001.png

---

Good morning,

I'm writing to follow up on the deficiency letter we sent last week. As noted in that letter, we requested a response by yesterday (June 22, 2026) but have not yet heard back from you.

I know that schedules can be demanding, particularly over the summer, so I wanted to check in before taking further action. Please let me know when I can expect a response and/or a supplemental document production. If additional time would be helpful, we are happy to discuss a reasonable extension.

I appreciate your attention to this matter.

Best,
McKenzie

---

**From:** McKenzie Edwards
**Sent:** Monday, June 15, 2026 4:06 PM
**To:** akreh@toase.com; sblum@cityofsouthlake.com
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; jonathan.bradshaw@usdoj.gov
**Subject:** Kay - Southlake Production Deficiencies

Good afternoon,

Please see the attached letter regarding Southlake's document production from May 8, 2026.

Best,
McKenzie

McKenzie Edwards
Assistant Federal Public Defender
Northern District of Texas
Capital Habeas Unit
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
Phone: (214) 767-2746 (ext. 2770)
Fax: (214) 767-2886