# APPENDIX 35

**From:** Aria R. McCall
**To:** McKenzie Edwards; Naomi Fenwick
**Cc:** Paul K. Nguyen
**Subject:** additional
**Date:** Tuesday, June 23, 2026 9:17:37 AM
**Attachments:** Quantitative_20LCMS_20Procedure_20Supplement-28510-4.pdf
Quantitative LCMS Procedure Supplement-28510-3.pdf
Quantitative LCMS Procedure Supplement-28510-2.pdf
Quantitative LCMS Procedure Supplement-28510-1.pdf

---

Some people who received this message don't often get email from armccall@tarrantcountytx.gov. Learn why this is important

**Aria McCall, D-ABFT-FT | Technical Lead-Toxicology**
Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Pl. | Fort Worth, TX 76104
817-920-5700 x8659 | armccall@tarrantcountytx.gov