# APPENDIX 36


Edit
T
Taylor Olson Adjins Sralla & Elam, LLP
Call History
Outgoing Call
1 minute
6/25/26 · 3:30 PM
name
Taylor Olson Adjins Sralla & Elam, LLP
phone RECENT
(817) 332-2580
Favorites
Recents
Contacts
Keypad
81
Voicemail
Create New Contact