# APPENDIX 37

**From:** Paul K. Nguyen
**To:** McKenzie Edwards
**Cc:** Jennifer K. Wilson; Polly S. Maxwell; Naomi Fenwick; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME
**Date:** Monday, June 29, 2026 4:15:22 PM
**Attachments:** image001.png

---

Hello McKenzie,

I corresponded with TCME to verify. There has been no indication that there would be any additional records pursuant to the court ordered discovery.

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office
Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
Phone: 817-212-6873
Fax: 817-884-1675
pknguyen@tarrantcountytx.gov

---

**Phil Sorrells**
Criminal District Attorney
Tarrant County, Texas

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Criminal District Attorney's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Tuesday, June 23, 2026 12:44 PM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

**EXTERNAL EMAIL ALERT! Think Before You Click!**

Good afternoon,

We are in receipt of the additional production made this morning by Aria McCall. Thank you for getting those over to us so quickly. Is this the entirety of TCME's supplemental production, or should we expect more documents?

Best,
McKenzie

**From:** McKenzie Edwards
**Sent:** Tuesday, June 23, 2026 8:58 AM
**To:** 'Paul K. Nguyen' <pknguyen@tarrantcountytx.gov>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Yes, if the documents can fit into an email, that's perfectly fine with us. If they end up being too big, we can coordinate other methods of delivery with you.

**From:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Sent:** Tuesday, June 23, 2026 8:57 AM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

TCME has informed me that they located additional documents. Can they simply email them to you?

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office

Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
Phone: 817-212-6873
Fax: 817-884-1675
pknguyen@tarrantcountytx.gov

---

**Phil Sorrells**
Criminal District Attorney
Tarrant County, Texas

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Criminal District Attorney's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Monday, June 22, 2026 3:57 PM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Mr. Nguyen,

Thank you for your prompt attention to this matter. We really appreciate your assistance.

Best,
McKenzie

**From:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Sent:** Monday, June 22, 2026 3:55 PM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Hello Ms. Edwards,

Thank you for reaching out. I am not sure about the email that you referenced but I did not send that email (I am no longer assigned to work on Public Information Act requests). However, if you did receive such an email, it is possible it is related to a PIA request that I am not working on but it was not in response to this deficiency letter.

Therefore, we understand that this matter relates to a court-ordered discovery and production issue rather than a Public Information Act request.

I immediately reached out to the Tarrant County Medical Examiner's Office as their legal counsel to inquire about your letter to see if there are any responsive records that they can locate. I am still waiting on responses. I intend on updating you once I get responses from the appropriate individuals from TCME.

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office
Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
Phone: 817-212-6873
Fax: 817-884-1675
pknguyen@tarrantcountytx.gov

---

**Phil Sorrells**
Criminal District Attorney
Tarrant County, Texas

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Criminal District Attorney's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Monday, June 22, 2026 3:43 PM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Some people who received this message don't often get email from mckenzie_edwards@fd.org. Learn why this is important

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Good afternoon,

We received an email from a Tarrant County-related FOIA email address, assigning us a Request Number and a security key. We believe that email was sent in response to our deficiency letter.

I wanted to get in touch to make sure we clarify that this deficiency letter is related to court-ordered discovery and document production, not a FOIA or PIA request. This clarification is important because those statutes have timelines and procedures that don't apply to the court-ordered discovery in this case.

Can you confirm this understanding and let us know if you will be able to respond and/or produce additional documents by the June 29, 2026, date mentioned in the letter? If you would like to get on a call with us to discuss, we are happy to do so. Just let me know.

Best,
McKenzie

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Monday, June 22, 2026 11:23 AM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>; McKenzie Edwards <McKenzie_Edwards@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Hi Paul,

I am attaching a deficiency letter in response to the TCME's document production. It seems that a handful of things may be missing.

Thanks,
Naomi

---

**From:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Sent:** Wednesday, June 17, 2026 8:36 AM
**To:** Naomi Fenwick <Naomi_Fenwick@fd.org>; McKenzie Edwards <McKenzie_Edwards@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Perfect. Thank you for letting me know.

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office
Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
Phone: 817-212-6873
Fax: 817-884-1675
pknguyen@tarrantcountytx.gov

---

**Phil Sorrells**
Criminal District Attorney
Tarrant County, Texas

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Criminal District Attorney's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Wednesday, June 17, 2026 8:26 AM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>; McKenzie Edwards <McKenzie_Edwards@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Some people who received this message don't often get email from naomi_fenwick@fd.org. Learn why this is important

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Hi Paul,

The cd was sent back to the TCME yesterday with the attached letter. I am also attaching the Fedex tracking information.

Thanks,
Naomi

---

**From:** Naomi Fenwick
**Sent:** Friday, June 12, 2026 1:20 PM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>; McKenzie Edwards <McKenzie_Edwards@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

Hi Paul,

Yes, I will have a paralegal send it back to the TCME for destruction.

Can you confirm whether we were nevertheless supposed to receive 2 cds but one was inadvertently swapped or whether we were supposed to receive just the one cd labeled with Tyler Skaggs's name?

Thank you,
Naomi

---

**From:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Sent:** Friday, June 12, 2026 1:02 PM
**To:** Naomi Fenwick <Naomi_Fenwick@fd.org>; McKenzie Edwards <McKenzie_Edwards@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

> You don't often get email from pknguyen@tarrantcountytx.gov. Learn why this is important

Hello Naomi,

Thank you very much for reaching out to us and for pointing that out. The Grahm X-Ray CD was not intended to be included for this request.

Would you be able to send it back to TCME for proper destruction?

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office
Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
Phone: 817-212-6873
Fax: 817-884-1675
pknguyen@tarrantcountytx.gov

---

**Phil Sorrells**
Criminal District Attorney
Tarrant County, Texas

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Criminal District Attorney's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Friday, June 12, 2026 12:37 PM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>; McKenzie Edwards <McKenzie_Edwards@fd.org>; Jonathan.Bradshaw@usdoj.gov
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

**EXTERNAL EMAIL ALERT! Think Before You Click!**

Mr. Nguyen,

We received two discs in response to the request for production of TCME's documents and materials related to Tyler Skaggs's autopsy. I have attached pictures of the discs received.

One of those includes a label identifying a different decedent. Did TCME mean to include this in its production of records?

Thank you,
Naomi

---

**From:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Sent:** Wednesday, April 15, 2026 8:36 AM
**To:** McKenzie Edwards <McKenzie_Edwards@fd.org>; Naomi Fenwick <Naomi_Fenwick@fd.org>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

> You don't often get email from pknguyen@tarrantcountytx.gov. Learn why this is important

No problem and thank you for confirming receipt.

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
817-212-6873

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Tuesday, April 14, 2026 5:14 PM
**To:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>; Naomi Fenwick <Naomi_Fenwick@fd.org>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** RE: Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Mr. Nguyen,

It's nice to meet you. Thank you for reaching out and providing the information below. We do not currently have any questions, but appreciate your offer to be a resource if any arise in the future.

Best,
McKenzie

---

**From:** Paul K. Nguyen <pknguyen@tarrantcountytx.gov>
**Sent:** Tuesday, April 14, 2026 2:48 PM
**To:** Naomi Fenwick <Naomi_Fenwick@fd.org>; McKenzie Edwards <McKenzie_Edwards@fd.org>
**Cc:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>; Polly S. Maxwell <PSMaxwell@tarrantcountytx.gov>
**Subject:** Kay v. USA - 4:25-CV-132-Y - Discovery Order - TCME

> Some people who received this message don't often get email from pknguyen@tarrantcountytx.gov. Learn why this is important

**Case: Kay v. USA**
**Number: 4:25-CV-132-Y**

Hello Assistant Public Defenders Naomi Fenwick and McKenzie Edwards,

I am the attorney who represents the Tarrant County Medical Examiner's Office. TCME received correspondence from the prior attorney (Brett Ordiway) dated March 5, 2026 enclosing an Order

Partially Granting Motions for Leave to Conduct Discovery related to Case Number 4:25-CV-132-Y in Eric Prescott Kay v. United States of America. The Order concludes that good cause has been adequately demonstrated:

1) to request discovery of TCME's 2019-2022 protocols regarding reporting the presence of norfentanyl, fentanyl, oxymorphone, oxycodone, and alcohol in a decedent's system and
2) to seek documents and materials relating to the autopsy photos of Skaggs.

The Order is attached for reference. The original compliance date for the documents and materials be produced was within 30 days but no later than May 15, 2026. However, Ordiway agreed to stay the deadline for TCME's compliance with the partial order to produce the two items described above and in the order until two weeks after new counsel enters appearance on this case. Since you have each made your appearance as the new attorneys, filed on Monday, April 14, 2026, we have until Monday, April 27, 2026 to produce these responsive documents and records to you. The agreement from Ordiway is also attached for reference.

I just wanted to touch base and notify you of this procedural history and avail myself should you have any questions or need for further discussion. Thank you.

***Paul K. Nguyen***
Assistant District Attorney – Civil Division
Tarrant County District Attorney's Office
Tim Curry Criminal Justice Center, 9th Floor
401 West Belknap Street
Fort Worth, Texas 76196
Phone: 817-212-6873
Fax: 817-884-1675
pknguyen@tarrantcountytx.gov

---

**Phil Sorrells**
Criminal District Attorney
Tarrant County, Texas

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is

intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Criminal District Attorney's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.