# APPENDIX 39

# Federal Public Defender

## Northern District of Texas


JASON D. HAWKINS
**Federal Public Defender**

SHERY KIME-GOODWIN
**First Assistant**

JEREMY SCHEPERS
**Supervisor-Capital Habeas Unit**

525 GRIFFIN STREET
SUITE 629
DALLAS, TEXAS 75202

PHONE (214) 767-2746
FAX (214) 767-2886

819 TAYLOR STREET
ROOM 9A10
FORT WORTH TX 76102-4612
817/978-2753

1205 TEXAS AVENUE
ROOM 506
LUBBOCK, TX 79401
806/472-7236

500 S. TAYLOR
SUITE 110
AMARILLO, TX 79101
806/324-2370


July 16, 2026

*Via email*

Jennifer Wilson, MPH
Records Supervisor
Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
JKWilson@tarrantcountytx.gov

Dear Custodian of Records:

I am requesting **the Tarrant County Medical Examiner's toxicology lab protocols for the detection and quantitation of opiates from 2019-2022**. My request includes, but is not limited to, records containing:

- Method of validation (including but not limited to ELISA, acid base/neutral screen, quantitative testing)
- Calibration curve
- QC checks
- Limit of detection (LOD) (including fentanyl/norfentanyl and oxycodone/oxymorphone)
- Limit of quantitation (LOQ) (including fentanyl/norfentanyl and oxycodone/oxymorphone)
- Standard operating procedures on reporting qualitative results (including when the chief toxicologist can report results below the LOQ)
- Standard operating procedures on reporting quantitative results (including when the chief toxicologist can report results below the LOQ)

- Standard operating procedures on technical review of qualitative results

- Standard operating procedures on technical review of quantitative results

Please send all responsive records via email in .pdf format to naomi_fenwick@fd.org. If electronic production of documents is not possible, please send records to the following address:

Naomi Fenwick
Office of the Federal Public Defender
525 S. Griffin St.
Suite 629
Dallas, TX 75202

Please certify all provided records. If your office does not have a standard procedure for certifying records please sign the attached *Business Records Affidavit.*

As a government agency that represents indigent defendants, we ask that you waive all charges for the production of such records. However, should charges incur, please provide an itemized statement of all charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

**If no record is found in your system, please send an "Affidavit of No Records".**

If you contend that any portion of the requested records is exempt from disclosure, please:

1. Identify each withheld record or portion by date, author, recipient, subject, and general description, and cite the specific statutory exception(s) claimed.

2. Produce all reasonably segregable, non-exempt portions.

3. Provide a written index or description of withheld materials and reasons for nondisclosure.

4. State whether you will seek an Attorney General ruling for any withholding, and provide the date of such request.

Your best effort in location these records is greatly appreciated. Please feel free to contact me should you have any questions. Thank you for your assistance in this matter.

Sincerely,

/s/ *Naomi Fenwick*
Assistant Federal Public Defender