# APPENDIX 40

**McKenzie Edwards**

| | |
|---|---|
| **From:** | Naomi Fenwick |
| **Sent:** | Thursday, July 16, 2026 6:25 PM |
| **To:** | McKenzie Edwards |
| **Subject:** | Fw: Records request |

Get Outlook for iOS

---

**From:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>
**Sent:** Thursday, 16 July 2026 16:36:30
**To:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Subject:** RE: Records request

This will have to be sent to the toxicology department.

- Dr. Robert Johnson, Chief Toxicologist: @Robert D. Johnson
    - Ayman Itani, Tox Lab Secretary: @Ayman Itani

Very respectfully,
*Jennifer Wilson, MPH*
***Records Supervisor***
***Tarrant County Medical Examiner's Office***
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
Phone: (817) 920-5700 Ext: 8336

**TCME Office Hours:** Monday - Friday 8:00 a.m. to 4:30 p.m. (CST)
(If urgent matter outside office hours, please dial '5' or '0' for immediate assistance)
**TCME Case Data / Info – Public Web Site: https://mepublic.tarrantcounty.com/**
**TCME General Information: http://www.tarrantcounty.com/en/medical-examiner.html**

**The Medical Examiner has up to 90 days to complete the report from the first day the autopsy was performed. Please note some cases may exceed the 90 days.**

Note: This e-mail (including any attachments) is confidential and may be legally privileged. If you are not an intended recipient or an authorized representative of an intended recipient, you are prohibited from using, copying or distributing the information in this e-mail or its attachments. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete all copies of this message and any attachments. Thank you!

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Thursday, July 16, 2026 3:15 PM

**To:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>
**Subject:** Records request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Ms. Wilson,

I have attached a records request to the TCME. If this request should be addressed to a different person, please let me know.

Thank you for your assistance,
Naomi

Naomi Fenwick
Supervising attorney
Capital Habeas Unit
Federal Public Defender
Northern District of Texas
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)