# APPENDIX 41

**From:** Naomi Fenwick
**To:** McKenzie Edwards; MK Smith
**Subject:** FW: Public Information Act records request
**Date:** Friday, July 24, 2026 11:27:41 AM
**Attachments:** TCME Records request (Naomi Fenwick).pdf
BUSINESS RECORDS AFFIDAVIT.pdf

---

**From:** Naomi Fenwick
**Sent:** Friday, July 17, 2026 8:55 AM
**To:** aitani@tarrantcountytx.gov
**Subject:** Public Information Act records request

Ms. Itani,

I submitted the attached records request to Jennifer Wilson yesterday. She indicated it should instead be sent to you.

Thank you,
Naomi

Naomi Fenwick
Supervising attorney
Capital Habeas Unit
Federal Public Defender
Northern District of Texas
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)