**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **ERIC PRESCOTT KAY,**<br>***Movant,***<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br>***Respondent.*** | **No. 4:25-CV-132-Y**<br>**(4:20-CR-269-Y-1)** |

**MOVANT ERIC PRESCOTT KAY'S APPENDIX TO AMENDED BRIEF IN SUPPORT OF 28 U.S.C § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

# TABLE OF CONTENTS

Appendix 1: Declaration of Candace H. Schoppe, M.D. ........................................................1

Appendix 2: Declaration of James Gill, M.D. ........................................................6

Appendix 3: Declaration of Amanda Culbertson M.D. ........................................................11

Appendix 4: Declaration of Gregory Jellick ........................................................18

Appendix 5: Declaration of Luis Castrillon ........................................................27

Appendix 6: Declaration of Kent Harshbarger, M.D., J.D. ........................................................61

Appendix 7: Supplemental Declaration of Gregory Jellick ........................................................68

Appendix 8: *United States v. Kay*, No. 22-11011, 2023 WL 7870590 (5th Cir. Nov. 15, 2023) (unpublished) ........................................................82

Appendix 9: Defense attorney Wynn's notes of Sept. 15, 2020, of phone conversation with AUSA Lindsey Beran ........................................................85

Appendix 10: Defense attorney Wynn's May 14, 2021, email to Candance Schoppe, M.D., with engagement letter ........................................................87

Appendix 11: Signed engagement letter returned by Candace Schoppe, M.D., on May 18, 2021 ... ........................................................90

Appendix 12: Defense attorney Wynn's notes of July 22, 2021, reverse proffer session ............93

Appendix 13: Defense attorney Wynn's July 27, 2021, memo respecting sentencing exposure ..98

Appendix 14: Defense attorney Wynn's notes of Oct. 7, 2021, meeting with USAO respecting new plea offer ........................................................104

Appendix 15: Transcript 1 of October 12, 2021, meeting ........................................................106

Appendix 16: Transcript 2 of October 12, 2021, meeting ........................................................221

Appendix 17: Declaration of Eric Prescott Kay ........................................................297

Appendix 18: Declaration of Sandra Kay ........................................................301

Appendix 19: Declaration of Kelly Elizabeth Miller ........................................................304

Appendix 20: Declaration of Steve Harrison Miller ........................................................306

Appendix 21: Curriculum vitae of Candance H. Schoppe, M.D. ............................................308

Appendix 22: Curriculum vitae of James Gill, M.D. ............................................................314

Appendix 23: Curriculum vitae of Amanda Culbertson ..........................................................355

Appendix 24: Curriculum vitae of Gregory Jellick ..............................................................359

Appendix 25: Declaration of Emmanuel Ladsous with Exhibits..............................................367

Appendix 26: Employment and Agency Agreement Letter from Defense attorney Wynn to Derek Hinch on Oct. 20, 2021 ..........................................................................817

Appendix 27: Payment Confirmation of Derek Hinch on Oct. 20, 2021 ..................................820

Appendix 28: Mar. 5, 2026, Request For Production to TCME...............................................822

Appendix 29: Email correspondence from Alicia Kreh on Apr. 14, 2026, requesting extension for Southlake.........................................................................................835

Appendix 30: Email correspondence from Alicia Kreh on Apr. 29, 2026, regarding second extension for Southlake ..........................................................................837

Appendix 31: Email thread on May 26, 2026, regarding Southlake Police Department hard drives ..........................................................................................................841

Appendix 32: Southlake Production deficiency letter and transmittal email on June 15, 2026, to Southlake.........................................................................................852

Appendix 33: TCME deficiency letter to TCME on June 22, 2026, .........................................858

Appendix 34: Follow-up email to Southlake regarding deficiency letter on June 23, 2026 ......863

Appendix 35: Email from TCME June 23, 2026, regarding additional discovery from TCME 865

Appendix 36: Screenshot of call on June 25, 2026, to TOASE................................................867

Appendix 37: Email on June 29, 2026, confirming no further discovery from TCME...............869

Appendix 38: Southlake email to on July 1, 2026, regarding Southlake discovery request .......882

Appendix 39: Public Information Act request to TCME on July 16, 2026, regarding records request..........................................................................................................886

Appendix 40: Email to TCME on July 16, 2026, transmitting PIA ..........................................889

Appendix 41: Email to TCME toxicology department on July 17, 2026 ....................................892

Appendix 42: Email to Southlake counsel regarding subpoena on July 24, 2026........................894

Appendix 43: Email response to Southlake counsel on July 24, 2026 ....................................899

Appendix 44: Southlake counsel email response on July 24, 2026...........................................904

Appendix 45: Follow-up email to Southlake counsel on July 24, 2026, regarding deficiency letter .....................................................................................................................909

Appendix 46: Southlake counsel email response on July 27, 2026, regarding response to Southlake subpoena ......................................................................................913

Appendix 47: Southlake counsel's email acknowledgment of the discovery requests being received on July 30, 2026 ..........................................................................919

Appendix 48: Southlake counsel email regarding Southlake PD production transmission on July 31, 2026..............................................................................................922

Appendix 49: Southlake counsel email noting Southlake PD has no more records on Aug. 5, 2026..................................................................................................925

Appendix 50: Email correspondence with TCME records department on Aug. 10, 2026, regarding PIA ..............................................................................................929

Appendix 51: Email correspondence with TCME toxicology secretary on Aug. 10, 2026, regarding PIA ..............................................................................................933

Appendix 52: Email response from TOASE to on Aug.12, 2026 ..............................................936

Appendix 53: Email response from TOASE to Attorney MK Smith on Aug. 19, 2026 .............949

Appendix 54: Email to Southlake on Oct. 15, 2026, regarding decision due date and request (RQ) number ...............................................................................................956

Appendix 55: Follow-up email on Oct. 21, 2026, regarding follow-up on extension.................959

Appendix 56: Supplemental declaration of James Gill, M.D. ....................................................962

Appendix 57: Curriculum vitae of Kent Harshbarger, J.D., M.D...............................................964

Appendix 58: Transcript of Delaney Green deposition .............................................................972

Appendix 59: Transcript of Richard Weber deposition............................................................1104

Appendix 60: *Garcia v. Mendeke*, No. DR:15-CV-070-AM-CW, 2017 WL 3449611 (W.D. Tex. Feb. 24, 2017) (magistrate judge's report and recommendation))........................1181

Appendix 61: Southlake Police Patrol Report ..........................................................................1201

Appendix 62: Letter from Brett Ordiway to Southlake on Mar. 5, 2026, regarding request for production ..........................................................................................................1213

Appendix 63: *Garcia v. Mendeke*, No. DR-15-CV-070-AM/CW, 2017 WL 3471463 (W.D. Tex. Mar. 21, 2017) (district court order adopting magistrate judge's report and recommendation) ..........................................................................................1227

Appendix 64: LinkedIn profile of Southlake Police Captain Delaney Green, accessed Mar. 7, 2025..............................................................................................................1231

Appendix 65: U.S. Department of Justice Report of Investigation .........................................1238

Appendix 66: Grapevine Police Department Call for Service Report......................................1242

Appendix 67: Follow-up email on Oct. 23, 2026, regarding OAG order compelling production ..........................................................................................................1248

Appendix 68: PIA request for Green's personnel records ......................................................1252

Appendix 69: Southlake news article ......................................................................................1257

Appendix 70: Department of Justice's Feb. 17, 2022, press release ........................................1263

Appendix 71: Department of Justice's Oct. 11, 2022, press release.........................................1269

Certificate of Service ...............................................................................................................1275

DATE: October 30, 2026

Jason D. Hawkins

Federal Public Defender, N.D.T.X.

*/s/ McKenzie Edwards*
McKenzie Edwards
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24116316
mckenzie_edwards@fd.org

*/s/ Naomi Fenwick*
Naomi Fenwick
Assistant Federal Public Defender, N.D.T.X.
Texas State Bar No. 24107764
naomi_fenwick@fd.org

Office of the Federal Public Defender
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746 (phone)
214-767-2886 (fax)

*Counsel for Mr. Eric Prescott Kay*