# APPENDIX 47

**McKenzie Edwards**

**From:** Ellie Schulte <eschulte@toase.com>
**Sent:** Thursday, July 30, 2026 4:31 PM
**To:** McKenzie Edwards; sblum@cityofsouthlake.com; Alicia Kreh
**Cc:** Naomi Fenwick; MK Smith; jonathan.bradshaw@usdoj.gov
**Subject:** RE: Kay v. United States, No. 4:25-CV-132-Y - July 30, 2026 RFP

EXTERNAL SENDER

Good afternoon,

Your requests for production of records have been received.

Thank you,

Ellie Schulte
Legal Assistant to Annabelle Ackling,
Jennifer Drysdale, & Alicia Kreh,
6000 Western Place Suite 200
Fort Worth, TX 76107
817-332-2580 x252
817-332-4740 Fax
eschulte@toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM LLP
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Thursday, July 30, 2026 3:43 PM
**To:** sblum@cityofsouthlake.com; Alicia Kreh <akreh@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; MK Smith <MK_Smith@fd.org>; jonathan.bradshaw@usdoj.gov; Ellie Schulte <eschulte@toase.com>
**Subject:** Kay v. United States, No. 4:25-CV-132-Y - July 30, 2026 RFP

Good afternoon,

Please see the attached requests for production of records from Southlake Police Department.

Best,
McKenzie

**McKenzie Edwards**
Assistant Federal Public Defender
Northern District of Texas
Capital Habeas Unit
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
Phone: (214) 767-2746 (ext. 2770)
Fax: (214) 767-2886