# APPENDIX 48

**McKenzie Edwards**

| | |
|---|---|
| **From:** | Alicia Kreh <akreh@toase.com> |
| **Sent:** | Friday, July 31, 2026 2:54 PM |
| **To:** | McKenzie Edwards |
| **Cc:** | Sarah Blum; Naomi Fenwick; Bradshaw, Jonathan (USATXN); MK Smith; Ellie Schulte; Cara White |
| **Subject:** | FW: Kay v. United States, No. 4:25-CV-132-Y - July 30, 2026 RFP |
| **Attachments:** | Responsive Docs - Report Only.pdf; 2024 General Orders.pdf; 2024 Patrol SOP.pdf; 2024 Police Services SOP.pdf |

EXTERNAL SENDER

Ms. McKenzie,

I apologize for the delay as I was out of the office. Please see the attached policies and Southlake Police Department report that details the interaction with Grapevine PD Forensics Lab and the Virtual Evidence Locker. There is additional deposition testimony regarding this information in the deposition that was previously provided to you.

According to the records department, the Police Department does not have requested raw data. There was an external hard drive of data from Grapevine PD Lab that was placed in the Evidence Locker, but the City no longer has the external hard drive. Nor do they have any emails regarding data transfer between Captain Green and Grapevine PD.

In the supplemental report written by Capt. Green from 08/06/2019 it states that " The electronics were taken to the Grapevine PD Forensic Lab on July 17th, 2019; the analysis was completed and the electronics were received back on July 22nd, 2019. However, due the electronic analysis only completing a logical dump, I returned to Grapevine PD Forensic Lab on July 23rd, 2019 to take physical photographs of evidentiary texts/phone calls, etc. All electronic information has been added to the Virtual Evidence Locker for reference."

The records clerk has noted to the deposition testimony previously provided and the notations above regarding the transfer.

Sincerely,

**Alicia K. Kreh**
Attorney at Law
**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Phone: 817.332.2580
Fax: 817.332.4740
www.toase.com

TAYLOR·OLSON·ADKINS·SRALLA·ELAM LLP
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Sent:** Thursday, July 30, 2026 3:43 PM
**To:** sblum@cityofsouthlake.com; Alicia Kreh <akreh@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>; MK Smith <MK_Smith@fd.org>; jonathan.bradshaw@usdoj.gov; Ellie Schulte <eschulte@toase.com>
**Subject:** Kay v. United States, No. 4:25-CV-132-Y - July 30, 2026 RFP

Good afternoon,

Please see the attached requests for production of records from Southlake Police Department.

Best,
McKenzie

**McKenzie Edwards**
Assistant Federal Public Defender
Northern District of Texas
Capital Habeas Unit
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
Phone: (214) 767-2746 (ext. 2770)
Fax: (214) 767-2886