# APPENDIX 50

**From:** Jennifer K. Wilson
**To:** Naomi Fenwick
**Subject:** RE: Public Information Act records request
**Date:** Monday, August 10, 2026 10:04:24 AM
**Attachments:** image001.png

---

Understood. Please allow me sometime to get in contact with the laboratory secretary for your inquiry.

Very respectfully,

Jennifer Wilson, MPH
***Records Supervisor***
***Tarrant County Medical Examiner's Office***
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
Phone: (817) 920-5700 Ext: 8336

**TCME Office Hours:** Monday - Friday 8:00 a.m. to 4:30 p.m. (CST)
(If urgent matter outside office hours, please dial '5' or '0' for immediate assistance)
**TCME Case Data / Info – Public Web Site: https://mepublic.tarrantcounty.com/**
**TCME General Information: http://www.tarrantcounty.com/en/medical-examiner.html**

**The Medical Examiner has up to 90 days to complete the report from the first day the autopsy was performed. Please note some cases may exceed the 90 days.**

Note: This e-mail (including any attachments) is confidential and may be legally privileged. If you are not an intended recipient or an authorized representative of an intended recipient, you are prohibited from using, copying or distributing the information in this e-mail or its attachments. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete all copies of this message and any attachments. Thank you!

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Friday, August 7, 2026 4:04 PM
**To:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>
**Subject:** RE: Public Information Act records request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Hi Ms. Wilson,

My request was not for case-specific records. I requested lab protocols for 2019-2022.

Thank you for your assistance in this matter.
Naomi

---

**From:** Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>
**Sent:** Thursday, August 6, 2026 8:37 AM
**To:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Subject:** RE: Public Information Act records request

Could you please provide a name for the decedent so that I may check the status of records?

***Tarrant County Medical Examiner's Office***
***Records Department***
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
Phone: (817) 920-5700

**TCME Office Hours:** Monday - Friday 8:00 a.m. to 4:30 p.m. (CST)
(If urgent matter outside office hours, please dial '5' or '0' for immediate assistance)
**TCME Case Data / Info – Public Web Site: https://mepublic.tarrantcounty.com/**
**TCME General Information: http://www.tarrantcounty.com/en/medical-examiner.html**

**The Medical Examiner has up to 90 days to complete the report from the first day the autopsy was performed. Please note some cases may exceed the 90 days.**

Note: This e-mail (including any attachments) is confidential and may be legally privileged. If you are not an intended recipient or an authorized representative of an intended recipient, you are prohibited from using, copying or distributing the information in this e-mail or its attachments. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete all copies of this message and any attachments. Thank you!

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Thursday, August 6, 2026 7:04 AM
**To:** Ayman Itani <AItani@tarrantcountytx.gov>; Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>
**Subject:** Re: Public Information Act records request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Ms. Itani and Ms. Wilson,

I have not received any response to my PIA. The PIA deadline has passed and records are now presumed public. Please let me know if there are no responsive records.

Thank you,
Naomi

---

**From:** Naomi Fenwick
**Sent:** Friday, 17 July 2026 08:54:59
**To:** aitani@tarrantcountytx.gov <aitani@tarrantcountytx.gov>
**Subject:** Public Information Act records request

Ms. Itani,

I submitted the attached records request to Jennifer Wilson yesterday. She indicated it should instead be sent to you.

Thank you,
Naomi

Naomi Fenwick
Supervising attorney
Capital Habeas Unit
Federal Public Defender
Northern District of Texas
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)