# APPENDIX 51

**From:** Ayman Itani
**To:** Naomi Fenwick
**Subject:** RE: Public Information Act records request
**Date:** Monday, August 10, 2026 7:17:43 AM

---

Good morning,

Records will be ready in two weeks .

Please let me know if you have any further questions

Ayman Itani
Toxicology Lab Secretary
Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
phone 817/920-5700 X8393
***Office hours:*** *M-F 8:00 a.m. to 4:30 p.m. (CST)*

In an effort to improve our services to you and your agency, please provide feedback on your experience through this online survey. https://forms.gle/6UkVWHNsncEBBwMu5

---

**From:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Sent:** Thursday, August 6, 2026 7:04 AM
**To:** Ayman Itani <AItani@tarrantcountytx.gov>; Jennifer K. Wilson <JKWilson@tarrantcountytx.gov>
**Subject:** Re: Public Information Act records request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Ms. Itani and Ms. Wilson,

I have not received any response to my PIA. The PIA deadline has passed and records are now presumed public. Please let me know if there are no responsive records.

Thank you,
Naomi

---

**From:** Naomi Fenwick
**Sent:** Friday, 17 July 2026 08:54:59
**To:** aitani@tarrantcountytx.gov <aitani@tarrantcountytx.gov>
**Subject:** Public Information Act records request

Ms. Itani,

I submitted the attached records request to Jennifer Wilson yesterday. She indicated it should instead be sent to you.

Thank you,
Naomi

Naomi Fenwick
Supervising attorney
Capital Habeas Unit
Federal Public Defender
Northern District of Texas
525 S. Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)