# APPENDIX 56

Supplemental Declaration of James Gill, M.D.

Re: USA vs. Eric Kay

My name is James R. Gill. I am of the age of majority and competent to make this declaration.

On February 17, 2025, I executed a declaration detailing my review and opinion in this case. I submit this supplemental declaration to confirm that, had trial counsel requested, I would have been willing and able to consult with trial counsel and testify at Mr. Kay's trial in February 2022.

I have reviewed this declaration and attest to its accuracy. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2026 at Old Saybrook, CT.

James Gill

James Gill, MD