# APPENDIX 57

# Kent E. Harshbarger, M.D., J.D., M.B.A.

**OFFICE ADDRESSES:**

Montgomery County Coroner
361 W. Third Street
Dayton, OH 45402

Office: (937) 225-4156 (receptionist)
(937) 496-7287 (direct)
Fax: (937) 496-7916

E-mail:
harshbargerk@mcohio.org
harshbarger.kent@gmail.com

Franklin County Coroner's Office
2090 Frank Rd.
Columbus, OH 43223

(614) 525-5290 (Main Line)

keharshb@franklincountyohio.gov

**BIOGRAPHICAL INFORMATION:** **Date of Birth:** [redacted] **Place of Birth:** Urbana, IL

**EMPLOYMENT HISTORY:**

| | |
|---|---|
| SEPT 2011 - PRESENT: | Coroner, Montgomery County, Ohio |
| OCT 2025 – PRESENT: | Deputy Coroner, Franklin County, Ohio |
| MAY 2022 - SEPT 2025: | Chief Deputy Coroner, Franklin County, Ohio |
| NOV 2002 - SEPT 2011: | Deputy Coroner, Montgomery County Coroner's Office, Dayton, Ohio. |
| JAN 2014 - MAY 2022: | Deputy Coroner, Franklin County Coroner's Office, Columbus, Ohio. |
| APRIL 2001- PRESENT: | Private practice, Forensic Pathology, First Forensic, Inc., President. |
| JULY 1984- FEB 2020: | Retired, Army National Guard and Army Reserve, Regional Armed Forces Medical Examiner (COL). |
| MAR 2006- DEC 2020: | Veterans Administration Hospital, Dayton, Ohio, Pathology Consultant |
| AUG 2014 – JAN 2026: | Chief Forensic Officer, Ohio State Coroner's Association |

**EDUCATION:**

| | |
|---|---|
| 2006- 2011 | Masters of Business Administration<br>Wright State University<br>Dayton, Ohio |
| 2005 – 2006 | Certificate of Medical Management<br>Wright State University<br>Dayton, Ohio |
| 2000 – 2001 | Forensic Pathology Fellow<br>Montgomery County Coroner's Office<br>Dayton, Ohio |
| 1998 – 1999 | Chief Resident<br>Department of Pathology<br>Ball Memorial Hospital (Muncie, IN) |
| 1996 - 2000 | Pathology Resident (AP/CP)<br>Department of Pathology<br>Ball Memorial Hospital (Muncie, IN) |
| 1992 - 1996 | Medical Doctorate<br>Southern Illinois University School of Medicine (Springfield, IL) |
| 1990 - 1996 | Juris Doctorate<br>Southern Illinois University School of Law (Carbondale, IL) |
| 1986 - 1990 | Bachelor of Arts & Sciences (Physiology with Minors in Biochemistry and Psychology)<br>Southern Illinois University (Carbondale, IL) |
| 1984 - 1985 | Pre-Engineering |

| | |
|---|---|
| | Parkland College (Champaign, IL) |

**CERTIFICATION EXAMINATIONS:**

| | |
|---|---|
| 2005 | Diplomat, American Board of Pathology, Anatomic Pathology |
| 2005 | Diplomat, American Board of Pathology, Clinical Pathology |
| 2005 | Diplomat, American Board of Pathology, Forensic Pathology |

**LICENSURE**

| | |
|---|---|
| 2003 - present | Medical License State of Ohio |
| 2000 - 2001 | Medical License (Training) State of Ohio |
| 1998 - 2016 | Medical License State of Illinois (Inactive) |
| 1997 - present | Medical License State of Indiana |
| 2017 - present | Medical License State of Kentucky |
| 2023 – present | Medical License State of Rhode Island |
| 2023 – present | Medical License State of California |
| 1997 - present | Admitted to Indiana State Bar (Licensed Attorney State of Indiana, inactive) |

**PROFESSIONAL APPOINTMENTS & ADMINISTRATIVE COMMITTEES:**

| | |
|---|---|
| 2006 – Present | Clinical Assistant Professor, Department of Pathology, Wright State University, School of Medicine |
| 2021 – Present | Clinical Assistant Professor, Department of Pathology, Ohio State University, School of Medicine |
| 2013 – Present | Ethics Committee Chairman or Member, National Association of Medical Examiners |
| 2016 – 2022 | Board of Directors, National Association of Medical Examiners, Executive Committee Member 2021. |
| 2024 – Present | Board of Directors, National Association of Medical Examiners. |
| 2012 – 2020 | Board of Directors, Community Tissue Services/Community Blood center, executive committee in 2014, Chairman 2017 – 2020. |
| 2011 – Present | Clinical Assistant Professor, Pathology, Department of Specialty Medicine, Ohio University College of Osteopathic Medicine. |
| 2019 – 2020 | Governor Mike DeWine's Executive Order 2019-16D, appointed to the Governor's Working Group on Reviewing of the Medical Board's Handling of the Investigation Involving Dr. Richard Strauss. |
| 2003 – 2006 | Clinical Instructor, Department of Pathology, Wright State University, SOM |
| 2007 – 2010 | Volunteer Clinical Assistant Professor of Pathology and Laboratory Medicine, Department of Pathology and Laboratory Medicine, Indiana University School of Medicine (October 15, 2007) |
| 2013 – 2014 | Immediate Past President, American College of Legal Medicine |
| 2012 – 2013 | President, American College of Legal Medicine |
| 2011 – 2012 | President Elect, American College of Legal Medicine |
| 2010 – 2011 | Treasurer, Executive Committee of Board of Governors, American College of Legal Medicine |
| 2009 – 2010 | Secretary, Executive Committee of Board of Governors, American College of Legal Medicine |
| 2006 – 2009 | Board of Governors, American College of Legal Medicine |
| 2002 – 2014 | Alternate Delegate to American Medical Association Specialty and Service Society, American College of Legal Medicine |
| 2007 – 2009 | Chair, Student Awards Committee, American College of Legal Medicine |
| 2001 – 2008 | Chair, Graduate Student Committee, American College of Legal Medicine |

| | |
|---|---|
| 2006 – 2008 | Alternate Delegate to American Medical Association Young Physician's Section, College of American Pathologists |
| 2005 | National Health Law Moot Court Competition Ad Hoc Committee, American College of Legal Medicine |
| 2001 – 2002 | Chair, Membership Committee, Sangamon County Medical Society |
| 2001 – 2002 | Adjunct Assistant Professor, Departments of Medical Humanities and Pathology, Southern Illinois University, School of Medicine |
| 1999 - 2001 | Resident Trustee, Indiana State Medical Society |
| 1998 - 2000 | President, Indiana State Medical Association Resident Physician Section |
| 1998 - 2001 | Indiana Delegate to the American Medical Association Residents and Fellows Section (AMA-RFS) |
| 1998 - 1999 | Indiana State Medical Association, Resident Medical Society Liaison to the AMA House of Delegates |
| 1999 - 2001 | Junior Member, Forensic Pathology Committee, College of American Pathologists |
| 1999 - 2000 | Indiana Delegate to the College of American Pathologists Resident's Forum |
| 1997 - 2000 | Deputy Delaware County Coroner (State of Indiana) |
| 1996 - 2000 | Medical Consultant - Violent Crime Task Force (Muncie Indiana Police Department) |
| 1999 - 2000 | Instructor, Indiana Coroner's Training Board Externship Program |
| 1997 - 1998 | Indiana Alternate Delegate to the AMA-Resident Physicians Section (AMA-RPS) |

**AWARDS, HONORS:**

| | |
|---|---|
| 1994 | Illinois General Assembly Scholarship Award<br>Southern Illinois University School of Medicine (Springfield, IL) |
| 1994 | Lange Medical Publications Award<br>Southern Illinois University School of Medicine (Springfield, IL) |
| 1993 - 1994 | Honors - Southern Illinois University School of Medicine (2 years) |

**MEMBERSHIP IN PROFESSIONAL/SCIENTIFIC SOCIETIES:**

| | |
|---|---|
| 2001 - present | American Academy of Forensic Science, Member |
| 1999 - present | National Association of Medical Examiners, Member |
| 1997 - present | American College of Legal Medicine, Fellow |
| 2012 – 2013 | American Medical Association |
| 1992 – 2010 | American Medical Association |
| 2003 - present | Ohio State Medical Society |
| 2003 - present | Montgomery County Medical Society |
| 1996 - 2009 | American Society of Clinical Pathologists |
| 1996 - 2009 | College of American Pathologists |
| 2001 - 2003 | Illinois State Medical Society |
| 2001 - 2003 | Sangamon County Medical Society |
| 1997 - 2000 | Indiana State Bar Association |
| 1996 - 2001 | Indiana State Coroners Association |
| 1996 - 2001 | The Delaware-Blackford County Medical Society - Resident Member |
| 1996 - 2001 | Indiana State Medical Association - Resident Physician Section |
| 1990 - 2000 | American Bar Association |

**PRESENTATIONS AND INVITED LECTURES:**

| | |
|---|---|
| 2020/2021/2022 | **Reporting Demographic Information on Death Certificates**<br>**Certifying Deaths Due to Natural Causes**<br>**Guidance for Certification of Deaths in the Event of a Natural, Human-Induced, or Radiological/Chemical Disaster**<br>Multiple online presentations |
| 2019 | **Medical Examiner, Toxicology, and Drug Analysis Caseload** |

| | |
|---|---|
| | National Institute of Justice, Forensic Technology Institute of Excellence (Washington, DC), National Opioid and Emerging Drug Threats Policy and Practice Forum |
| 2019 | **Statistics of Overdose Deaths, Ohio**<br>2019 NAPHSIS Annual Meeting Ohio overdose death statistics and lessons (Columbus, Ohio) |
| 2017/2018/2019 | **Opioid Death Statistics, Ohio and Montgomery County**<br>Ohio Society of Interventional Pain Physicians, Annual Meeting (Cincinnati)<br>Ohio Society of Interventional Pain Physicians, Second Annual Meeting<br>Ohio Society of Interventional Pain Physicians, Third Annual Meeting |
| | **Renal Pathology** |
| 2006-2015 | Wright State School of Medicine (Dayton, Ohio)<br>Second Year Medical School Curriculum |
| 2006, 2008, 2009 | **Neurodegenerative diseases, Pathology Laboratory**<br>Wright State School of Medicine (Dayton, Ohio)<br>Second Year Medical School Curriculum |
| 2007 | **Perinatal and Developmental Neuropathology, Pathology Laboratory**<br>Wright State School of Medicine (Dayton, Ohio)<br>Second Year Medical School Curriculum |
| 2015 | **Identification and postmortem changes**<br>Clark County Prosecutor's Office educational retreat (Springfield, OH) |
| | **Forensic Case Review/Coroner's Office** |
| 2016 | Ohio Embalmers Association (Dayton, OH) |
| 2016 | Trauma Nurse Program, Miami Valley Hospital (Dayton, OH) |
| 2017 | Miami Valley EMS Symposium/Trauma Critical Care Update (Dayton, OH) |
| | **CSI versus reality and Forensic Pathology** |
| 2014 | Pediatric Trauma Symposium (Dayton, OH) |
| 2013 | Emergency Medicine Residency (Kettering Hospital, Dayton, OH) |
| 2012 | Embalmers Association (Dayton, OH) |
| 2012 | National Association of Blacks in Criminal Justice, Ohio Chapter (Dayton, OH) |
| 2012 | Northern Ohio Trauma System – 2nd annual trauma Symposium (Cleveland, OH) |
| 2013 | Organ & Tissue Donation Spring Forum (Toledo, OH) |
| 2011 | Organ & Tissue Donation Fall Clinical Forum: A Race Against Time (Dayton, OH) |
| 2011 | Community Group (Dayton, Ohio) |
| 2011 | South Dayton Republican Group (Dayton, Ohio) |
| 2010 | Grand Rounds, Children's Medical Center (Dayton, Ohio) |
| 2010 | Dayton Metropolitan Honors Seminar (Dayton, Ohio) |
| 2008 | Life Connections of Ohio Recovery Partners Conference (Dayton, Ohio) |
| 2007 | Trauma and Critical Care Update 2007, Miami Valley Hospital, (Dayton, Ohio) |
| | **Blast injuries** |
| 2008 | Ohio State Coroners Association Annual Meeting, Dust explosions (Toledo, Ohio) |
| 2007 | Midwest Association of Toxicology and Therapeutic Drug Monitoring (Indiana) |
| 2006 | FBI Evidence Response Team Training Classes (Dayton, Ohio) |
| 2005 | Ohio State Coroner's Association Annual Meeting (Columbus, Ohio) |

| | |
|---|---|
| 2010 | **Digital Photography and Pre-autopsy organ recovery**<br>American Association of Tissue Banks (Hollywood, California) |

**Investigation of Medical Facility Deaths**

| | |
|---|---|
| 2015 | Dayton District Academy of Osteopathic Medicine (Dayton, Ohio) |
| 2008 | Dayton Area Pathology Association (Dayton, Ohio) |
| 2008 | Assoc. of County Boards, MRDD investigators, Annual Conf. (Columbus, Ohio) |
| 2002 | Illinois County Elected Officials Semiannual Meeting (Springfield, Illinois) |

**Forensic Toxicology/Interpretation**

| | |
|---|---|
| 2001 | Illinois County Elected Officials Semiannual Meeting (Springfield, Illinois) |
| 2018 | Ohio Coroner's Association, Central Region (Chilicothe, Ohio) |
| 2018 | Overdose Death Investigation and Prosecution Training, BCI (Hillsboro, Ohio) |

**Coroner's Office Demystified (Ohio Coroner's Law)**

| | |
|---|---|
| 2003 | Ohio State Embalmer's Association (Dayton, OH) |
| 2000 | Good Samaritan Hospital Grand Rounds (Dayton, OH). |
| 2000 | Surgery Grand Rounds, Kettering Med. Center (Kettering, OH) |
| 2000 | Grandview Hospital, Medical Education Department (Dayton, OH) |

**Crime Scene Analysis and the Autopsy**

| | |
|---|---|
| 2003/04/05 | Evidence Technician Class, Miami Valley Regional Crime Lab (Dayton, OH) |
| 2002 | Emergency Medical Services symposium (Peoria, Illinois) |
| 2001 | St. John's Hospital Laboratory (Springfield, Illinois) |
| 1999 | Randolph County Sheriff/Winchester Indiana Police (Winchester, IN) |

**Forensic Pathology**

| | |
|---|---|
| 2016 | University of Dayton Center for Life Long Learning (Dayton, OH) |
| 2012 | South East Regional Coroner's Meeting, OSCA (Athens, OH) |
| 2011 | Regional EMS Symposium (Fairborn, Ohio) |
| 2010 | Regional Trauma Center Symposium (Springboro, Ohio) |
| 2008 | Regional Trauma Center Symposium (Springfield, Ohio) |
| 2007 | Children's Hospital Trauma Symposium (Dayton, Ohio) |
| 2005 | Montgomery County Prosecuting Attorney's office (Dayton, Ohio) |
| 2005 | United Network of Organ Sharing, Region 10 annual meeting (Dayton, Ohio) |
| 2005 | Centerville Citizens Police Academy Alumni (Centerville, Ohio) |
| 2002 | Trauma Nurse Course, OSF St. Francis Medical Center (Peoria, Illinois) |
| 2001 | Trauma Nurse Coarse, St. John's hospital (Springfield, Illinois) |
| 1999 | Ball State University, Physiology Department (Muncie, IN) |
| 1999 | Indiana Medical Librarians Association (Indianapolis, IN) |

**Time of Death Determination**

| | |
|---|---|
| 1998 | Pathology Residency - Ball Memorial Hospital (Muncie, IN) |

**Medical Malpractice and the Autopsy**

| | |
|---|---|
| 1997 | Pathology Residency - Ball Memorial Hospital (Muncie, IN) |

**Religious Objections to the Autopsy and the Law**

| | |
|---|---|
| 1997 | Pathology Residency - Ball Memorial Hospital (Muncie, IN) |

**The National Practitioner's Database**

| | |
|---|---|
| 1997 | Internal Medicine Residency - Ball Memorial Hospital (Muncie, IN) |
| 1997 | Pathology Residency-Ball Memorial Hospital (Muncie, IN) |

| | |
|---|---|
| | **Gunshot Wounds** |
| 1997 | Internal Medicine Residency - Ball Memorial Hospital (Muncie, IN) |
| 1998 | Pathology Residency – Ball Memorial Hospital (Muncie, IN) |
| | **Electrical Injuries** |
| 1997 | Internal Medicine Residency - Ball Memorial Hospital (Muncie, IN) |
| 1999 | Pathology Residency – Ball Memorial Hospital (Muncie, IN) |
| | **Death Certification** |
| 2010 | Family Practice Association (Dayton, Ohio) |
| 1999 | Pathology Residency – Ball Memorial Hospital (Muncie, IN) |
| 1996 | Internal Medicine Residency - Ball Memorial Hospital (Muncie, IN) |
| 2009 | **Mass Casualty: Forensic Pathology Prospective**<br>Ohio State Coroners Association, annual meeting (Columbus, OH) |

**BIBLIOGRAPHY:**

- Harshbarger KE. Informed Consent and the Pap Smear: Avoiding Malpractice Through Information. Legal Medicine 1999. Armed Forces Institute of Pathology, Department of Legal Medicine.

- Harshbarger KE. Automated Pap Smear Re-screening: The "Duty to Inform" Controversy. Legal Medicine 1998. Armed Forces Institute of Pathology, Department of Legal Medicine.

- Silvernagel SW, Harshbarger KE, Shevlin DW. Postoperative granulomas of the endometrium: Histologic features after endometrial ablation. Ann Diag Pathol 1997, 1:82-90.

- Howard Her-Juing Wu, M.D., Kent E. Harshbarger, M.D., J.D., and Danette G. McCandless, M.D., Fine Needle Aspiration Cytology of Well Differentiated Inflammatory Liposarcoma: A Case Report with Histologic Follow Up. Diagnostic Cytopathology 1999, Vol. 20, No. 4: 229.

- Wu HH, Harshbarger KE, Berner HW. Endometrial Brush Biopsy Using the Tao Brush: 110 cases with Histologic Correlation of the Dilation and Curettage Specimen. Platform Presentation, USCAP Meeting, March 1999.

- Wu HH, Harshbarger KE, Berner, HW, Elsheikh TM. Endometrial Brush Biopsy (Tao Brush), Histologic Diagnosis of 200 Cases With Complementary Cytology: An Accurate Sampling Technique for the Detection of Endometrial Abnormalities. Am J Clin Pathol 2000; 114:412-418.

- APEX program 2000, Forensic Pathology (FR-B, FR-12), College of American Pathologists.

- APEX program 2003, Forensic Pathology (FR-A, FR-04), College of American Pathologists.

- Michael J. Bass, B.S., Kent E. Harshbarger, M.D., J.D., Medico-Legal Implications of Pediatric Burn Wounds, Poster presentation, American College of Legal Medicine annual meeting, March 2004.

- Marinetti L.J., Lehman, L., Casto, B, Harshbarger, K., Kubiczek, P. and Davis J., OTC Cold Medications - Postmortem Findings in Infants and Relationship to Cause of Death. Jrn Analytical Toxicology, Vol 29; 738-743, October 2005.

- Harshbarger, KE., Review, Encyclopedia of Forensic and legal Medicine, Payne-James, J., Byard, R., Corey, T., Hederson, C., Eds (United Kingdom: Elsevier, 2005), Jrn of Legal Medicine, 27:361-366, 2006

- Harshbarger, KE., Review, “After Death…Two Views”, Postmortem: Establishing the Cause of Death, Steven A. Koehler and Cyril H. Wecht, (Buffalo, New York: Firefly Books, 2006) and Postmortem: How Medical Examiners Explain Suspicious Deaths, Stefan Timmermans (Chicago, Illinois: University of Chicago Press, 2006), Jrn of Legal Medicine, 28:429-436, 2007

- Gregory G. Davis, MD, et al (Harshbarger, Kent)., NAME Position Paper: Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid and Other Drugs; American Journal of Forensic Medicine and Pathology, Volume 41, Number 3, pg. 152, 2020

APRIL 2026