# APPENDIX 58

## Filed under seal

## Pages 972-1103