# APPENDIX 64



# Delaney Green · 3rd

Police Captain at City of Southlake, Texas

- City of Southlake, Texas
- University of North Texas

Southlake, Texas, United States · Contact info

475 connections

Message + Follow More

## About

Experienced law enforcement executive with a proven track record of leadership and service since 2013. Specialized in criminal investigations, command-level operations, strategic planning, and team management. Proficient in analytical and financial analysis, Microsoft Office programs, customer service, investigative processes, judicial court proceedings and testimony, and computer forensics. Educational background includes a Master of Business Administration (MBA) with a focus on Organizational Behavior Studies from the University of North Texas and a Bachelor of Science in Business Administration with concentrations in Accounting, Finance, and Mathematics from the University of Nebraska-Lincoln.

**Top skills**
Leadership • Time Management • Business Analysis • Finance →

## Activity

477 followers

**Delaney Green** commented on a post • 5mo

Congrats Diana! Proud of you 👏🏼

Show all comments →

## Experience

**City of Southlake, Texas**
11 yrs 8 mos

**Police Captain**
Full-time
Jun 2023 - Present · 1 yr 10 mos
Southlake, TX

Serves as Patrol Divisional Commander, responsible for operational oversight of the following units: Patrol, Traffic, K-9 operations, and fleet...

Police Sergeant
Full-time
Mar 2022 - Jun 2023 · 1 yr 4 mos
Southlake, TX

· Night shift patrol supervisor for seven months before transitioning to Criminal Investigations... ...see more

Corporal - Detective
Full-time
Sep 2019 - Mar 2022 · 2 yrs 7 mos
Southlake, TX

· Certified Forensic Computer Examiner
· Supervised all detectives within the Criminal Investigations Divis ...see more

Show all 5 experiences →

Presentation Manager
PetSmart
Nov 2012 - Jun 2013 · 8 mos
Weatherford, Texas

• Responsible for the overall appearance and organization of the store
• Directly managed a team of five and oversaw thirty-plus emplo ...see more

Finance Intern
STANLEY Healthcare
Sep 2011 - Aug 2012 · 1 yr

· Prepared reports and analysis weekly to corporate
· Researched and provided information for problem accounts an ...see more

Finance

University Ambassador
University of Nebraska-Lincoln
Aug 2010 - Aug 2012 · 2 yrs 1 mo

· Generated new student involvement through organized events
· Led school wide tours for perspective students and their familie ...see more

## Education

University of North Texas
Master of Business Administration (MBA), Organizational Behavior Studies
2016 - 2018
Grade: 4.0

Ranked #1 out of a class of 867
Outstanding Graduate Student in Organizational Behavior and Human...

Finance

University of Nebraska-Lincoln
Bachelor of Science, Finance
2009 - 2012
Activities and societies: Intramural Sports, People's City Mission, Finance Club, World Hunger Organization

· Business Computer Applications
· Managerial Accounting... ...see more

## Licenses & certifications

Certified Forensic Computer Examiner (CFCE)
IACIS: International Association of Computer Investigative Specialists
Issued Oct 2021

Cellebrite Certified Operator
Cellebrite
Issued Jan 2020

Show all 5 licenses & certifications →

## Skills

Business Analysis

Analysis
2 endorsements

Show all 21 skills →

## Honors & awards

Director's Award
Issued by City of Southlake · Jan 2017
Associated with City of Southlake, Texas

Officer of the Year
Issued by Southlake Police Department · Jan 2017
Associated with City of Southlake, Texas

## Interests

Top Voices Companies Groups Newsletters Schools

Codie A. Sanchez · 2nd
Investing millions in Main St businesses & teaching you how to own the rest | HoldCo, VC fund, Founder | NYT best-selling author
435,974 followers
+ Follow

Simon Sinek · 3rd
Optimist, New York Times bestselling author of "Start with Why" and "The Infinite Game", and founder of The Optimism Company
8,449,981 followers
+ Follow

Show all Top Voices →

Promoted •••

Environmental Justice
Learn about environmental justice
Eric & 159 other connections also follow American Bar Association

Are you an Attorney?
We need attorneys to help our legal clients. Free trial to view cases.
Michael & 2 other connections also follow LegalMatch

Delaney Green
Police Captain at City of Southlake, Texas
More + Follow Message

## Experience

### City of Southlake, Texas
11 yrs 8 mos

**Police Captain**
Full-time
Jun 2023 - Present · 1 yr 10 mos
Southlake, TX

Serves as Patrol Divisional Commander, responsible for operational oversight of the following units: Patrol, Traffic, K-9 operations, and fleet management.

**Police Sergeant**
Full-time
Mar 2022 - Jun 2023 · 1 yr 4 mos
Southlake, TX

· Night shift patrol supervisor for seven months before transitioning to Criminal Investigations
· Supervised two Corporals (CID and Municipal Court), four detectives, three bailiffs, and a property manager
· Managed and coordinated all scene processing and case oversight

**Corporal - Detective**
Full-time
Sep 2019 - Mar 2022 · 2 yrs 7 mos
Southlake, TX

· Certified Forensic Computer Examiner
· Supervised all detectives within the Criminal Investigations Division
· Managed and coordinated all crimes against children investigations
· Established, created, and currently manage Southlake's computer/cellphone forensic lab

**Police Detective**
Aug 2016 - Sep 2019 · 3 yrs 2 mos
Southlake, Texas

· Investigate financial crimes as well as crimes against person(s)
· Identify, obtain, collect, and preserve all evidence associated with criminal cases
· Obtain facts or statements from complainants, witnesses, accused persons and record interviews

**Police Officer**
Aug 2013 - Aug 2016 · 3 yrs 1 mo
Southlake, Texas

• Enforcement of laws, protections of persons and property, and prevention of crimes
• Interview victims and/or suspects, determine offense, and write published reports
• Gained proficiency in: traffic accident first-responder investigations, police patrol, felony traffic stops, search & seizure

### Presentation Manager
PetSmart
Nov 2012 - Jun 2013 · 8 mos
Weatherford, Texas

• Responsible for the overall appearance and organization of the store
• Directly managed a team of five and oversaw thirty-plus employees weekly
• Helped hire, train, and advance employees through prospering COACH-ing techniques
• Provided exemplary customer service and focused on promoting PetSmart's culture daily

### Finance Intern
STANLEY Healthcare
Sep 2011 - Aug 2012 · 1 yr

· Prepared reports and analysis weekly to corporate
· Researched and provided information for problem accounts and invoices
· Processed and transferred past due accounts to collections and tracked progress
· Cash applications including wires, transfers, ACH payments, credits, and checks
• Efficient in Excel, Microsoft, Microsoft GP Dynamics, Infologix–Solomon ERP

**Skills:** Finance

### University Ambassador
University of Nebraska-Lincoln
Aug 2010 - Aug 2012 · 2 yrs 1 mo

· Generated new student involvement through organized events
· Led school wide tours for perspective students and their families
· Participated in several traveling events to educate prospective students

Delaney Green
Police Captain at City of Southlake, Texas

More + Follow Message

## Licenses & certifications

**Certified Forensic Computer Examiner (CFCE)**
IACIS: International Association of Computer Investigative Specialists
Issued Oct 2021

**Cellebrite Certified Operator**
Cellebrite
Issued Jan 2020

**Cellebrite Certified Physical Analyzer**
Cellebrite
Issued Jan 2020

**MBA**
University of North Texas
Issued May 2018

**Defensive Tactics Instructor**
Texas Commission on Law Enforcement (TCOLE)
Issued Jun 2015