# APPENDIX 65

## Filed under seal

## Pages 1238-1241