# APPENDIX 66

# GRAPEVINE POLICE DEPARTMENT



**Call For Service Report**

## Call For Service

Cad Number **1900048968** Date / Time Call Received **07/17/19 11:42:19** Call Received by **SMITH, T #9524**

Call Entered by **SMITH, T #9524** Call Source **Field generated call**

Call Type **ASSIST OTHER AGENCY** Location Name Location Type

Location(St#, St,Int. St,Apt,City,Zip, **600** **State St** **SOUTHLAKE**

## Reportee

Reportee (First,Middle,Last)

Reportee Street Number Phone

## Units

Unit Number **522** Officer Name **WEBER, R #5250** Dispatched by **SMITH, T #9524** D/T Dispatched **07/17/19 11:42:36**

Enroute by **SMITH, T #9524** D/T Enroute **07/17/19 11:42:36** Arrived by **SMITH, T #9524** D/T Arrived **07/17/19 11:42:36**

Cleared by **SMITH, T #9524** D/T Cleared **07/17/19 11:42:56** Disposition 1 **R REPORT** Disposition 2

Disposition 3

## Police

Unit Number **522** Police Number **1900038391** D/T Arrested Prisoner Transport

End Transport Mileage In Mileage Out

## Occupant/Suspect

ID Type Occupant Name D.O.B.

Race Sex Age Weight Height ` " Hair Color

Skin Tone Clothing

## Vehicle

LICENSE MODEL STATUS Wrecker Company

STATE YEAR VEHICLE TYPE DT Wrecker Arrived

Lic. Exp. Date MAKE BODY STYLE DT Wrecker Called

VIN COLOR VALUE UNIT #

## Call Remarks

RELEASED 3/12/2026 REQUESTOR: BRETT ORDWAY

**Grapevine Police Department**
*1007 Ira E Woods Ave, Grapevine, TX 76051*

**ORI:** TX2201300 **Incident No:** 1900038391 **Date:** 09/12/2024

## Incident

**CAD NO.**

**Other No.**
N/A

**Date Occurred:**
2019-07-17 11:42

**Incident Type:**
Non-Criminal

**Incident Status:**
Open

**Report Type:**
Information Only-No Criminal Offense

**Report By:**
WEBER, R #5250 (#)

**Report Date:**
09/10/2019

**Approved By:**
YARBROUGH, D #6952 (#)

**Approved Date:**
09/10/2019

**Audited by:**
SMITH,H#12543

**Audited Date:**
09/11/2019

**Clear Date:**

**Exc Clear:**

**Family Violence:**
No

**Investigator:**
WEBER, R #5250

**Inv Status:**
Closed

**Description:**
ASSIST OTHER AGENCY

## Incident OFFENSE Report

**Offense No:** 1 **Offense Recording Date:** 09/11/2019

**Offense Begin Date:**
07/17/2019

**Offense End Date:**

**Entry Method:**

**Attempt/Complete:**
Completed

**Drug Seized:**

**Gang Related:**

**Hi-Speed Pursuit:**

**Weapons Used:**
N/A

**Offense Code:**

**Offense:**
ASSIST OTHER AGENCY

**No. of Premises:**

**Bias Motivation:**

**Agg Asslt/Homic. Circumst.:**

**Supplement:**

**Offense Address:**

**Remarks:**

### Other Involved Organization(s)

| Name: | Phone: | Address: |
| --- | --- | --- |
| Southlake Police Department | **Work Phone:** (817) 748-8149 | **Mailing:** |

## Incident PROPERTY Report

RELEASED 3/12/2026
REQUESTOR: BRETT ORDIWAY

## Grapevine Police Department

*1007 Ira E Woods Ave, Grapevine, TX 76051*

---

**Item Name:** IPHONE DOWNLOAD
**Recorded:** 09/10/2019
**Jurisdiction:** Yes
**Make/Brand:**
**Size/Year:**
**Serial No/VIN:**
**Pieces/Quantity:**
**Total Value:**
**Involved:**
**Description:** ON FORENSIC SERVER

**Status:** Evidence
**Item Type:** Other
**Model:**
**Color:**
**Structure:**
**Units:**
**Supplement:** Primary

---

**Item Name:** IPAD DOWNLOAD
**Recorded:** 09/10/2019
**Jurisdiction:** Yes
**Make/Brand:**
**Size/Year:**
**Serial No/VIN:**
**Pieces/Quantity:**
**Total Value:**
**Involved:**
**Description:** ON FORENSIC SERVER

**Status:** Evidence
**Item Type:** Other
**Model:**
**Color:**
**Structure:**
**Units:**
**Supplement:** Primary

RELEASED 3/12/2026
REQUESTOR: BRETT ORDIWAY

# Grapevine Police Department

## Narrative

Date of report: 2019-09-10 Case Number: 1900038391

**WEDNESDAY JULY 17, 2019 APPROXIMATELY 1100 HOURS**

I took possession of an Apple iPhone and an Apple iPad from Det. Green of the Southlake Police Department. The devices were in airplane mode and the passcode was 082222. The downloads were performed with the consent of the owner.

Using the Cellebrite UFED Physical Analyzer I did two Advanced Logical downloads of the iPhone, Method 1 and Method2. The downloads completed successfully and after parsing the data, I generated a UFED Reader report for Det. Green to review.

**THURSDAY JULY 18, 2019**

Using the Cellebrite UFED Physical Analyzer I did two Advanced Logical extractions of the iPad, Method 1 and Method 2. The downloads completed successfully and after parsing the data, I generated a UFED Reader report for Det. Green to review.

**MONDAY JULY 22, 2019**

The iPhone and iPad were returned to Det. Green

RELEASED 3/12/2026
REQUESTOR: BRETT ORDWAY

Officer: WEBER, R ID#: 5250
Approving Supervisor: YARBROUGH, D ID#: 6952

# Grapevine Police Department

## Supplement

Date of report: 2019-09-10 Case Number: 1900038391-1

MONDAY APRIL 5, 2021

Moved the electronic evidence associated with this investigation from the Grapevine Server to the Southlake Server.

RELEASED 3/12/2026
REQUESTOR: BRETT ORDIWAY

Officer: WEBER, R ID#: 5250

Approving Supervisor: SAVAGE, R ID#: 6820