# APPENDIX 67

## McKenzie Edwards

**From:** McKenzie Edwards
**Sent:** Friday, October 23, 2026 12:15 PM
**To:** 'Alicia Kreh'; 'Andrea Russell'
**Cc:** Naomi Fenwick; MK Smith
**Subject:** RE: Public Information Request Received by the City of Southlake
**Attachments:** OR-2026-046677.pdf

Good afternoon,

We were finally able to locate the opinion issued in response to your request. According to this opinion, you are required to turn over a substantial amount of the information we requested. Pursuant to this Order and the Texas Government Code, you must promptly release this information to us, and you are required to notify us about when and how that information will be provided to us.

Because you have been under these obligations since October 16, 2026, we ask that you let us know when and how you will provide that information to us by the end of the business day today. We also request that you make every effort to produce such information to us as soon as possible, but in any event, no later than next Wednesday given the filing deadlines in this case where other SPD document production issues are being raised.

Best,
McKenzie

---

**From:** McKenzie Edwards
**Sent:** Wednesday, October 21, 2026 9:19 AM
**To:** Alicia Kreh <akreh@toase.com>; MK Smith <MK_Smith@fd.org>; Andrea Russell <arussell@toase.com>
**Cc:** Naomi Fenwick <Naomi_Fenwick@fd.org>
**Subject:** RE: Public Information Request Received by the City of Southlake

Good morning,

Following up on the below. Can you please provide the requested information and any updates you have received from OAG?

Best,
McKenzie

---

**From:** McKenzie Edwards
**Sent:** Thursday, October 15, 2026 12:41 PM
**To:** 'Alicia Kreh' <akreh@toase.com>; MK Smith <MK_Smith@fd.org>; Andrea Russell <arussell@toase.com>
**Subject:** RE: Public Information Request Received by the City of Southlake

Thank you, Ms. Kreh. We were expecting the decision by today, 45 business days inclusive from the date you submitted the request. Has OAG been in touch with you about an extension?

Can you give us the request (RQ) number associated with this request?

Best,
McKenzie

**From:** Alicia Kreh <akreh@toase.com>
**Sent:** Thursday, October 15, 2026 12:13 PM
**To:** MK Smith <MK_Smith@fd.org>; Andrea Russell <arussell@toase.com>
**Cc:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Subject:** RE: Public Information Request Received by the City of Southlake

Good afternoon,

The City has not yet received the ruling from the Attorney General. The AG has 45 business days to issue a ruling, so we do expect a ruling next week or before the end of the month.

Sincerely,

**Alicia K. Kreh**
Attorney at Law
**Taylor, Olson, Adkins, Sralla & Elam, L.L.P.**
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Phone: 817.332.2580
Fax: 817.332.4740
www.toase.com

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM LLP
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

**From:** MK Smith <MK_Smith@fd.org>
**Sent:** Thursday, October 15, 2026 12:07 PM
**To:** Alicia Kreh <akreh@toase.com>; Andrea Russell <arussell@toase.com>
**Cc:** McKenzie Edwards <McKenzie_Edwards@fd.org>
**Subject:** Fw: Public Information Request Received by the City of Southlake

Good afternoon,

I am writing to follow up on the status of this request. I have not received any notification of a decision from the OAG.

Thank you,
MK Smith

**From:** PIA TOASE <pia@toase.com>
**Sent:** Wednesday, August 19, 2026 4:24 PM
**To:** MK Smith <MK_Smith@fd.org>
**Subject:** Public Information Request Received by the City of Southlake

You don't often get email from pia@toase.com. Learn why this is important

Please see the attached regarding your July 29, 2026 request.

TOASE
TAYLOR·OLSON·ADKINS·SRALLA·ELAM
ATTORNEYS & COUNSELORS

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and client and which is subject to attorney/client privilege. If you have received this communication in error, do not read it. Please reply to the sender at Taylor, Olson, Adkins, Sralla & Elam, L.L.P. that you have received the message in error. Then delete it. Any disclosure, copying distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.