# APPENDIX 68

Outlook

## PIA Request - Personnel Files

**From** MK Smith <MK_Smith@fd.org>
**Date** Wed 7/29/2026 8:31 AM
**To** records@ci.southlake.tx.us <records@ci.southlake.tx.us>
**Cc** McKenzie Edwards <McKenzie_Edwards@fd.org>; Naomi Fenwick <Naomi_Fenwick@fd.org>

1 attachment (231 KB)
2026.07.29 PIA Request - Green.pdf;

Good morning,

Please find attached a letter requesting records from the Southlake Police Department pursuant to the Texas Public Information Act, Tex. Gov't Code §552.001. Let me know if you have any questions and thank you for your assistance.

Thank you,
Mary-Kathryn (MK) Smith

# Federal Public Defender

Northern District of Texas

JASON D. HAWKINS
**Federal Public Defender**

JOHN NICHOLSON
**First Assistant**

JEREMY SCHEPERS
**Supervisor-Capital Habeas Unit**

525 GRIFFIN STREET
SUITE 629
DALLAS, TEXAS 75202

PHONE (214) 767-2746
FAX (214) 767-2886

819 TAYLOR STREET, RM 9A10
FORT WORTH TX 76102-4612
817/978-2753

1205 TEXAS AVENUE, RM 506
LUBBOCK, TX 79401
806/472-7236

500 S. TAYLOR, STE 110
AMARILLO, TX 79101
806/324-2370

July 29, 2026

**Southlake Police Department**
Attn: Records Division

Via Email: records@ci.southlake.tx.us

Re: *Request for Records for Personnel File*
**EXPEDITED PROCESSING IS REQUESTED**

Dear Sir/Madam:

Under the provisions of the Texas Public Information Act, Tex. Gov't Code §552.001 *et seq.*, the Office of the Federal Public Defender requests all records in your possession that are related to the current and/or former employees listed below.

**Materials Requested**

**Personnel Files** – All records related to performance reviews, disciplinary actions, promotions or demotions, appointment changes, transfers, step increases, action request forms, physical exams and drug tests, correspondence regarding performance, commendations, and any other files pertinent to job performance.

- Delaney Green

I agree to confidential and discretionary redactions and withholdings. If the records can be retrieved but are withheld partially or completely, please specify the statute or legal opinion justifying the exemption and explain why it applies. We also request any communication related to seeking an Attorney General ruling on whether the information can be withheld or needs redaction under § 552.301(a). See § 552.301(d).

**If possible, please ensure all the records provided are certified.** Your best effort in locating these records with the available information will be greatly appreciated. If no record is found in your system, kindly send an "*Affidavit of No Records*."

Please respond electronically to **MK_Smith@fd.org**. If that's not possible, send the records to the

mailing address below my signature. As a government agency representing indigent defendants, we request a waiver of all charges for record production.

Please contact me at the provided phone number or email if you have any questions. Thank you for your assistance.

Respectfully,

**Mary-Kathryn (MK) Smith**
*Research & Writing Attorney, Capital Habeas Unit*
**Federal Public Defender for the Northern District of Texas**
A. Maceo Smith Federal Building
525 Griffin Street, Suite 629
Dallas, Texas 75202
**Office**: (919) 538-5228
MK_Smith@fd.org