# APPENDIX 69

MY SOUTHLAKE NEWS




Police | Mar 21, 2022

# Chief Brandon Promotes Two Officers, Awards Others During Ceremony

On March 11th, 2022, the Southlake Police Department held a ceremony and reception for two promotions and several departmental awards at Police Headquarters. Chief Brandon promoted Detective Myles Jenkins to Corporal and promoted Detective Delaney Green to Sergeant.  Each of their badges were pinned by their respective spouses. Corporal Jenkins will remain in CID (Criminal...

On March 11th, 2022, the Southlake Police Department held a ceremony and reception for two promotions and several departmental awards at Police Headquarters.

Chief Brandon promoted Detective Myles Jenkins to Corporal and promoted Detective Delaney Green to Sergeant. Each of their badges were pinned by their respective spouses. Corporal Jenkins will remain in CID (Criminal Investigations Division) and Sergeant Green will be assigned to Nights Patrol.

Chief Brandon also presented several other awards to deserving officers and staff, listed below.

Officer of the Year: Officer Craig D'amico

Supervisor of the Year: Sergeant Preston Logan

Civilian of the Year: Roland Degrauuw

Lifesaving Award: Sergeant Tyler Sewell

Lifesaving Award: Sergeant Preston Logan

Lifesaving Award: Sergeant Gaylon Music

Officer of the Quarter Q1 2022: Officer Anthony Pate

Congratulations to both promoted officers, as well as to all of our award winners. Southlake is safer and a better place because of them.


POLICE
POLICE


POLICE
POLICE


Life Saving Award
SERGEANT GAYLON MUSIC
G. MUSIC
POLICE


Life Saving Award
SERGEANT TYLER SEWELL
POLICE
POLICE


2022
Supervisor Of the Year
Presented To
Sergeant
Preston Logan
In recognition of outstanding police performance and
excellent service to the citizens of Southlake


2022
Officer Of the Year
Presented To
Officer
Craig D'Amico


2022
Civilian Of the Year
Presented To
Roland DeGraauw
In recognition of outstanding performance and
excellent service to the citizens of Southlake


Southlake Police Department
Proudly Presents
Officer
Anthony Pate
With a Certificate of Recognition
In recognition of exceptional performance of duty
during the 1st Quarter of 2022

Share

## Related News




Police

### Southlake Police Officers Honored for Commitment to Preventing Impaired Driving




Police

### Southlake Police Department Seeks Public Comments During CALEA Assessment



Police

### Southlake Police Corporal Honored for Heroic Rescue from Burning Vehicle

**City of Southlake**

**Southlake PD**

**Subscribe For Email Updates**

Your email address

Go

**City**

Events

Awards

Water

**Protect**

Fire

Police

Southlake

**Connect**

Sidewalks

Streets & Roads

**Experience**

Parks

Public Art

The Marq

**Select**

Business

Development

**Library**

Programs

Summer Reading

**About**

Accessibility

MSN Archives

© 2026, City of Southlake, MySouthlakeNews.com, All Rights Reserved.