# APPENDIX 70

PRESS RELEASE

# Former Angels Communications Director Eric Kay Convicted in Tyler Skaggs Overdose Case

Thursday, February 17, 2022

**For Immediate Release**

U.S. Attorney's Office, Northern District of Texas

An ex-employee of the Los Angeles Angels was convicted today in connection with the 2019 overdose death of Angles pitcher Tyler Skaggs, announced U.S. Attorney for the Northern District of Texas Chad Meacham.

After less than an hour and a half of deliberation, a federal jury found former Angels Communications Director Eric Prescott Kay, 47, guilty of distribution of a controlled substance resulting in death and conspiracy to possess with intent to distribute controlled substances.

According to evidence presented at trial, Mr. Kay distributed the pills that killed Mr. Skaggs.

The investigation began on July 1, 2019, when the Southlake Police Department received a 911 call stating that Mr. Skaggs, then just 27 years old, had been found dead in his hotel room at the Southlake Town Square Hilton. The Tarrant County Medical Examiner's office later determined that Mr. Skaggs had a mixture of ethanol, fentanyl, and oxycodone in his system at the time of his death..

Inside Mr. Skaggs's hotel room, investigators discovered a number of pills, including a single blue pill with the markings M/30. An analysis of the pill – which closely resembled a 30-

milligram oxycodone tablet – revealed it had been laced with fentanyl, a powerful synthetic opiate.

In an initial interview with law enforcement, Mr. Kay denied knowing whether Mr. Skaggs was a drug user. He claimed the last time he'd seen Mr. Skaggs was at hotel check-in on June 30. However, a search of Mr. Skaggs's phone revealed text messages from June 30 suggesting that he had asked Mr. Kay to stop by his room with pills late that evening. Investigators later learned that, contrary to what he'd told law enforcement the day Mr. Skaggs's body was discovered, Mr. Kay had admitted to a colleague that he had, in fact, visited Mr. Skaggs's room the night of his death.

In the course of their investigation, the Drug Enforcement Administration determined that Mr. Kay allegedly regularly dealt the blue M/30 pills – dubbed "blue boys" – to Mr. Skaggs and to others, dolling out the pills at the stadium where they worked.

Several former Angels players, including Matt Harvey, C.J. Cron, Mike Morin, and Cameron Bedrosian testified at trial that Eric Kay distributed blue 30 milligram oxycodone pills to them as well. They further testified that he was the only source of these pills and would conduct transactions in the Angels Stadium.

"This case is a sobering reminder: Fentanyl kills. Anyone who deals fentanyl — whether on the streets or out of a world-famous baseball stadium — puts his or her buyers at risk," said U.S. Attorney Chad Meacham. "No one is immune from this deadly drug. A beloved pitcher, Tyler Skaggs was struck down in the midst of an ascendant career. The Justice Department is proud to hold his dealer accountable for his family and friends' unimaginable loss."

"Unfortunately, this guilty verdict will not bring Mr. Skaggs back or take away the suffering his family and friends have endured since 2019. What it does do; however, is affirm that justice prevails and drug dealers and enablers, like Mr. Kay, will be held accountable for their reckless actions," said Eduardo A. Chávez, Special Agent in Charge of DEA Fort Worth. "DEA will continue to aggressively investigate the distribution of diverted and counterfeit prescription drugs in our communities. The memories of those lives lost to drug overdose must not be in vain." -

Mr. Kay now faces between 20 years and life in federal prison. His sentencing has been set for June 28, 2022. Following the reading of the verdict, the defendant was immediately remanded into the custody of the United States Marshal Service.

The Drug Enforcement Administration's Fort Worth Field Division and the Southlake Police Department conducted the investigation with the assistance of the Tarrant County District Attorney's Office, the Federal Bureau of Investigation, the United States Secret Service, and the Tarrant County Medical Examiner's Office. Assistant U.S. Attorneys Lindsey Beran, Errin Martin,

and Joe Lo Galbo are prosecuting the case with the help of Assistant U.S. Attorney Jon Bradshaw. Senior U.S. District Judge Terry R. Means presided over the trial.

**CORRECTION**: An earlier version of this release put Mr. Kay's age at 45. He was 45 when he was first charged, but was 47 when he was convicted.

**Contact**
Erin Dooley
Press Officer
214-659-8707
erin.dooley@usdoj.gov

*Updated February 18, 2022*

**Topic**

**DRUG TRAFFICKING**

**Components**

Drug Enforcement Administration (DEA) | USAO - Texas, Northern

## Related Content

PRESS RELEASE

## Former Texas Tech professor sentenced to 480 months in federal prison for “pink flamingo” fentanyl trafficking conspiracy

Daniel Taylor, a former Texas Tech University professor who manufactured and distributed fentanyl — including a branded mixture known as “pink flamingo” — was sentenced to 40 years in federal...

October 23, 2026

PRESS RELEASE

## Federal Crackdown: 11 charged in North Texas for firearms trafficking, meth distribution and machine gun offenses

United States Attorney for the Northern District of Texas Ryan Raybould announced today that federal charges have been filed against eleven individuals for various firearms and drug trafficking offenses following...

October 22, 2026

PRESS RELEASE

## Homeland Security Task Force Investigation leads to 20-year federal sentence for Dallas meth trafficker after agents seize cache of drugs and firearms

United States Attorney for the Northern District of Texas Ryan Raybould announced that Bryan Manuel Cisneros-Ruiz, 28, was sentenced to 20 years in federal prison for possessing with intent to...

October 21, 2026

**Northern District of Texas**

Earle Cabell Federal Building

1100 Commerce Street, 3rd Floor

Dallas, Texas 75242-1699

Dallas: 214-659-8600

Fort Worth: 817-252-5200

Lubbock: 806-472-7351

Amarillo: 806-324-2356

Abilene: 325-271-6700