**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed this Appendix with the Clerk of the Court for the U.S. District Court, Northern District of Texas, which generated service to counsel for the Government.

*/s/ McKenzie Edwards*
McKenzie Edwards
*/s/ Naomi Fenwick*
Naomi Fenwick
Assistant Federal Public Defenders